IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IP INNOVATION L.L.C. AND )
TECHNOLOGY LICENSING )
CORPORATION, )
       ) Civil Action No. 03C 2428
      Plaintiffs, )
       )
      v. ) JUDGE CONLON
       )
SAMSUNG ELECTRONICS ) **JURY TRIAL DEMANDED**
CO., LTD., FUNAI ELECTRIC )
CO., LTD, SHARP CORPORATION, )
and SANYO ELECTRIC CO., LTD. ) MAGISTRATE JUDGE NOLAN
       )
      Defendants. )

DOCKETED
APR 1 0 2003

## COMPLAINT

Plaintiffs, IP Innovation, L.L.C.("IP Innovation"), and Technology Licensing

Corporation ("TLC") complain of defendants, Samsung Electronics Co., Ltd., ("Samsung"),

Funai Electric Co., Ltd. ("Funai"), Sharp Corporation ("Sharp"), and Sanyo Electric Co., Ltd.

("Sanyo"), as follows:

### JURISDICTION AND VENUE

1.     This is a claim for patent infringement arising under the patent laws of the

United States, 35 U.S.C. § 271. This Court has exclusive jurisdiction over the subject

matter of this action under 28 U.S.C. § 1338(a).

2.     IP Innovation, L.L.C. ("IP Innovation") is a limited liability company, with a

principal place of business at 500 Skokie Boulevard, Suite 585, Northbrook, Illinois 60062.

3.    TLC is a corporation organized and existing under the laws of the State of California and has a principal place of business at 110 Knowles Drive, Los Gatos, California 95032.

4.    IP Innovation and TLC together own the full and exclusive right, title and interest in and have standing to sue for infringement for United States Patent No. 4,305,091 B2, entitled "Electronic Noise Reducing Apparatus and Method," which issued December 8, 1981, and was issued a reexamination certificate on February 10, 1998, (the "'091 patent"), for United States Patent No. 4,573,070, entitled "Noise Reduction System For Video Signals," which issued February 25, 1986 (the "'070 patent"), for United States Patent No. 4,723,166, entitled "Noise Adjusted Recursive Filter," which issued February 2, 1988 (the "'166 patent"), and for United States Patent No. 4,803,547, entitled "Adaptive Comb Filter System For Processing Video Signals," which issued February 7, 1989 (the "'547 patent")(copies of these patents are attached as exhibits A-D).

5.    IP Innovation and TLC together also own the full and exclusive right, title and interest in and have standing to sue for infringement of United States Patent No. 5,424,780 C1, entitled "Apparatus and Method for Spacial Scan Modulation of a Video Display," which issued June 13, 1995 and, after a reexamination by the Patent and Trademark Office, was confirmed and found valid and patentable a second time on July 23, 2002 ("the '780 Patent", Exhibit E), and United States Patent No. 6,529,637 B1, entitled "Spatial Scan Replication Circuit" which issued March 4, 2003 ("the '637 Patent", Exhibit F).

6.    Defendant Samsung is a Korean corporation with a principal place of business at 250, 2-Ka, Taepyung-Ro, Chung-Ku, Seoul 100-742, South Korea.

2

7.     Defendant Funai is a Japanese corporation with a principal place of business at 7-7-1 Nakagaito, Daito City, Osaka 574-0013 Japan.

8.     Defendant Sharp is a Japanese corporation with a principal place of business at 22-22 Nagaike-cyo, Abeno-ku Osaka-shi, Osaka 545-8522 Japan.

9.     Defendant Sanyo is a Japanese corporation with a principal place of business at Sanyo Electric Co., Ltd. 1-1 Sanyo-cho, Daito Citym Osaka 574-8534 Japan.

10.    All the defendants transact business in this judicial district by importing, selling or offering to sell consumer electronics devices, including televisions, that are the subject of at least claims 3, 10-11, 28 and 33 of the '091 patent, at least claims 1, 9-12, 17, 25-26, 29-34, and 42 of the '070 patent, at least claim 1 of the '166 patent, and at least claim 1 of the '547 patent or by practicing methods covered by one or more claims of the patents at issue or by inducing others to infringe the patent through the use of such consumer electronics products, or by otherwise conducting other business in this judicial district.

11.    Sharp and Samsung further transact business in this judicial district by either manufacturing, selling or offering to sell facsimile, multi-function and printing equipment and by inducing others to infringe the '780 and '637 patents and by conducting other business in this judicial district.

12.    Venue is proper under 28 U.S.C. § 1391 (d) and § 1400(b).

### PATENT INFRINGEMENT

13.    As set forth above, IP Innovation and TLC together own and have standing to sue for infringement of United States Patent Nos. 4,305,091 B2, 4,573,070, 4,723,166 and 4,803,547, and United States Patent Nos. 5,424,780 C1 and 6,529,637 B1.

3

14.    The defendants have infringed at least claims 3, 10-11, 28 and 33 of the '091 patent, at least claims 1, 9-12, 17, 25-26, 29-34, and 42 of the '070 patent, at least claim 1 of the '166 patent, and at least claim 1 of the '547 patent by making, using, importing, selling and offering to sell, and by inducing, aiding and abetting, encouraging and contributing to others' use within the United States of various consumer electronics products, including but not limited to consumer electronics products which employ an adaptive comb filter feature, such as Samsung's television model nos. HCM-5525W, TXM2090, TXL2091F, TXK3679, TXM 2790F, and TXM2796HF; Sharp's television models nos. 32U-S650, 32U-S710, and 36U-S650; Funai's Sylvania television model nos. 6727DC and SRT4125F; and Sanyo's television model no. DS27910.

15.    Other consumer electronics products sold by Samsung and not yet identified, are also believed to be covered by the asserted claims of the '091, '070, '166 and '547 patents.

16.    Samsung and Sharp have further infringed at least claims 15 and/or 152 of the '780 Patent and at least claims 1 and/or 107 of the '637 patent by making, using, importing, selling and offering to sell, and by inducing, aiding and abetting, encouraging and contributing to others' use within the United States of, facsimile, multi-function and printing equipment which employ resolution enhancement technology including Samsung's model nos. ML-6060 and ML-5100A, and Sharp's digital laser copier/printer systems, such as its model nos. AL-1540CS and AL-1530CS.

17.    Other printer and/or multifunction printer products sold by Sharp and Samsung, and not yet identified, are also believed to be covered by the asserted claims of the '780 and '637 patents.

4

18.    Such infringement has injured IP Innovation and TLC and they are entitled to recover damages, under the law, adequate to compensate them for the infringement that has occurred, but in no event less than a reasonable royalty.

19.    Upon information and belief, the defendants' infringement has been willful and wanton with full knowledge of the asserted patents and without a reasonable investigation or legal advice.

WHEREFORE, plaintiffs, IP Innovation and TLC, respectfully request judgment against the Defendant and its subsidiaries and affiliates as follows:

A.    An award of damages adequate to compensate IP Innovation and TLC for the infringement that has occurred, together with prejudgment interest from the date infringement of the asserted patents began;

B.    Any other damages permitted by law, including any for willful infringement, under 35 U.S.C. § 284;

C.    A finding that this case is exceptional and an award to IP Innovation and TLC of its attorneys' fees as provided by 35 U.S.C. § 285;

D.    An injunction permanently prohibiting Samsung, its customers and all persons in active concert or participation with it, from further acts of infringement of the '166 and '547 patents; and

E.    Such other and further relief as this Court or a jury may deem proper and just.

5

## JURY DEMAND

Plaintiffs demand a trial by jury.

Respectfully submitted,

Raymond P. Niro
Arthur A. Gasey
Paul C. Gibbons
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602
(312) 236-0733

Attorneys for IP Innovation L.L.C.
    and Technology Licensing Corp.

6

# Exhibit A

# United States Patent [19]

**Cooper**

Best Available Copy

[11] **4,305,091**

[45] **Dec. 8, 1981**

[54] **ELECTRONIC NOISE REDUCING APPARATUS AND METHOD**

[76] Inventor: **J. Carl Cooper,** 1101 Continentals Way #109, Belmont, Calif. 94002

[21] Appl. No.: **30,288**

[22] Filed: **Apr. 16, 1979**

**Related U.S. Application Data**

[63] Continuation-in-part of Ser. No. 763,904, Jan. 31, 1977, abandoned.

[51] Int. Cl.³ ...................... H04N 9/535; H04N 5/21; H04B 15/00
[52] U.S. Cl. ...................................... 358/36; 358/167; 328/165
[58] Field of Search ..................... 358/36, 167, 37, 31, 358/166; 328/165, 167; 455/303, 304, 307, 311, 312; 364/515

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 3,009,016 | 11/1961 | Graham | 358/167 |
| 3,700,812 | 10/1972 | Springett | 325/473 |
| 3,875,584 | 4/1975 | Fletcher et al. | 358/36 |
| 3,995,108 | 11/1976 | Morrison | 358/162 |
| 4,009,334 | 2/1977 | Sypula | 358/36 |
| 4,058,836 | 11/1977 | Drewery et al. | 358/167 |
| 4,064,530 | 12/1977 | Kaiser | 358/36 |
| 4,072,984 | 2/1978 | Kaiser | 358/31 |

*Primary Examiner*—John C. Martin
*Attorney, Agent, or Firm*—Woodling, Krost & Rust

[57] **ABSTRACT**

The present disclosure teaches a method and apparatus for reducing noise in an electronic signal. These inventive conceptions include a means for delaying the electronic signal and a comparison means for comparing the delayed signal to the signal in its undelayed condition. Means are provided for processing the signal in response to the comparison means to remove at least part of the noise.

**30 Claims, 28 Drawing Figures**





*Fig. 1*



*Fig. 2*



*Fig. 3*



**Fig. 4**

**Fig. 5**

**Fig. 6**



D.C. LEVEL WITH WHITE NOISE

*Fig. 7*



D.C. LEVEL WITH $1/f$ NOISE

*Fig. 8*

U.S. Patent    Dec. 8, 1981    Sheet 4 of 10    4,305,091



Fig.9

Fig.9A

Fig.9B

Fig.10



Fig. 11

Fig. 12

Fig. 13

Fig. 14



Fig. 15

Fig. 16



7404 INVERTER

INPUT IS INVERTED AND APPEARS
AT THE OUTPUT.

*Fig. 17*



7400 NAND

*Fig. 18*

OUTPUT OBEYS THE FOLLOWING
TRUTH TABLE.

| A | B | OUT |
|---|---|-----|
| 0 | 0 | 1 |
| 0 | 1 | 1 |
| 1 | 0 | 1 |
| 1 | 1 | 0 |

IF LINE A IS HIGH THE OUTPUT
BECOMES LINE B INVERTED



7486 EXCLUSIVE OR

*Fig.19*

OUTPUT OBEYS THE FOLLOWING
TRUTH TABLE.

| A | B | OUT |
|---|---|-----|
| 0 | 0 | 0 |
| 0 | 1 | 1 |
| 1 | 0 | 1 |
| 1 | 1 | 0 |

IF A IS LOW THE OUTPUT IS THE
SAME AS B. IF A IS HIGH THE OUTPUT
IS OPPOSITE OF B ( AN INVERTER
THAT CAN BE BYPASSED).



SELECT
74157 LINE SELECT

AN ELECTRONIC 4 DOUBLE THROW
SWITCH CONTROLLED BY A SELECT
INPUT. THE OUTPUT IS SWITCHED TO
ONE OR THE OTHER INPUT BY THE
SELECT LINE.

*Fig. 20*



7474 D TYPE FLIP FLOP

FUNCTIONAL BLOCK

USED TO PASS ANY LOW SIGNAL FROM INPUT TO OUTPUT IMMEDIATELY. DELAYS ANY HI INPUT UNTIL CLK. CHANGES FROM LOW TO HI.

*Fig. 21*



74198  SHIFT REGISTER

STORES WHAT IS PRESENT AT INPUT AND MAINTAINS THAT DATA AT OUTPUT. STORAGE TAKES PLACE WHEN CLK GOES FROM LOW TO HI AND OUTPUT WILL REMAIN THE SAME EVEN IF INPUT IS REMOVED.

*Fig. 22*



74181 ARITHMETIC LOGIC UNIT

A.L.U. PREFORMS ADDITION, SUBTRACTION, ETC. ON 2,4 BIT BINARY NUMBERS- FUNCTION (ADD, SUB., ETC.) IS CONTROLLED BY 4 MODE CONTROL LINES. A CARRY OUTPUT IS PROVIDED AND UNITS MAY BE CASCADED TO COMPUTE NUMBERS LARGER THAN 4 BITS. IN SUBTRACTION THE CARRY OUTPUT INDICATES WHETHER THE OUTPUT IS INVERTED OR NORMAL. EXTERNAL INVERTERS (7486) MUST BE SWITCHED IN OR OUT IN ORDER TO CORRECT THE INVERSION, AN EXTRA OUTPUT TELLS WHETHER THE DIFFER- ENCE IS +OR- (TELLS WHETHER A>B).

*Fig. 23*



Fig. 24



FIG.25



FIG.26

4,305,091

1

## ELECTRONIC NOISE REDUCING APPARATUS AND METHOD

This application is a continuation in part of my U.S. Pat. Application Ser. No. 763,904 filed Jan. 31, 1977 entitled "Electronic Noise Reducing Apparatus And Method", now abandoned.

Electronic Noise is a physical property which is at times most troublesome to electronic circuitry. In practical applications, unwanted noise is added or increased in a wanted electronic signal every time that signal passes through any resistance. Since all electronic devices contain some resistance, are noise producers, and when amplification is added to these devices, the noise is amplified along with the wanted signals. While it is possible to design electronic circuitry to minimize the effects of noise on the wanted electronic signal, it is impossible to completely eliminate these effects. As the wanted signal passes through more and more stages of circuitry, the unwanted noise will always increase, i.e. the signal to noise ratio (S/N) will decrease until at some point, no matter how well designed the circuitry, the signal will become unacceptable because of the noise. In order to improve on this situation, it is obvious that the noise on the electronic signal must be removed at some stage in order to prevent the eventual destruction of the signal. In order to demonstrate the problem and its solution, I have selected television video signals.

Other objects and a fuller understanding of this invention may be had by referring to the following description and claims, taken in conjunction with the accompanying drawings, in which:

FIG. 1 is a typical steady state D.C. electronic signal graph with detail 31;

FIG. 2 is a typical steady state D.C. signal 32 with detail 33 as in FIG. 1, after noise has been impressed on said signal and detail;

FIG. 3 is a typical electronic linear ramp signal 34 with detail 35;

FIG. 4 is a typical electronic linear ramp signal 36 with detail 37 as in FIG. 3 after noise has been impressed on said signal and detail;

FIG. 5 is a typical sinusoidal electronic signal 38 with detail 39;

FIG. 6 is a typical sinusoidal electronic signal 40 with detail 41 as in FIG. 5 after noise has been impressed on said signal and detail;

FIG. 7 is a typical D.C. electronic signal with noise of even power distribution throughout frequency domain (white noise). Refer to Motchenbacher and Fitchen "Low Noise Electronic Design" ©1973 John Wiley & Sons, Inc., New York, N.Y. for further explanation.

FIG. 8 is a typical D.C. electronic signal with noise having an inverse power distribution with respect to frequency (1/f noise). Refer to Motchenbacher and Fitchen "Low Noise Electronic Design" for further explanation.

FIG. 9 is a graph of a typical video signal 42 with detail 29 with said signal and detail having noise impressed on them;

FIG. 9A is a graph of a typical video signal as in FIG. 9 with noise removed from signal areas 28 which do not contain detail;

FIG. 9B is an indication of time durations during which processing is turned on, and limited, in noise removal circuitry. Note that FIGS. 9, 9A and 9B share a common time axis;

2

FIG. 10 is a graph of a typical signal containing a linear ramp 43 and a sinusoid wave 44, including typical sample points in sequence 45–50 used by an A-D converter and 8 bit binary data words 51–56 which are the output of the A-D which correspond to the voltage of the analog signal at the sample points 45–50 in sequence.

FIG. 11 is a block diagram of a typical 8 binary bit analog to digital to analog conversion set. The set is composed of an input 57 for the analog signal which is to be converted, the analog to digital converter 58, the output of the A-D comprised of 8 binary data lines 59–66 inclusive, the clock output 67, the digital to analog (D-A) converter 68, which converts the series of digital data words on lines 59–66, utilizing the clock on line 67, to an analog circuit 69. The analog output 69 will correspond to the analog input 57 if the digital data on lines 59–66 is not changed or modified;

FIG. 12 is a block diagram of a typical digital noise reducer unit which utilizes an A-D, D-A conversion set for ease of operation. The reducer is composed of analog input 70 which corresponds to 57, FIG. 11; data lines and clock line 72 which correspond to 59–67 of FIG. 11, the actual noise reduction circuitry 73, data and clock outputs 74 from the noise reduction circuitry, similar to 59–67 of FIG. 11, D-A unit 75, which corresponds to 68 of FIG. 11, and analog output 76 which corresponds to 69 of FIG. 11.

FIG. 13 is a block diagram of noise reduction unit with the circuit input 77, the data delay block 78, the comparison block 79, the processing block 80 and the circuit output 81. Dashed line RI indicates the recursive input connection and NRI the nonrecursive connection for the delay block 78. For a nonrecursive system NRI is connected and RI is removed. For a recursive system NRI is disconnected and RI is connected.

FIG. 14 is a graph of a typical sinusoidal color subcarrier such as that in the National Television Standards Committee (NTSC) Color Television System, with A-D sample points 50–58 labeled 82–90 respectively;

FIG. 15 is a block diagram of prototype noise reduction unit having components grouped into 3 blocks, comparison block 91, including components 96, 97, 98, 99, 100, delay block 92 including components 101, 102, 103, 104, processing block 93 including components 105, 106, and output register 95 and input register 94 shown for clarity. Parts listed are:

Number 96 identifies a binary number also known as the detail threshold, which may be set by a series of switches.

Number 97 identifies an arithmetic logic unit similar to that in FIG. 23 set to determine if one input number is larger than another.

Number 98 identifies a storage circuit for the output of 97, having a storage time 3 clock pulses, similar to that described in FIG. 21.

Number 99 identifies a shift register for the output of 100 similar to that in FIG. 22.

Number 100 identifies an arithmetic logic unit, set to subtract one number from another similar to that described in FIG. 23.

Numbers 101–104 identify shift registers similar to that described in FIG. 22.

Number 105 identifies an arithmetic logic unit set to add or subtract two numbers depending on a command from one of its inputs, similar to that described in FIG. 23.

4,305,091

3

Number 106 identifies an eight pole double throw electronic switch also known as a line selector similar to that described in FIG. 20.

FIG. 16 is the same block diagram as FIG. 15, showing the location of data words and internal calculations, at points 107–117, in a specific example;

FIG. 17 is a schematic symbol for a digital inverter 118 and an explanation of its function. For further details consult manufacturers information for a type 7404 Integrated Circuit (I.C.);

FIG. 18 is a schematic symbol 119 for a digital Nand gate and an explanation of its function. For further details consult manufacturers information for a type 7400 I.C.;

FIG. 19 is a schematic symbol 120 for a digital exclusive or gate with a brief explanation of its function. For further detail consult manufacturers information for a type 7486 I.C.;

FIG. 20 is a schematic symbol 121 for a digital line selector with a brief explanation of its function. For further details consult manufacturers information for a type 74157 I.C.;

FIG. 21 is a schematic symbol 122 for a digital D type flip flop with a brief explanation of its use. For further details consult manufacturers information for a type 7474 I.C.;

FIG. 22 is a schematic diagram 123 for a digital shift register (SR) with a brief explanation of its function. For further details refer to manufacturers specifications for a type 74198 I.C.;

FIG. 23 is a schematic diagram 124 for a digital arithmetic logic unit (ALU) with a brief explanation of its function. For further details refer to manufacturers specifications for a type 74181 I.C.;

FIG. 24 is a schematic diagram for prototype noise reduction circuit composed of comparison block 125 including ALU-1 130, 131, 132, 133, register C 136, ALU-2, 134, 135, number set switches 137, 3 clock delay 138, 139, 140 process block 126 composed of ALU-3 141, 142, 143, 144, 145, 146, and SPST switch 147, 148, delay block 127, composed of shift registers 149, 150, 151, 152, input register 128 and output register 129, and clock inverter 153. Components are:

Numbers 128, 136, 129, 149, 150, 151, 152 identify a 74198 shift register. See FIG. 22.

Numbers 130, 131, 134, 135, 141, 142 identify a 74181 ALU. See FIG. 23.

Numbers 153, 146 identify an inverter. See FIG. 17.

Numbers 132, 133, 143, 144 identify an Exclusive Or. See FIG. 19.

Numbers 147, 148 identify an SPST switch. See FIG. 20.

Number 145 identifies a NAND gate. See FIG. 18.

Numbers 138, 139, 140 identify a flip flop. See FIG. 21.

FIG. 25 is a representation of five scan lines taken at any point in a television raster and as viewed on a television CRT; and

FIG. 26 is a representation of the video waveforms which correspond to the scan lines of FIG. 25.

## NOISE ESSAY

A study of noise which is prevalent in a video signal is necessary before one may attempt to reduce this noise. A great many engineers have devoted much time to the design of low noise circuitry in television cameras, video tape recorders, and video processing equipment; however, relatively few engineers have devoted

4

their work to removing noise which has already been generated. It is believed that this lack of attention is primarily due to the common belief that once noise is generated, it cannot be removed, except by bandwidth limiting, which in its simple form eliminates or reduces resolution or detail. The present invention has come about after an in depth study and analysis of noise in video and audio signals over the past several years utilizing several different approaches. Among the methods used are spectrum analysis, waveform analysis, vector analysis (for phase encoded color signals) and observation of CRT displays. Most observations confirm the standard noise models which are discussed by Motchenbacher and Fitchen in their book *Low Noise Electronic Design*. Observation of noise on a video waveform which has been recorded, and replayed in a frozen time mode reveals a property of noise in the detail in that signal that is not commonly known. This property will be discussed later.

A steady state D.C. signal is shown in FIGS. 1, 2, 7 and 8 of the drawings, which exhibit normal noise, in white and 1/f domains. Bandwidth reduction will effectively decrese this noise, and if the reduction is severe enough, the noise will be virtually eliminated. See *Low Noise Electronic Design* for further details.

Noise on a linear or approximately linear ramp can be treated approximately the same as that of a steady state D.C. signal, except that bandwidth limiting cannot be as severe since it is necessary to pass the D.C. shift. See FIGS. 3 and 4. Noise analysis of a sine wave is somewhat more complex. See FIGS. 5 and 6. Most high frequency noise (primarily white and popcorn noise) can be effectively removed by band limiting above the frequency of the signal sine wave; however, 1/f noise can be especially troublesome in this mode. If the bandwidth is lowered further to suppress 1/f noise, then the signal will also be suppressed. Since color information in a National Television Standards Committee (NTSC) video signal is a sine wave which is phase and amplitude modulated, variations will be subjectively observed as color hue and saturation variations. These variations are very annoying to most observers; therefore, it is especially critical to preserve this sine wave formation. The mechanism for reducing noise on this signal must therefore be an averaging process, coupled with a band limiting process. The average would sample the sine wave in different spots, compute an average amplitude and phase and then correct the sine wave to these average values. Bandwidth limiting would reduce noise above the frequency of the sine wave. The averaging process also works well on low frequency noise and linear ramp signals, which could be treated as sinusoidal waves having no sinusoidal amplitude.

Analysis of recorded noise reveals that the subjective or visual noise in the color subcarrier is primarily dominated by noise of those frequencies near and far below subcarrier. The noise above subcarrier frequency is not seen as color noise because of the band pass effects of all state-of-the art color demodulators; this high frequency noise is observed as luminance noise. This luminance noise (with the color subcarrier spectrum removed) appears to be the same as the linear ramp noise of FIG. 4 and may be removed by band limiting or averaging.

For video signals, analysis and observation of all three signal cases in FIGS. 1–6 reveals that noise is visually most noticeable on low bandwidth portions (horizontal waveform portions of a video signal). This implies once again the an averaging process is needed to

4,305,091

5        6

remove the noise, since averaging works better than bandlimiting at low frequencies.

Noise which has been impressed on a fast signal rise-time such as in FIG. 6, component 41, tends only to modify the rise time and phase of the signal and are not readily visually apparent to the viewer.

While these statements may appear at first glance to be relatively unimportant, careful thought reveals that in the process of noise reduction, it is relatively unimportant to try to correct the noise in fast risetimes, such as FIG. 2, 33, FIG. 6,41. Therefore, noise in high frequency video components is not as important as that in low frequency video components.

Noise in the slow risetime components such as in FIG. 4, item 36, tend to modify the amplitude of the signal causing readily apparent visual annoyance, therefore, this noise should be of prime concern to a designer who is involved in reducing visual noise effects. Since color information is both phase and amplitude encoded in an NTSC system, phase variations of the color sub-carrier are also of concern. With an averaging technique this would be corrected.

### THEORY OF NOISE REDUCTION

First, a plan for noise reduction of steady state D.C. and linear ramps is disclosed. Processing such as, but not limited to, averaging and bandwidth limiting to a low frequency for these waveforms will give a proportional decrease in white noise and a restricted decrease in excess, $1/f$ and other types of noise for these signals. The amount of reduction can be rather dramatic since virtually all of the noise can be limited if the upper frequency of the bandwidth is severely limited. In video, any noise below 15kh$_z$ would appear as a line to line brightness change and any noise above 15kh$_z$ would be eliminated with sufficient processing. Obviously, with flat 15kh$_z$ filtering, there would be no signal data or information passed, so it is necessary to determine when high frequency signal information is present and remove, restrict, or turn off the processing during the time this information is present. As discussed previously, noise has a small visual effect on high frequency signal information, so that restricting the processing during this time to preserve the high frequency signal will have little visual effect on this portion of the signal. A graphic example of the above is given in FIGS. 9, 9A, 9B.

In order to process the video waveform, it is easiest to first convert the analog waveform to a digital representative of the waveform. This will make it easier to perform the mathematical averaging function. The conversion equipment, (See FIGS. 10 and 11), known as an analog to digital converter or A-D is commercially available and will not be discussed extensively. A representative input waveform to the A-D with a linear ramp 43 (FIG. 10) and a sinusoidal waveform 44 is shown. The A-D samples, 45–50, occur on the waveform at a frequency which is exactly 3 times the frequency of the color subcarrier. The output of the A-D is a series of 8 bit binary data words (FIG. 10, items 51–56) which occur at a rate which is exactly 3 times (3×) the color subcarrier frequency of the NTSC video signal. The individual data word is a binary number whose magnitude is directly related to the magnitude (voltage) of the incoming video waveform which it represents. In addition to these 8 bits of data, (FIG. 11, items 59–66), there is also available a square wave clock pulse (FIG. 11,67) whose negative to positive transition corresponds to the

time when the 8 data bits may be stored or transferred with the assurance that they are valid and stable. This clock is provided because between sample points there is a period of uncertainty when the data is changing. There will be one clock pulse for each data word. A-D conversion techniques are by no means limited to 8 bits or 3× subcarrier nor is processing limited to NTSC video signals. Arithmetic operations such as addition which change the binary data, will change the analog waveform correspondingly, when the binary data is converted back to analog, in a digital to analog converter (D-A) FIG. 11, 68. For example, if all the data words are multiplied by 2, the analog output will be doubled. In order to utilize the digital domain to do the noise reduction, the actual digital circuitry to perform the arithmetic functions, such as comparing and averaging, is inserted in the binary data line between the A-D and D-A as in FIG. 12. The continual stream of 8 bit data words from the A-D is fed via a transmission line 72 to the noise unit 73 where the noise unit stores, compares and processes the data, then the data which has been processed is fed via a transmission line 74 to the D-A 75 where the digital data is converted back to analog data and applied to the output 76. A further discussion and detailed description of analog to digital and digital to analog conversion may be found by referring to U.S. Pat. No. 3,860,952. This patent covers the Consolidated Video Corp. Model No. 504A. Digital Time-base Corrector, utilizes the A-D to D-A process to facilitate time-base correction of a video signal. The A-D converter of this device was utilized to implement the invention herein disclosed.

### THEORY OF OPERATION FOR COLOR PHOTOTYPE

In order to process color properly in the NTSC system, care must be taken to ensure that comparisons and computations are made only on samples of successive corresponding parts of the color subcarrier waveform (S.C.). Refer to FIG. 14 where a sine wave subcarrier is shown with A-D sample spots (S0-S8)82–90 indicated occurring at a 3 time S.C. rate. If comparisons are made between successive samples or data bits S0, S1, S2, etc., the difference in the value of these bits would be affected by both noise on the signal and the normal displacement due to the sinusoidal waveform. Obviously, it would be difficult to compute the amount of noise present by first correcting the bits to remove, or compensate for, the amount of color subcarrier present. Now consider the case where every bit is compared to the one 3 bits before i.e. S1 and S4, S2 and S5, etc. Clearly, in a steady state, these bits will differ only by the noise difference between the two bits being compared. It is possible to average these samples to determine the average value of the samples and correct these subcarrier samples accordingly to remove the variation. Refer to FIGS. 15, 16 and FIG. 24 (FIGS. 15 and 16 are block diagrams of FIG. 24).

In order to analyze the operation of the noise reduction circuitry first assume that data word 1 (D1) (Refer specifically to FIG. 15) which corresponds to sample 1 (S1) is present at the input register when the first clock pulse arrives. Data word 1 (D1) will be transferred to the inputs of register A, 101 and ALU1, 100. The input register 94 is not necessary to the operation of the unit but does serve to minimize reflections on interconnecting lines. In a similar manner, at the next clock pulse, data word 1 will pass through Register B, 102, and with

4,305,091

7                                                8

successive clock pulses, will pass through Register E, 103 and Register D, 104 and it will then appear at the input of ALU-3,105. In a similar manner, data words 2, 3, and 4 will also propagate through this string. Registers A, B, E, and D make up the delay block of the circuit. Now consider the time period just after clock pulse 4 when we have the situation shown in FIG. 16. We earlier assumed the output of register 94, point 108 is applied to the input of ALU-1,100, ALU-1 performs a subtraction function, subtracting Data Word 1 from Data Word 4. An output of ALU-1, point 109 gives the result of the subtraction and a second output from ALU-1 indicates whether the answer is positive or negative. This information is stored in Register C, 99 at the next clock pulse. We may assume that Register C already has stored the difference of the previous subtraction which was D3-DO. We may also assume that Register D has Data DO already stored. ALU-3,105 averages DO with the difference of D3 and DO from Register C according to the formula X=DO±(D3−DO)/2. The previously stored sign (+ or −) information for the quanity (D3−DO) is used by the ALU-3 in order to perform the plus or minus function so that if D3 is greater than DO, (D3−DO)/2 is added to DO and if D3 is smaller, (D3−DO)/2 is subtracted from DO. Since the difference between D3 and DO is the low frequency noise impressed on the waveform, the output of ALU-3 will be DO with ½ of the noise removed by this averaging process. This noise averaging process will continue indefinitely, processing every bit of information in the waveform. Now assume the case where the subcarrier has a long term D.C. shift in either a positive or negative direction. Since the difference in data is only corrected by a factor of 0.50, 3 clock pulses after the shift appeared at input point 108, the shift will appear at the output of ALU-3, 116, offset by ½ of the D.C. shift over the 3 clock period, but having the same slope as the input. For most applications, this shift is not noticeable to a viewer watching a picture monitor; if it were, further circuitry could compensate for it. Next assume the case where there is a step function or a large D.C. shift in the input waveform. This is where ALU-2,97 and the switch 106 come into operation. As soon as the new level and old level are subtracted by ALU-1, and subsequently clocked through Register C, the difference at point 114 is presented to the input of ALU-2. ALU-2 compares this difference to a fixed number X,96 which is set by a series of switches. If this difference is greater than the number X (detail threshold) ALU-2 sends a signal via point 115 to the switch, which switches it from the averaged output of ALU-3 to the uncorrected output of Register D. This effectively bypasses the processing action for the duration of the large level shift and preserves the detail of the risetime. The delay 98 between ALU-2 and the switch passes a switch off command instantly and delays the following switch on command for 3 clock pulses. This allows the detail to clock through the Register chain 101–104 to the output. ALU-1, REG C, ALU-2, X, the 3 CLK hold and their associated component make up the comparison block of the circuit. ALU-3 and the SPDT switch make up the processing block of the circuit. The output register 95 is not necessary to the operations but was included in order to minimize transmission line reflections in the prototype. The net effect of these three actions is that the noise on color subcarrier will be reduced by a factor of ½ for both steady state subcarrier and for slowly shifting color subcarrier, this will give an improvement

of the signal in these areas. Those areas which are of fast risetime or high detail are bypassed. This preserves the detail, but no noise limiting will take place. Since noise is not as noticeable on these high detail areas, there would be little visual improvement of the signal anyway.

The overall effect of the processing, as viewed on the picture monitor will be that of a much more pleasing image which still has its original detail but has lost much of the objectionable graininess. The foregoing circuit was designed primarily to demonstrate the principle of noise reduction of an electronic signal. With a little study one sees that by adding more delay to increase the time between compared pulses to a single or one horizontal line, the net effect is to compare successive vertical picture elements. Also, it would be advantageous to compare several different adjacent picture elements so that comparisons could be made in a plane and make the bandwidth limiting and averaging more exacting. These methods would, of course, require much more circuitry to implement but can be accomplished under the teachings of the present invention.

The above analysis may be expanded to include processing of a television video signal. It will be seen that the comparison of adjacent picture elements, as described above, will be most useful. Referring to FIG. 25, one sees a representation of five scan lines which may be taken from any point in the television raster, as viewed on a television CRT. The scan lines are adjacent in location on the CRT but will not necessarily be sequential in time, depending on the type of television system used.

The lines in FIG. 25 are broken into segments A through H, A', B', C', F¹, G¹, H', and X which represent picture elements and may be equated to the digital samples which were previously discussed. By envisioning the picture elements of FIG. 25 as being segments or pixels of an actual display of a television scene, one may understand that elements D and E will be very similar to element X. The video waveforms which correspond to these scan lines might look like those in FIG. 26 where pixel A corresponds to voltage a, A' to a', etc. As previously discussed, in a noisy signal, by averaging pixels D and X a better approximation of the true noise free value of the waveform in the area around pixel X is obtained. Statistically, it can be shown that the greater the number of pixels which are compared to pixel X, and used to determine a new approximated value for the true value of pixel X before noise was added, the better that approximation will be.

This process of approximating or predicting the true value for a series of pixels, which have noise impressed on them, is called noise reduction. In a simple low cost form the circuitry used to accomplish noise reduction would compare pixel X to pixel D or E and if these pixels were approximately the same, the two would be averaged, giving a new value for pixel X. If the pixels were very different, no average would take place. The next pixel would then undergo the same process thus making the system continuous. This is the theory of operation of the device which has been previously described. An improvement to this system would be to weight the averaging so that as the pixels get farther and farther apart in magnitude, the comparison pixel (D) would affect the prediction less and less. A formula which would accomplish this is (1−Z)×D+Z×X where Z is the weighting factor and Z=0.5 for D=X

9      10

and increases as the magnitude of D−X increases until Z=1 where D=−X.

Another logical improvement on this system is to use several adjacent pixels with each pixel being compared to X and then averaged with X according to some weighted averaging process. Of course, instead of an actual sum and divide type of average the hardware would operate more efficiently if a prediction of the amount of noise on pixel X were computed by inspecting the adjacent pixels with respect to pixel X, and this amount of noise subtracted from pixel X.

In the actual hardware implementation of a scheme where several adjacent pixels are compared to an input pixel, there are many considerations to be made. Referring again to FIG. 25 and assuming a NTSC system, those pixels which are truly adjacent to pixel X are A′, B′, C′, D, E, F′, G′ and H′. Since pixels D and E are very close to pixel X in time, there is a good probability that any low frequency noise on pixel X will also be spread over pixels D and E. An average of pixels D and E to provide a reference for determining an estimate of the true value of X will be of limited use for low frequency noise. Pixels A′, B′, C′, F′, G′ and H′ are physically adjacent to X but in time are quite separate from X and therefore both low frequency and high frequency noise impressed on these adjacent pixels would be very random with respect to X. One may assume that pixels A′, B′ and C′ may however contain different amounts of high frequency picture information or detail, so it would be wise to select only the one of the three that is closest in magnitude to X or to average all 3 of these pixels to remove or reduce this high frequency detail before computing a reference. A similar technique may be used for pixels F′, G′ and H′, to provide another reference for comparison to pixel X.

In the NTSC system, in order to have the adjacent pixels A′, B′, C′, F′, G′, and H′ available for comparison at the same time as pixel X, a large delay or memory of approximately 1 field must be used. Large delays, with current techniques, are very costly. In order to reduce this cost, it would be possible to use pixels A, B, C, F, G, and H, which are taken from the same field as X, in place of those truly adjacent pixels which would come from the previous field. These pixels from the same field would still be relatively similar to pixel X and would have random noise impressed on them. A very good cost/performance tradeoff can be expected by using pixels which are not adjacent to the input pixel X, but are close to it, such as those pixels to the left and right of pixels D and E respectively.

In the previous discussion, no mention has been made of the order of processing the various pixels with respect to time. One variation of note relates to pixels which happened in time before the pixel which is currently being input to the system. Referring to FIG. 25, in the NTSC system, pixels A, B, C, and D as well as A′, B′, C′, F′, G′, and H′ would have happened before input pixel X, if one assumes pixel X is in the second field. It should be obvious that it would be quite easy to derive a recursive type of system so that those pixels which are used for a reference for estimating the true value of X have also been previously processed in order to remove part of the noise from them. This process would be easily accomplished by delaying the output of the device and using the output of the delay as the reference for the comparison to pixel X. Referring to FIG. 13, and assuming connection NRI is deleted and RI is connected to form a recursive system, the comparison

block will now compare the delayed output signal to the input signal. The delay d output signal is a noise reduced version of the input signal which allows the input picture element to be compared to a noise reduced picture element which was previously input to the system. For example, in FIG. 25, any of the pixels A, B, C, D, A′, B′, C′, F′, G′, or H′ can be compared to pixel X with these pixels having been previously noise reduced, if it is assumed that pixel X is in the second field. It should be noted that in actual practice the signal delays through the processing means will contribute to the delay time between the two inputs to the comparison means, thus this delay must be subtracted from the delay means. This and other changes necessary to convert the noise reduction system from a nonrecursive to a recursive system are very similar to classic textbook treatment of digital filters. The processing means is so constructed that whenever the difference between the input signal and the delayed output signal is below a given threshold it provides an average of the input and delayed output signals. Otherwise it provides the equivalent of the input signal.

The principle of comparing two or more points on an electronic signal and mathematically processing the signal to remove the random noise on that signal is by no means limited to the field of television. Any electronic signal which has information of a periodic or predictable nature can be processed in this manner by selecting the delays such that signal elements having some predictable relationship can be compared to determine how well these elements fit their predicted value. For example, Radar signal elements which correspond to the same area of the display CRT on different sweeps could be compared. In the audio domain, most wanted audio is composed of repetitive bursts of frequencies. For any given frequency in the audio spectrum, a wanted piece of information will contain several cycles of this frequency. A random noise at this frequency would be composed of a very few cycles or less than one cycle. By comparing the signal to a point or several points which are integral cycle lengths apart at the frequency being processed, a prediction can be made as to how much noise a given cycle of information has on it. The number of other intelligent signals to which variations of this technique can be applied to are almost endless.

Actual electronic circuitry to accomplish these functions is shown in FIG. 24. This circuitry is typical of state of the art digital electronics and utilizes large scale integration components which are standard manufactured parts. A short functional explanation for each of these components is included in FIGS. 17–23. Manufacturers data sheets may be consulted for further information. It will be seen that the circuitry follows very closely the block diagrams given previously and the operational description given for the block diagram FIGS. 15 and 16 is the same as for the circuit of FIG. 24.

Actual circuit construction was made using computer type wire wrap techniques; however, printed circuit, hand wiring or any type of construction should work equally as well.

As used previously in these descriptions, the word Noise is meant to mean any unwanted disturbances superimposed upon a useful electronic signal that tends to obscure the information content of said electronic signal. Data shall refer to any signal to which intelligence may be assigned, and Detail shall refer to any element of a data signal which differs significantly from

4,305,091

11

those elements which surround it. NTSC or National Television Standards Committe is at present an inactive organization which previously set up the television system currently in use in the U.S.

Although this invention has been described in its preferred form with a certain degree of particularity, it is understood that the present disclosure of the preferred form has been made only by way of example and that numerous changes in the details of construction and the combination and arrangement of parts may be resorted to without departing from the spirit and the scope of the invention as hereinafter claimed.

What is claimed is:

1. Apparatus for reducing noise on an input electronic signal, including in combination, delay means for delaying said input electronic signal to produce a delayed input signal, comparison means responsive to said input electronic signal and said delayed input signal which has the same bandwidth as said input electronic signal which comparison means may always determine if the difference between said signals is greater than a reference and processing means responsive to said comparison means and said delayed input signal to generate an output signal which is either an average of said input and delayed signals when said difference is less than said reference or said delayed signal otherwise, as determined by said comparison means.

2. Apparatus as claimed in claim 1 including means to determine the presence of detail in said input electronic signal as part of said comparison means.

3. Apparatus as claimed in claim 1 including means to remove detail in said delayed input signal as part of said comparison means.

4. Apparatus as claimed in claim 1 wherein said processing means operates in response to said comparison means to allow detail in said input electronic signal to be present on said output signal.

5. Apparatus for reducing noise on an input electronic signal which noise has a peak to peak amplitude which is less than the peak to peak amplitude of said input electronic signal, to a level lower than that at the input of said noise reducing apparatus, with said apparatus requiring no special processing of said input electronic signal before noise is added, including in combination delay means for delaying said input electronic signal to provide a delayed input signal, comparison means for comparing said delayed input signal to said input electronic signal to determine the difference thereof and comparing said difference to a reference which may allow the larger of said reference or said difference to always be determined, and processing means responsive to said comparison means and the full amplitude of said delayed input signal to select as the output signal either an average of said input electronic signal and said delayed signal if said difference is less than said reference or said delayed signal otherwise which selection is in response to said comparison means.

6. Apparatus as described in claim 5 whereby said comparison means operates to determine the presence of detail in said input electronic signal.

7. Apparatus as set forth in claim 5 wherein said comparison means includes means to remove detail from said input electronic signal.

8. Apparatus as set forth in claim 5 wherein digital representation of said input electronic signal is utilized.

9. Apparatus as set forth in claim 5 wherein said input electronic signal is a television video signal and said delay means allows said signals input to said comparison

12

means to correspond to different locations on the television raster.

10. Apparatus as set forth in claim 9, including in combination, means for processing color subcarrier of said television signal.

11. Apparatus as set forth in claim 9, including in combination, means for comparing corresponding parts of NTSC video color subcarrier and means responsive to said subcarrier comparison for processing said NTSC color video subcarrier to reduce noise in said television video signal.

12. Apparatus for generating a noise reduced version of an input electronic signal which has been derived by scanning a spatial image, including in combination delay means for delaying the output signal which is output from said apparatus which output signal represents a noise reduced version of the electronic signal previously input to said apparatus, comparison means for comparing at least one element of said input electronic signal to at least one element of said delayed output signal to determine the difference in said input and said delayed output signal elements and to perform a threshold comparison to determine if said difference is greater than a threshold, said elements corresponding to different points on the scanned image, and processing means responsive to said difference and said threshold comparison of said comparison means and at least one element of said output signal which has been delayed to generate said output signal which represents an average of said input electronic signal and said delayed output signal when said difference is less than said threshold and with said output signal being equivalent to said electronic signal otherwise.

13. Apparatus as set forth in claim 12 wherein said input electronic signal is a television video signal with said input and delayed output elements being picture elements and said delay means utilizes a delay that is less than one television frame and allows said delayed output signal picture element or elements to be adjacent to the picture element of the input electronic signal which is being input to said comparison means where said picture element or picture elements which are from said delayed output signal are derived from the same field as or the field previous to said input electronic signal picture element.

14. Apparatus as set forth in claim 12 wherein said input electronic signal is a television video signal with said input and delayed output elements being picture elements and said delay means utilizes a delay that is greater than one television frame and allows said delayed output signal picture element or elements to be adjacent to the picture element of the input electronic signal which is being input to said comparison means where said picture element or picture elements from said delayed output signal are derived from a field or fields which occurred previous to the field containing said input electronic signal picture element.

15. Apparatus as set forth in claim 13 wherein said delayed output and input elements are substantially close but not adjacent to each other in the television frame.

16. Apparatus as set forth in claim 12 wherein said delayed output and input elements are multiple elements which are selected from a rectangular area within a television frame.

17. Apparatus for removing noise from an input video signal which is a color television video signal, including in combination, delay means for delaying said input

4,305,091

13

video signal to provide a delayed input video signal corresponding to a point on the raster different from said input video signal, comparison means responsive to said delayed input video signal and said input video signal to determine the difference thereof for all signal conditions and comparing said difference to a reference to determine if said difference is less than said reference, and processing means responsive to said comparison means to construct a noise reduced version of said input video signal which version is an average of said input and delayed input video signals if said difference is less than said reference with said processing means responsive to said delayed input video signal and said comparison means to output said delayed input video signal if said difference is not less than said reference.

18. Apparatus as set forth in claim 17 wherein said color television video signal is represented in digital form.

19. Apparatus as set forth in claim 17 including in combination, digital shift registers or digital memories which comprise said delay means.

20. Apparatus as set forth in claim 17 including in combination, digital arithmetic circuitry as part of said comparison means and processing means.

21. Apparatus as set forth in claim 17, including in combination, digital shift registers as part of said delay means, digital logic circuitry as part of said processing means and digital logic circuitry as part of said comparison means.

22. Apparatus as set forth in claim 18, including in combination, digital arithmetic logic means and digital memory means as part of said processing means.

23. Apparatus as set forth in claim 17, including in combination, said processing means utilizing mathematical altering of said delayed input video signal and the difference of said input and said delayed input video signals, with said processing means operating in response to said comparison means, with said comparison means performing comparisons of said input video signal and said delayed input video signal to determine the presence of detail in said input video signal.

24. Apparatus as set forth in claim 17 including said delay means which utilizes a delay of substantially one television pixel, or one television horizontal line or one television field or a combination of pixels, lines, or fields to enable said comparison means to compare at least one pixel of said delayed input video signal to at least one pixel of said input video signal with said pixels being adjacent to each other as viewed on a television screen.

25. Apparatus as set forth in claim 24 including said processing means having binary mathematical formulas to modify said input video signal.

14

26. Apparatus as set forth in claim 25 whereby said formulas may be changed to suit the amount of noise of said input video signal.

27. Apparatus as set forth in claim 26 whereby said formulas operate relative to constants which may be changed to suit said input video signal.

28. The method of removing noise on an input color television signal including the steps of delaying said input video signal to provide a delayed input video signal corresponding to a point in the raster different from said input video signal, comparing the delayed input video signal to the input video signal in its unde-layed condition to determine the difference thereof under all signal conditions and to compare said difference to a reference to determine the larger thereof and processing the delayed input video signal and said difference in direct response to the aforementioned comparison to said reference to produce an output signal which is either an average of said input and delayed input video signal when said difference is less than said reference, or is equal to said input video signal.

29. The method of generating a noise reduced version of an input electronic signal including the steps of delaying said input electronic signal to produce a delayed input signal having the same bandwidth as said input electronic signal, comparing said input electronic signal to said delayed input signal to determine the difference thereof and comparing said difference to a reference which may allow the larger of said difference or said reference to always be determined, and processing said delayed input signal in response to said comparisons to generate a signal which may be changed from an average of said input and delayed input electronic signals to a signal equivalent to said input electronic signal in response to said comparisons.

30. The method of generating an output electronic signal which is a noise reduced version of an input electronic signal which has been derived by scanning a spatial image, including the steps of delaying said output electronic signal, comparing at least one element of said delayed output electronic signal to at least one element of said input electronic signal to determine the difference to said elements and comparing said difference to a reference to determine the larger thereof, said elements corresponding to different points on the scanned image, and processing said delayed output electronic signal with said difference in direct response to the aforementioned comparison of said difference and said reference to generate said output signal which is an average of said delayed output and input electronic signals when said difference is less than said reference or is equivalent to said input signal otherwise.

* * * * *

55

60

65

# REEXAMINATION CERTIFICATE (400th)

## United States Patent [19]

### Cooper

[11] **B1 4,305,091**

[45] Certificate Issued **Oct. 8, 1985**

[54] ELECTRONIC NOISE REDUCING APPARATUS AND METHOD

[76] Inventor: J. Carl Cooper, 1101 Continentals Way #109, Belmont, Calif. 94002

**Reexamination Reqs:st:**
No. 90/000,504, Feb. 15, 1984
No. 90/000,674, Dec. 3, 1984

**Reexamination Certificate for:**
Patent No.: 4,305,091
Issued: Dec. 8, 1981
Appl. No.: 30,288
Filed: Apr. 16, 1979

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 763,904, Jan. 31, 1977, abandoned.

[51] Int. Cl.$^3$ ..................... H04N 9/535; H04N 5/21; H04B 15/00
[52] U.S. Cl. ..................................... 358/36; 358/167; 328/165

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,434,987 | 1/1969 | Fluhr | 328/127 |
| 4,050,084 | 9/1977 | Rossi | 358/31 |
| 4,107,736 | 8/1978 | Lowry et al. | 358/36 |

#### FOREIGN PATENT DOCUMENTS

2236334 7/1972 Fed. Rep. of Germany .

### OTHER PUBLICATIONS

R. H. McMann, et al., "A Digital Noise Reducer for Encoded NTSC Signals", Reprinted from Digital Video, Jan., 1977, pp. 99–103.
Arthur Kaiser, "Comb Filter Improvement with Spurious Chroma Deletion", *Journal of the SMPTE*, vol. 86, Jan., 1977, pp. 1–5.
Murray J. Stateman and Murray B. Ritterman, "Theoretical Improvement in Signal to Noise Ratio of Television Signals by Equivalent Comb Filter Technique", Sylvania Electric Products, Inc., pp. 13–17.
John P. Rossi, "Digital Television Image Enhancement", *Journal of the SMPTE*, vol. 84, Jul., 1975, pp. 545–551.
R. H. McMann, Jr., "Improved Signal Processing Techniques for Color Television Broadcasting", *Journal of the SMPTE*, vol. 77, Mar., 1968, pp. 221–228.
Warren D. White and A. E. Rivin, "Recent Advances in the Synthesis of Comb Filters" Airborne Instruments Laboratory, Inc., pp. 186–199.
"Digital Techniques in Reducing Television Noise", Rossi, *Journal of the SMPTE*, Mar., 1978, vol. 87, No. 3.

*Primary Examiner*—Michael A. Masinick

[57] **ABSTRACT**

The present disclosure teaches a method and apparatus for reducing noise in an electronic signal. These inventive conceptions include a means for delaying the electronic signal and a comparison means for comparing the delayed signal to the signal in its undelayed condition. Means are provided for processing the signal in response to the comparison means to reprove at least a part of the noise.



B1 4,305,091

**1**

## REEXAMINATION CERTIFICATE ISSUED UNDER 35 U.S.C. 307

NO AMENDMENTS HAVE BEEN MADE TO THE PATENT

**2**

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

The patentability of claims 1–30 is confirmed.

\* \* \* \* \*



US004305091B1

# REEXAMINATION CERTIFICATE (3438th)

## United States Patent [19]

### Cooper

[11] **B2 4,305,091**

[45] Certificate Issued **Feb. 10, 1998**

[54] **ELECTRONICS NOISE REDUCING APPARATUS AND METHOD**

[76] Inventor: **J. Carl Cooper**, 1101 Continentals Way #109, Belmont, Calif. 94002

**Reexamination Request:**
No. 90/002,107, Aug. 13, 1990

**Reexamination Certificate for:**

| | |
|---|---|
| Patent No.: | **4,305,091** |
| Issued: | **Dec. 8, 1981** |
| Appl. No.: | **30,288** |
| Filed: | **Apr. 16, 1979** |

Reexamination Certificate B1 4,305,091 issued Oct. 8, 1985

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 763,904, Jan. 31, 1977, abandoned.

[51] Int. Cl.[6] .............................. H04N 5/21; H04N 9/00
[52] U.S. Cl. .......................... 348/619; 327/552; 348/607

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,009,016 | 11/1961 | Graham | 358/167 |
| 3,978,409 | 8/1976 | Dolby et al. | 358/36 |
| 4,050,084 | 9/1977 | Rossi | 358/31 |
| 4,058,836 | 11/1977 | Drewery | 358/167 |
| 4,064,530 | 12/1977 | Kaiser | 358/36 |
| 4,090,221 | 5/1978 | Connor | 358/167 |
| 4,388,729 | 6/1983 | Spencer et al. | 358/36 |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1271161 | 6/1968 | Germany | . |
| 1287114 | 1/1969 | Germany | . |
| 2413799 | 10/1974 | Germany | . |

#### OTHER PUBLICATIONS

Digital Processing Of Screen Image—Hitachi Seisakusho K.K. Central Lab. K. Fukinuke NHK, General Technical Lab. Junichi Ishida (The Journal Of The Institute Of Television Engineers of Japan), Oct., 1976.
Digital Techniques For Reducing Television Noise by John P. Rossi (SMPTE) Journal), Mar. 1978 vol. 87.
What Is Signal Averaging? (Hewlett Packard Journal), Apr., 1968.

*Primary Examiner*—Donald Hajec

[57] **ABSTRACT**

The present disclosure teaches a method and apparatus for reducing noise in an electronic signal. These inventive conceptions include a means for delaying the electronic signal and a comparison means for comparing the delayed signal to the signal in its undelayed condition. Means are provided for processing the signal in response to the comparison means to remove at least part of the noise.



B2 4,305,091

**1**

# REEXAMINATION CERTIFICATE ISSUED UNDER 35 U.S.C. 307

### THE PATENT IS HEREBY AMENDED AS INDICATED BELOW.

Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

The patentability of claims 2, 3. 6, 7, 10–16, 23, 25–28 and 30 is confirmed.

Claims 1, 4, 5, 8, 9, 17–22, 24 and 29 are cancelled.

New claims 31–39 are added and determined to be patentable.

*31. The method as claimed in claim 28, 29, or 30 wherein said difference is combined with said delayed signal to generate said equivalent to said input video signal when said difference is greater than said reference.*

*32. The method as claimed in claim 28, 29, or 30 wherein a portion of said difference is combined with said delayed signal to generate said average when said difference is less than said reference.*

*33. The method as claimed in claim 28, 30, or 39 wherein said comparison of delayed and undelayed signals involves adjacent elements.*

**2**

*34. The method as claimed in claim 28, 30, or 39 wherein said comparison of delayed and undelayed signals involves non-adjacent but close elements.*

*35. The method as claimed in claim 28, 30, or 39 wherein said comparison of delayed and undelayed signals involves points which are integral cycle lengths apart.*

*36. The method as claimed in claim 28, 29, or 30 wherein said delayed signal has been previously noise reduced.*

*37. The method as claimed in claim 28, 29, or 30 wherein said delayed video signal has been previously compared before said delaying.*

*38. The method as claimed in claim 28, 29, or 30 wherein said average is an average wherein the weighting thereof is responsive to said difference.*

*39. The method of generating a noise reduced version of an input electronic color television signal including the steps of delaying said input electronic video signal to produce a delayed input video signal having the same bandwidth as said input electronic video signal and corresponding to a point in the raster different from said input electronic video signal, comparing said input electronic video signal in its undelayed condition to said delayed input video signal to determine the difference thereof under all signal conditions and comparing said difference to a reference to allow the larger of said difference or said reference to always be determined, and processing said delayed input video signal and said difference in direct response to said comparisons to said reference to generate an output signal which is either an average of said input and delayed input electronic video signals when said difference is less than said reference, or is a signal equal to said input electronic video signal in response to said comparisons.*

\* \* \* \* \*

# Exhibit B

# United States Patent [19]

## Cooper

[11] Patent Number: **4,573,070**

[45] Date of Patent: **Feb. 25, 1986**

[54] **NOISE REDUCTION SYSTEM FOR VIDEO SIGNALS**

[76] Inventor: J. Carl Cooper, 1373 Sydney Dr., Sunnyvale, Calif. 94087

[21] Appl. No.: **615,666**

[22] Filed: **May 31, 1984**

### Related U.S. Application Data

[63] Continuation of Ser. No. 268,870, Jun. 1, 1981, abandoned, which is a continuation-in-part of Ser. No. 30,288, Apr. 16, 1979, Pat. No. 4,305,091, which is a continuation-in-part of Ser. No. 763,904, Jan. 31, 1977, abandoned.

[51] Int. Cl.⁴ ............................................... H04N 9/64
[52] U.S. Cl. ...................................... 358/36; 358/167; 358/37; 358/166
[58] Field of Search ................. 358/167, 166, 162, 36, 358/37, 163, 170, 160, 213; 364/515; 382/50, 51, 54

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,424,981 | 1/1969 | Fluhr | 328/127 |
| 4,050,084 | 9/1977 | Rossi | 358/31 |
| 4,058,836 | 11/1977 | Drewery | 358/167 |
| 4,064,530 | 12/1977 | Kaiser | 358/36 |
| 4,072,984 | 2/1978 | Kaiser | 358/31 |
| 4,090,221 | 5/1978 | Connor | 358/166 |
| 4,107,736 | 8/1978 | Lowry | 358/36 |
| 4,107,739 | 8/1978 | Rossi | 358/167 |
| 4,194,219 | 3/1980 | Drewery | 358/167 |

#### FOREIGN PATENT DOCUMENTS

2236334 2/1974 Fed. Rep. of Germany .

#### OTHER PUBLICATIONS

Improved Signal Processing Techniques for Color Television Broadcasting, by R. H. McMann, Jr. and A. A. Goldberg—Mar. 1968, Journal of SMPTE, vol. 77.
Digital Television Image Enhancement, by John P. Rossi—Jul. 1975, Journal of the SMPTE, vol. 84.
A Digital Noise Reducer for Encoded NTSC Signals, by R. H. McMann, S. Kreinik, J. K. Moore, A. Kaiser and J. Rossi—1977, Digital Video.
Comb Filter Improvement with Spurious Chroma Deletion, by Arthur Kaiser, Jan. 1977, SMPTE Journal, vol. 86, No. 1.
Theoretical Improvement in Signal to Noise Ratio of Television Signals by Equivalent Comb Filter Technique, by Murray J. Stateman and Murray B. Ritterman of Sylvania Electric Products, Inc.
Recent Advances in the Synthesis of Comb Filters, by Warren D. White and A. E. Ruvin of Airborne Instruments Laboratory, Inc.

*Primary Examiner*—Michael A. Masinick
*Attorney, Agent, or Firm*—Woodling, Krost, Rust & Hochberg

[57] **ABSTRACT**

Noise reduction on a video signal is achieved by an adaptive filter system which is capable of automatic changes in filter parameters. This inventive concept includes an automatic method of independently changing both the width and center frequency of the teeth of a comb type bandpass envelope of the filter, as well as adjusting the amplitude response of the filter, independent of the bandpass characteristics, in order to closely match the filter bandpass response to the power spectrum of the video signal being processed, thus rejecting noise in those portions of the spectrum not being used by the video signal. The filter system herein disclosed also provides an adaptive spatial processing of the video signal thus further improving said signal by enhancing detail in the image and by smoothing low amplitude noise in relatively detail free areas of the picture.

**43 Claims, 16 Drawing Figures**





FIG. 1

FIG. 2

FIG. 3

FIG. 4



FIG. 5



FIG. 6

FIG. 7

FIG. 8

FIG. 9



FIG. 10



FIG. 11



F I G. 12



FIG. 13



FIG. 14

FIG. 15



FIG. 16

4,573,070

1

## NOISE REDUCTION SYSTEM FOR VIDEO SIGNALS

This application is a continuation of Ser. No. 268,870, filed 06-01-81, now abandoned and a continuation-in-part of U.S. patent application Ser. No. 30,288 filed Apr. 16, 1979 now U.S. Pat. No. 4,305,091 entitled "Electronic Noise Reducing Apparatus and Method", which application in turn is a continuation-in-part of U.S. patent application, Ser. No. 763,904 filed Jan. 31, 1977, now abandoned, entitled "Electronic Noise Reducing Apparatus and Method."

Noise on video signals and in particular low amplitude random noise is a very troublesome problem in television systems. Several methods of removing this noise have been developed which include coreing, comb filters, and recursive temporal integration systems. Coreing systems are generally unacceptable because along with the noise a large amount of detail is lost. Line type comb filters have long been used for chroma separation, with a small signal to noise improvement, and now large scale digital noise reducers which utilize frame delays to implement recursive temporal integration or time averages, are available. Two such devices are described in detail in U.S. Pat. Nos. 4,058,836 Drewery et al. and 4,064,530 Kaiser et al. These recursive time integration systems do a fairly good job of noise reduction, but always introduce an artifact known as motion effect due to the infinite impulse response characteristic of recursive filters, and the problem of frame to frame video differences. The motion effect problem in general prevents the cascading of devices, and limits the amount of useful noise reduction of an individual unit.

It is the object of this invention to provide a high level of noise reduction similar to the temporal integration systems without the inherent motion effect artifacts, or loss of detail as in coreing systems. This is accomplished with a filter operating on picture elements in a continuous analog system, or a discrete sample time system such as would be provided in a digital or charge coupled device system, in either a recursive or non-recursive configuration. Because the filters delay times may be changed automatically in response to the motion of elements in the video, and because the number of coefficients of the filter may also be changed automatically, the bandpass characteristics of the filter may be automatically adjusted to fit the input video signal to a close degree.

Other objects and a fuller understanding of this invention may be had by referring to the following description and claims, taken in conjunction with the accompanying drawings, in which:

FIG. 1 is a typical video power spectrum with characteristic power clusters 1;

FIG. 2 is a more detailed drawing of one of the power clusters with typical 30 hz. separated sidebands 2;

FIG. 3 is a typical video power cluster envelope 3;

FIG. 4 is a typical video power cluster envelope 4 which depicts characteristic envelope shape changes;

FIG. 5 is a typical video power cluster spectrum 5 having a peak amplitude 9, with an upper band edge at 8 and a lower band edge at 7, and a typical comb filter bandpass envelope 6 having a peak allowable amplitude 10 and having upper and lower band edges also at 8 and 7;

2

FIG. 6 is a spread video power spectrum 13 with comb filter bandpass envelopes 11 and 12;

FIG. 7 is a drawing of 3 scan lines from some random point in a television raster, showing the location of 9 picture elements A thru H and X;

FIG. 8 is a drawing of a typical delay configuration for the non-recursive form of the noise reducer, having 1 horizontal line delays 15a, 1 pixel delays 16a and comparison and processing circuit 17a;

FIG. 9 is a drawing of a typical delay configuration for the recursive form of the noise reducer having 1 horizontal line delay 15b, 1 pixel delays 16b, 1 field delay 18 and comparison and processing circuit 17b;

FIG. 10 is a shifted video power spectrum 21 with shifted bandpass envelope 20 and noise reducer bandpass envelopes 19a and 19b;

FIG. 11 is a shifted video power spectrum 23 with shifted bandpass envelope 22;

FIG. 12 is an adaptable nonrecursive filter having delays 24, 25a, 25b and processing circuit 17c;

FIG. 13 is a detailed block diagram of a comparison and processing circuit having inputs A thru H and X, absolute value difference computers 26a, magnitude comparators 27a, video switches 28a, threshold number 29a, processing circuit 38a composed of coefficient adder 31 with output 30, pixel summer 32 with output 34 and divider 33;

FIG. 14 is a drawing of 3 scan lines from a random point in a television raster showing the locations of pixels A thru D and X;

FIG. 15 is a detailed block diagram of a comparison and processing circuit having inputs A thru D and X with absolute value difference computers 26b, threshold number 29b, rank computers 35a, magnitude comparators 27b, rank magnitude comparators 36a, video switches 28b, processing circuit 38b and noise reduction level 37a;

FIG. 16 is a detailed block diagram of a comparison and processing block having absolute value difference computers 26c, rank computers 35b, dual magnitude comparators 27c, rank magnitude comparators 36b, video switches 28c and 28d, processing circuit 38c, X high computer 38, noise reduction number 37b and threshold numbers 29c;

It is the object of video noise reduction systems developed as comb filters to provide a bandpass characteristic which matches the spectrum of the video signal to be improved thus rejecting the noise which is contained in the unused spectrum. The merit of these systems may be understood by inspecting the power versus frequency spectrum of video signals, which are shown in simplified graphic examples in FIGS. 1–4. In FIG. 1 a typical power spectrum is shown with the characteristic power clusters 1 at harmonics of the horizontal scanning frequency w. FIG. 2 is a more detailed drawing of one of the harmonics mw, showing the sidebands 2 of each cluster which are spaced a nominal 30 hz apart in frequency for complex changing video. The 30 hz offset is a result of the frame repetition rate used and would be 25 hz for 50 cycle European systems. If one considers a single picture element, it is obvious that the lowest frequency component of the video signal corresponding to that element, if it is stationary, is the frame rate. In a static video signal, i.e., one scanning a non-changing scene, the amplitude and number of the 30 hz sidebands associated with a given harmonic power spectrum will vary according to the line to line changes in picture detail, and for this purely static signal any given side-

4,573,070

**3**

band group of a horizontal harmonic has no amplitude modulation or frequency modulation components with respect to time. In a normal video scene having motion and changing images, any of these 30 hz sidebands, 2 of FIG. 2, will have time changing amplitude and frequency components which will take up a part or all of the spectrum around the horizontal harmonic, this spectrum may be depicted as the envelope 3 shown in FIG. 3. The width and amplitude of the envelope will of course be independently changing with the scene information, as is shown by envelope 4 in FIG. 4. For the purpose of the following disclosure, reference to power and bandpass envelopes are in relation to one or more given horizontal harmonic power clusters within the video bandwidth.

In this high performance noise reduction device, the object is to model a comb filter such that the bandpass envelope of the teeth of the filter fit the expected video power clusters at the horizontal harmonics. A diagram of a video power envelope 5 and a comb filter bandpass envelope or tooth 6, for one of the 30 hz sideband groups is shown in a simplified graphic example in FIG. 5. In actual practice, the envelopes of FIGS. 3–6 would be much more complex if viewed on a spectrum analyzer or plotted with a high degree of accuracy, however these drawings will still serve to illustrate the important concepts relating to this invention. Obviously, the closer the bandpass envelope 6 fits the video power envelope 5 with respect to their upper and lower cutoff frequencies 8 and 7, the better the rejection of out of band noise and thus noise reduction of the signal will be. If the bandpass envelope also limits the video amplitude 9 to a level slightly higher than that needed to pass the video information as is shown by 10, thus high amplitude noise spikes will also be limited. Both envelopes 5 and 6 in FIG. 5 are representations of complex series of 30 hz elements. The devices in the previously mentioned Drewery and Kaiser patents operate to adjust the width of the bandpass envelope, i.e., changing the allowable number of the 30 hz elements within the bandpass envelope so that the entire video power envelope may be passed, while keeping the distance between upper and lower cutoff frequencies, or width of the bandpass envelope 6 as small as possible, however it is not possible to adjust the cutoff frequencies and width independently. In the device described by Kaiser et al. the coefficients of the input and delayed signals are changed in order to vary the noise reduction levels which causes the size of the bandpass envelope to change. It should be noted that by changing these coefficients that it is not possible to modify the shape of the bandpass envelope, i.e., to change the width independent of the amplitude, or to change the center frequency of the envelope of the 30 hz components. As shown in FIG. 6, when the video power spectrum 13 broadens due to changing video, the bandpass envelope may be increased as is shown in 11 to pass all of the video spectrum with very little noise reduction, or a compromise is set such as 12 which achieves moderate noise reduction and some loss of video information. As a result of the limited control over the shape, and position of the 30 hz components within the bandpass envelope, serious mismatching of the bandpass and power envelopes can occur, such as in FIG. 6.

The noise reduction system for electronic signals disclosed herein operates on a spatial technique in which each picture element within a television raster 14 is compared to the elements surrounding it such as X

**4**

and A thru H respectively, as shown in solid line typically in FIG. 7, with said picture element being selectively combined with those surrounding elements which are similar to the central element in a product, a sum, a mean, a weighted average or similar mathematical process. The actual mathematical process used is relatively unimportant from a noise performance standpoint since all average and mean type processes give approximately the same level of noise reduction, however other image processes may be combined in this function as will be discussed later. It is important to note that for removing low amplitude noise the surrounding picture elements are not compared with each other, but only with the central element and there is no need to compute any two dimensional measure of the surface deviation or flexure about the central element. As was disclosed previously the surrounding elements do not have to be truly adjacent or symmetrically patterned, however experimental results indicate that the adjacent symmetrically patterned elements are best. Note, however, that surrounding elements can be directly compared as shown for example in dotted line in FIG. 7. The area covered by these the examined elements may be referred to as the inspection area. For the purpose of the following disclosure it will be assumed that these elements are discrete time elements such as samples in a digital system, however the disclosed concepts will apply equally to any continuous analog system where the elements are continuous and not broken or sampled into individual units. This may be effected in hardware by replacing all memories or shift registers used by digital systems with analog delay lines. Analog delay lines are of course available in either fixed delay length and variable delay length configurations.

The above process may take on either a recursive or nonrecursive form and may operate on a varying number of surrounding elements depending on the desired cost versus performance and complexities involved. The sampling system used and as a result the alignment of the sampled elements from line to line will also affect the number of elements used and delay structure to arrive at those elements. One should note that the elements shown in FIG. 7 are aligned vertically and those of FIG. 14 are offset from line to line showing 2 common systems which may be used. The particular considerations of sampling schemes will be obvious to one skilled in the art and will not be discussed further. A typical nonrecursive system would look like that of FIG. 8 and a recursive system like that of FIG. 9. The dotted line FIG. 8 recognizes that the element x can be omitted from the comparison and processing of the signals. FIGS. 13, 15 and 16 disclose various embodiments of the comparison and processing circuitry of FIGS. 8 and 9. The object and operation of the comparison and processing circuits are the same for any system; only the configuration of the delays 15, 16 and 18 used to generate the central and surrounding picture elements X and A through H respectively is changed in order to optimize the system for a particular application. The changes from non-recursive to recursive systems are essentially the same as for textbook digital filters and will not be extensively discussed. Inputs to the comparison and processing circuit 17a in FIG. 8 and 17b of FIG. 9 are labeled thru F and X corresponding to where these elements appear in the raster as shown in FIG. 7.

As was previously mentioned, the video 30 hz sideband shape is a result of both the line to line detail

4,573,070

5

changes and frame to frame detail changes. A special case where a displayed image changes in its raster position from frame to frame while the image itself remains relative unchanged frequently occurs in video. An example of this would be where a camera pans a fixed scene with little detail around the edges of the frame. The effect of this type of changing video is to greatly broaden and frequency shift the 30 hz components of the video power envelope while the amplitude remains relatively constant such as shown in FIGS. 10 and 11. If one considers a given pixel which is moving in the frame, that element's lowest frequency component is no longer the frame rate that it was when stationary, but has been changed by the amount of motion. If the element were to move 2 scan lines up per frame, the lowest frequency component would be 1 frame less 2 H, thus giving a positive frequency shift by an amount a to the video power spectrum such as is shown by 21 in FIG. 10. This situation gives rise to the mismatching of envelopes similar to that previously mentioned, and is shown by 19b and 21 of FIG. 10. If the picture elements were to move down in the frame a negative frequency shift such as shown by 23 of FIG. 11 would be created. Because the envelope center frequency cannot be shifted the two options available to a temporal integration noise reducer such as those previously discussed are to increase the bandpass envelope like 19a of FIG. 10 to broaden the allowable number of 30 hz components to pass all of the components of the video information but provide little noise reduction, or to set a compromise position such as shown by 19b of FIG. 10 which provides moderate noise reduction, and some loss of video information. Unfortunately, in most state of the art noise reducers, the smaller envelope 19b will be used and most of the video information which is lost 35 contains frame to frame detail information. In a recursive type of system this lost detail is accentuated due to the infinite impulse response characteristic, giving a smear effect on the edges of moving images which is known in the industry as motion effect. The primary reason for motion effect is the lack of ability of noise reducers to change the shape and frequency position of the bandpass envelope, independent of the allowable amplitude characteristic to match the video envelope adequately. The mechanism needed to accomplish this is an adaptive time delay system which can track moving picture elements from frame to frame or field to field.

A simple diagram of such an adaptive system is shown in FIG. 12. If the 3 position switch of 17c is in the middle position the filter will have bandpass teeth at some frequency spacing w which is determined by the length of delays 24 and 25a. If one assumes 24 is a delay of t−a, and 25a and b each have a delay of a with t being much larger than a, then the 3 position switch will be able to select delays of t−a, t and t+a. The switch selection will then have the effect of shifting the bandpass envelope in frequency by a small amount determined by a. The bandpass envelope will look like 20 and 22 of FIGS. 10 and 11 and one can see that by selecting the proper switch position the filter's frequency characteristic can be made to closely match the video power spectrum. The operation of the filter may be simply explained by assuming that the delay t is equal to the repetition period, i.e., 1/frequency of a sine wave signal to be passed by the filter. The middle switch position will be selected and the input signal will be summed with the input signal which has been delayed by t or one

6

wave length thus giving an output equal to twice the input. If another signal is input which has a wave length of 2t there will be no output since the input will be combined with the signal delayed by t, which corresponds to a 180° phase shift, i.e., two signals of exact opposite phase are added with a sum of 0. If the wanted signal now shifts either up or down in frequency by an amount 1/a a different switch position may be selected to adjust the filter bandpass characteristic accordingly. Thus for a signal having a repetition period of t+2a the right switch position would need to be selected to give the optimum delay, and for a signal having a repetition period of t the left switch would be selected. In general for this type of filter the delay should be selected to match the repetition period of the wanted signal. The method of determining what delay length is to be used is a nontrivial matter, and is one of the inventive concepts of this device and method, as will be discussed later in this disclosure. One skilled in the art can envision a system where the three delays and switch would be replaced with a single variable length delay such as a CCD device clocked with a variable frequency clock.

Referring to FIG. 13, the least complex comparison and processing system, each of the pixels from the delays is input to an arithmetic block 26a along with pixel X, where the absolute value of the difference between X and the respective pixel is computed. Each of these absolute value differences, a for pixel A, b for B, etc. is compared to a threshold t, 29a, in blocks 27a to determine if the difference is less than the threshold 29a. If the difference is less than the threshold, a switch 28a is closed which allows the corresponding pixel to be input to the processing circuit 38a, otherwise the switch 28a is opened which inputs a zero, this action allows only picture elements which are similar to X to be input to the processing circuit 38a. For the purpose of this explanation the threshold is assumed to be a fixed number, however one skilled in the art recognize that it would be useful to make the threshold automatically variable in response to the signal to noise ratio of the incoming video signal, or to the video content of said signal. The threshold would be adjusted to a relatively small value for good S/N ratios, and a large value for poor S/N ratios. In section 32 the processing circuit sums all of the pixels including pixel X, which are input to it. Section 31 adds the coefficients of the elements input to the processing circuit at section 32, either by summing all the coefficients of the switches (one or zero) or alternately by adding multiplier coefficients as discussed later, and section 33 divides 34, the sum of the picture elements by the total of coefficients of picture elements summed 30, thus computing the average of those elements. Alternately the root mean square, product or other combination could be used to generate a replacement value or output for element x. This average is the normalized noise reduced signal which is output from the device. Of course each of the switch functions 28a could be replaced with or supplemented by a multiplier (or divider) as shown in the H signal path in FIG. 13, to perform a weighted average such as a gaussian weighted response of the elements selected. Such a system might perform the weighting function in a fixed on/off mode or the weighting might be adjusted according to the computed difference A thru H of FIG. 13, or alternately according to the rank which will be discussed later. For example the weighting given to element A might be (1−a′) where the function is defined by A(1−a′) where A is the value of element A, a′

4,573,070

7

is the normalized value of a, i.e., $a \div (2 \times$ maximum allowable value of A). The multiplier could also be used in order to provide weighting of each element to perform other image operations such as unsharp masking, lag reduction and spatial enhancement, or as a replacement for the switch 28a. The coefficient of the multiplier (or divider) would be controlled by the difference computed in 26a or the threshold comparison output from 27a. Typical noise reduction results output from the processing means would then be like $(A+B+C+\cdot D+E+F+G+H+X) \div 9$ where all differences are less than t, or $(A+B+C+X) \div 4$ where only differences a, b and c are less than t or only X where all differences are greater than t. For spatial enhancement one typical output would be $(jA+kB+jC+kD\cdot +kE+jF+kG+jH+X) \div m$ where the coefficients j and k are fixed multiplier constants, or zero as determined by 26a and 27a, and m is the normalization number, i.e., the sum of the absolute value of the coefficients +1, corresponding to 30. The actual weighting function and values used would depend on the quality of the video signal being processed. If the signal were soft due to the use of a low quality camera for origination, spatial enhancements would be used to sharpen the video images to a more pleasing level, if the video contained lag due to low light conditions a lag reduction operation could be performed. Actual coefficients to accomplish these functions have been developed by computer image processing devices which operate on still pictures, and a study of computer image processing will reveal actual coefficients which can be used to correct video image defects. A typical set of values for a high pass (detail enhancement) filter would be $j = -0.25$ and $k = -0.5$. If A, B, and C had differences less than t the output would then be $[(-0.25A)+(-0.5B)+(-0.25C)+X] \div 2$.

In FIG. 15 a more complex processing and comparison system for a five element scheme such as is shown in FIG. 14, is illustrated. FIG. 15 contains the same difference computing arithmetic block, 26b, corresponding to 26a for each element, the same threshold comparison system, 29b and 27b corresponding to 29a and 27a respectively, the same picture element switches, 28b, corresponding to 28a and the same processing circuit 38b corresponding to 38a to average the selected pixels as does the system of FIG. 13. FIG. 15 does differ by the addition of a rank computers 35a and rank to noise reduction level comparison 36a for each difference. It is the function of the rank computers 35a to compare each difference a thru d to all of the other differences to determine how many of the other differences it is greater than. Each difference is given a rank from 0 to N where N is one less than the total number of differences, in this instance N=3. For example, if the differences had magnitudes of: a=3, b=4, c=9, d=5, the ranks would be a=0, since a is larger than none of the other differences, b=1, c=3, d=2. It is of course possible for two or more differences to have the same rank, if they had the same difference value. Each difference's rank is in turn compared to the noise reduction level 37a in 36a, if the rank is smaller than the N.R. level 37a and if the difference is smaller than the threshold t, 29b, the corresponding switch 28b for that element is closed inputting said element to the processing circuit 38b. Switch 28b could be replaced or augmented by a multiplier or other operation as in the previous example. As with the threshold 29a of the previous example, the N.R. level 37a could be adjustable in response to input

8

video. Since any difference greater than 29b will probably have a high rank it also would be possible to delete 29b and 27b at a sacrifice in performance, and small cost savings. The processing circuit will compute the average of all elements input to it as in the system 38a of FIG. 13. If either the difference for an element is larger than the threshold t, 29b, or the rank of that difference is larger than the N.R. level, 37a, then the switch 28b or multiplier for that element is forced to input a zero to the processing circuit 38b. Of course individual thresholds or N.R. levels could be used for each element, which would give preference to the direction of elements averaged and the switch 28b could be replaced with or augmented by a multiplier as discussed previously.

If one assumes that in the area of inspection the picture had moved 1 vertical line up in the past field of time, then element X which is currently input to the device would be from the same point on the televised image as that which is output from the memory corresponding to the area immediately below X, on the line from the preceding field. This point is represented by the junction between pixels C and D of FIG. 14 (or pixel G of FIG. 7). These elements would then have a very low rank, since they correspond to approximately the same point on the image as x, and would be input to the processing block. The filter will have tracked the movement causing the time delay to be adjusted accordingly, by the process of rank selection of pixels. One can see that it would be wise to use enough elements in this system to cover all of the possible locations that an input pixel could move to or from within a one field (or alternatively 1 frame) amount of time, in order for the filter to track any possible motion in the input video signal. Referring to FIG. 16. It will be seen that the system of FIG. 16 is similar to that of FIG. 15, except that 2 thresholds are output from 29c, 2 comparisons are made in each of the magnitude comparators 27c, an extra circuit, the X high circuit 38 has been added which controls a video switch 28d in the X video line input to the processing circuit 38c. In the previously discussed circuits of FIG. 13 and FIG. 15 it has been assumed that pixel X would always be averaged with the other elements input to the processing circuit.

In some video applications, in particular digital applications, a noise situation exists which corresponds to a digital bit error which will cause a gross amplitude change in an individual pixel. An example of this would be in an application using a solid state RAM or in a digital data transmission channel where a MSB bit is defective due to noise. In the circuits of FIGS. 13 and 15 this gross amplitude change occurring on pixel X would cause all of the magnitude comparators to sense differences greater than the threshold t, thus effectively passing pixel X to the output unaveraged. In the circuit of FIG. 16 the magnitude comparators essentially compare the differences to two thresholds, t1 and t2. Threshold t1 can be assumed to have the same value and effect as does t of FIGS. 13 and 15. Threshold t2 is a much higher threshold used to detect gross amplitude differences. The t2 threshold comparison for each difference is input to the X high circuit 38. If a number of differences, nominally two or more, have exceeded the t2 threshold, 38 opens the video switch 28d for pixel X and forces the other rank comparators to close their respective video switches thus inputting all pixels except X into the processing circuit 38c. In the simplest configuration, processing circuit 38c will average all the

4,573,070

9 · 10

pixels input to it, thus outputting this value for the noise reduced value of X.

Experimental results have shown the above processing system adequate for occasional random gross amplitude errors, however when these gross amplitude errors increase in frequency it may be desirable to average only a small number of surrounding pixels, those which are closest in magnitude to each other. These close magnitude pixels represent the minimum brightness gradient or the surface contour having the least amount of deflection or change within the area under inspection, and their average statistically represents the highest probability of the true noise free value of X. For the pixels within the area of FIG. 7 the minimum gradient would be the smallest magnitude of A-H, B-G, C-F or D-E which would be determined with difference circuits like 26b operating on each pair of elements and rank computer 35a of FIG. 15, i.e., the minimum gradient would also have the smallest rank. The output of the processing system would be the average of those two pixels having the smallest difference if X was determined to have a gross error. The circuitry which would need to be added to the processing circuit of FIG. 16 to accomplish a minimum gradient average is minimal and would be an elementary design task to one skilled in the art. Similar minimum brightness gradient circuitry was also discussed by Graham in U.S. Pat. No. 3,009,016. It should be noted however that if pixel X does not suffer from gross amplitude noise, and has a difference less than threshold t, the system of either FIG. 15 or 16 will inherently compute an average of pixels because of the operation of the rank computers and rank threshold comparison, as was previously discussed.

In many systems which operate on digital video signals there is circuitry included to detect bit or gross errors as part of such systems. In these systems it would be unnecessary to include the X high circuitry 38 and the associated threshold t2 and comparison circuitry since errors on pixel X have already been detected. The external system error detector would merely need to be coupled to the rank computers 36b, the X video switch 28d and processing means 38c as was the X high circuit 38.

The element x need not be used in the treatment of normal television signals (element x containing very little information not present in neighboring pixels) or in defective television images (wherein the neighboring pixels statistically have a high probability of representing the true noise free value of x). The neighboring pixels could thus be directly compared with the results used to replace a different pixel. A mathematical process to do this could be accomplished by deleting element x from the processing means in FIGS. 15 and 16, using a different subtrahend in FIG. 13, or otherwise.

The operation of the noise reduction device has been discussed in relation to FIGS. 13, 15 and 16 in order to clearly explain how the device functions, however it will be clear to one skilled in the art that several of the functions could be combined or implemented in a different fashion as is convenient in order to optimize the design to meet a particular set of goals such as low cost, portability or high performance. It is considered obvious that the hardware used to implement any of the various functions such as the delays 15a, b and 18 could be shared with another device, such as would be the case if this invention were constructed as a secondary feature or option of another device such as a television frame synchronizer, or that the video signal could be

output from the main memory via a different port thus giving the video output a variable delay and essentially the ability to perform a timebase corrector or synchronizer capability.

Of particular interest for state of the art television systems is the recursive system shown in FIG. 9 because of its unique and efficient relationship when used in a 2:1 interlace system. In the arrangement of FIG. 9 the input video picture element X is compared to those surrounding it (see FIG. 7). However it may be noted that by carefully selecting the length of the large delay 18, so that it provides at its output the line above the input line, (which may require a change in delay length to compensate for interlace on even or odd fields) elements ABCFG and H will be from the field previous to element X. This situation has the requirement of approximately a 1 field delay for 18, rather than a 1 frame delay which is most often used in recursive temporal average systems, with the obvious cost advantage. By combining the system configuration of FIG. 9 with the processing and comparison system of FIG. 15 or FIG. 16, which has been expanded to handle 9 total elements, a very good cost vs. performance ratio is achieved. One can see that by the previously described system of FIG. 15 or FIG. 16 of selecting pixels which surround X to average together in this recursive scheme of FIG. 9, a form of adaptive recursive comb filter is effected. It is most important to note that the delay used is variable by the amounts controlled by the selection of the surrounding elements. For example, in FIG. 9, if pixel C is selected the delay is 1 H more than if pixel H is selected. Referring to the previous discussion Line relating to the shape of the bandpass envelope one should understand that it is this variable delay arrangement which coupled with averaging variable numbers of pixels, which may have variable weighting, can cause both the width and allowable amplitude of, as well as the position of 30 hz components of the bandpass envelope to change independently and automatically in order to provide a close fit to the video power spectrum envelope, as well as providing spatial image processing.

The above described system which utilizes a field delay proves in practice to be extremely cost effective and of high performance when compared to frame recursive devices which are currently commercially available. To one skilled in the art it should be obvious that there are many variations of this system which may be constructed to fit a given need. In particular a much more elegant system could be built which utilizes a full frame delay thus allowing an input pixel to be compared with those pixels surrounding it in both the previous field and the previous frame. Less or more than the suggested nine elements could also be used with a group of central elements being compared to a group of surrounding elements. A system could also be built which allows the comparison of one or more input pixels to a number of the pixels surrounding it, but from the previous frame or a multiple number of frames or fields. It may be noted that in all cases the delayed element corresponding to input element X i.e. that element corresponding to the same point on the raster as X need not be used if a sufficient number of surrounding elements are used, since it is reasonable to assume that the delayed element corresponding to X contains very little information not already contained in those pixels which surround it, for normal television scenes.

What is claimed is:

4,573,070

**11**

1. Apparatus for reducing noise on an input televison video signal which apparatus contains a comparison circuit means responsive to said input video signal to compare a central picture element of said video signal to at least one of the surrounding picture elements of said video signal to determine the difference thereof and to further compare said difference to a threshold, said threshold adjusted automatically in response to said input television video signal, and a processing circuit responsive to said picture elements and said comparison to sum portions of said surrounding element and said central element if said difference corresponding to said surrounding element is less than said threshold, with said portion of surrounding element being decreased otherwise, which decreased portion may be zero and which sum is the noise reduced value substituted for said central element by said processing circuit before said signal is output from said apparatus.

2. Apparatus for reducing noise on an input televison video signal which apparatus contains a comparison circuit means responsive to said input video signal to compare a central picture element of said video signal to at least one of the surrounding picture elements of said video signal to determine the difference thereof and to further compare said difference to a threshold, a processing circuit responsive to said picture elements and said comparison to sum portions of said surrounding element and said central element if said difference corresponding to said surrounding element is less than said threshold, with said portion of said surrounding element being decreased otherwise, which decreased portion may be zero and which sum is the noise reduced value substituted for said central element by said processing circuit before said signal is output from said apparatus, a second comparison circuit responsive to said differences from multiple surrounding elements wherein said differences are compared to each other allowing said multiple surrounding elements to be ranked according to their respective differences with only a number of said surrounding elements which have the smallest differences being summed with said central element which number of surrounding elements may be a number set by an operator or may be responsive to said input video signal in either delayed or undelayed form.

3. Apparatus as claimed in claim 2 wherein the number of said surrounding elements combined is responsive to the amount of noise on said input video signal in delayed or undelayed form.

4. Apparatus as claimed in claim 2 wherein the number of said surrounding elements combined is responsive to the information content of said input television video signal in delayed or undelayed form.

5. A method for reducing noise on a video signal which noise may result from errors occurring in a video signal system with said method containing a comparison step to compare a central video element of said video signal to two or more of the video elements surrounding said central element as viewed on the television raster to determine the difference thereof, and a processing circuit responsive to said comparison to determine if said difference is greater than a threshold and to replace a noisy central video element with a combination of at least two surrounding elements which may be the same or different elements as said compared elements with said replacement ocuring when said central video element differs from said two or more of the compared surrounding elements by more than said threshold.

**12**

6. A method as claimed in claim 5 wherein said two combined surrounding samples have a difference which is less than the difference of any two other surrounding samples as determined by a further comparison step.

7. A method as claimed in claim 5 wherein said two combined surrounding samples are adjacent to said noisy central video sample and constitute the minimum brightness gradient across said noisy video sample as determined by said further comparison step.

8. The method of claim 5 wherein the surrounding video elements of the combination are from the scan line above and scan line below the central video element and from the same field.

9. A method for reducing noise on a set of pixels derived from an optical image including the steps of comparing two pixels to determine the difference thereof, comparing said difference to a reference to determine the larger thereof and replacing a given pixel with a combination of other pixels in response to said comparison to said reference, said combination representing a noise reduced given pixel.

10. The method for reducing noise of claim 9 wherein the two pixels being compared to determine the difference thereof are different than the given pixel replaced.

11. The method for reducing noise of claim 10 wherein the given pixel is used in the combination of pixels.

12. The method of claim 9 wherein the given pixel is located between two compared pixels.

13. The method of claim 9 wherein the given pixel and compared pixels are each on a separate scan line from the same field and are aligned in a straight line on the raster.

14. The method of claim 9 wherein the given pixel and compared pixels are from the same point on the raster but each located in a different frame.

15. A method for reducing noise on a video signal comprising the steps of comparing a given pixel to other pixels to determine whether the difference between each of such other pixels and the given pixel is less than a reference threshold level, combining said given pixel and those other pixels that are within said reference threshold level of said given pixel, the total number of pixel signals used in this combining varying and outputing the combination, this combination increasing the apparent signal to noise ratio of the video signal.

16. Method as claimed in claim 15 wherein said combinations includes summing said given pixel and those other pixels within said reference threshold of said given pixel and dividing said sum by the total number of pixels summed.

17. A method for reducing noise on an electronic signal derived by scanning a image comprising the steps of comparing a given element of said signal to each of two or more other elements of said signal to determine the difference thereof, comparing each difference to the other differences to determine which of said other elements has the smallest corresponding difference and combining the element having the smallest corresponding difference with at least said given element to provide a noise reduced element which may be substituted for said given element.

18. A method for reducing noise on a signal derived by scanning an image comprising the steps of establishing a reference threshold level, comparing a central pixel to adjacent pixels to determine whether the absolute value of the difference between each of such adjacent pixels and the central pixel is less than said refer-

4,573,070

13

ence threshold level, and computing an average of said central pixel and those adjacent pixels that are within said reference threshold level of said central pixel, the total number of pixel signals used in computing this average varying and outputting this average as the value of said central pixel, this averaging increasing the apparent signal to noise ratio of the video signal.

19. A method for reducing noise on a signal derived by scanning an image comprising the steps of establishing a reference threshold level, comparing the level of a central pixel to the levels of a plurality of the surrounding pixels to determine whether the absolute value of the difference between each of such surrounding pixels and the central pixel is less than said reference threshold level, computing the sum of the levels of said surrounding pixels that are within said threshold reference level of said level of said central pixel plus the level of said central pixel, computing the number of pixels summed, dividing said sum by said number to determine an average value for the levels of similar pixels, and outputting said value for said central pixel, this process increasing the apparent signal to noise ratio of the video signal.

20. A method for reducing noise on a video signal comprising the steps of establishing a reference threshold level, comparing the level of a first pixel to the levels of a plurality of the adjacent pixels to determine whether the absolute value of the difference between each of the compared adjacent pixels and said first pixel is less than said reference threshold level, computing the sum of the levels of said compared adjacent pixels that are within said threshold reference level of said level of said first pixel plus the level of said first pixel, computing the number of pixels summed, dividing said sum by said number to determine a value for the levels of similar pixels, and outputting said value for said first pixel, this process reducing the apparent noise of the video signal.

21. A method for reducing noise on a video signal comprising the steps of comparing the level of a given pixel to the level of neighboring pixels to determine whether the difference between each of said neighboring pixels and said given pixel is less than a reference threshold level, computing the sum of the levels of said neighboring pixels that are within said threshold reference level of said level of said given pixel plus the level of said given pixel, computing the number of pixels summed, dividing said sum by said number to determine a value for the levels of similar pixels, and outputting said value for said given pixel, this process increasing the apparent signal to said noise ratio of the video signal.

22. An apparatus for reducing noise on a series of pixels derived from a video signal, said apparatus comprising means to compare a given pixel to other pixels to determine whether or not the difference between each of such other pixels and the given pixel is less than a reference threshold level, and means to compute an average of said given pixel with those other pixels that are within said reference threshold level of said given pixel, the total number of pixel signals used in computing this average varying and means to output the average as the value of said given pixel, this averaging increasing the apparent signal to noise ratio of the video signal.

23. An apparatus for reducing noise on a series of pixels derived from a video signal comprising means of establishing a reference threshold level, means of comparing a central pixel to surrounding pixels to determine

14

whether the difference between each of such surrounding pixels and the central pixel is less than said reference threshold level, means to average said central pixel and those surrounding pixels that are within said reference threshold level of said central pixel, the total number of pixel signals used in this average varying and means to output this average as the value of said central pixel, this averaging increasing the apparent signal to noise ratio of the video signal.

24. Apparatus for reducing noise on a group of pixels derived from a video signal including in combination means responsive to the difference between a given pixel and at least one other pixel to compare said difference to two threshold levels to determine the greater of said difference and each of said threshold levels and means for substituting a combination of two or more pixels for said given pixel in response to said comparisons.

25. A method for reducing noise on a set of pixels derived from an optical image including the steps of comparing two neighboring pixels to determine the difference thereof, comparing said difference to a reference to determine the larger thereof and replacing a third neighboring pixel located between said first two neighboring pixels with a combination including neighboring pixels in response to said comparison to said reference, said combination representing a noise reduced third pixel.

26. Method of claim 25 where first two pixels are chosen so that they have the same color subcarrier phase.

27. The method for reducing noise of claim 25 wherein the two neighboring pixels are combined to produce the combination of the neighboring pixels used to replace the third pixel.

28. The method for reducing noise of claim 27 wherein the third neighboring pixel is also used in the combination of the neighboring pixels.

29. The method for reducing noise of claim 25 wherein the reference is a percentage of signal type reference.

30. The method of claim 25 wherein said set of pixels consists of three pixels taken from three consecutive scan lines from the same field of an NTSC video signal with said third neighboring pixel being from the central scan line of said three scan lines and with one said compared neighboring pixel being from one of the other of the three scan lines and the other said compared neighboring pixel being from the third scan line.

31. The method of claim 25 wherein said combination of pixels is made such that noise is reduced on the color subcarrier.

32. The method of claim 25 wherein determining said difference includes subtracting a first pixel from a second pixel, and further including taking the absolute value of the result.

33. The method of claim 25 wherein said pixels include the color subcarrier of an NTSC video signal.

34. The method of claim 25 wherein said pixels are represented in digital form.

35. The method of claim 25 wherein said pixels are represented in analog form.

36. A method for reducing noise on a video signal comprising the steps of selecting neighboring picture elements from the signal, examining said elements to determine their respective levels, ranking said elements according to their respective levels, combining all said elements within a chosen rank to produce a replacement

**15**

**4,573,070**

**16**

value and outputing said replacement value in the place of one of said elements within chosen rank, this processing increasing the apparent signal to noise ratio of the video signal.

**37.** A method for reducing noise on a video signal comprising the steps of selecting a first and neighboring picture elements from the signal, examining said first and neighboring elements to determine their respective levels, setting a threshold, examining the levels of said neighboring elements to determine whether the level of any of said neighboring elements are within the level of said threshold of the level of said first element, ranking said neighboring elements within said threshold of said first element, combining all said within threshold neighboring elements within a chosen rank and outputing said combination of all said within threshold neighboring elements within said chosen rank in the place of said first element, this process increasing the apparent signal to noise ratio of the video signal.

**38.** A method for reducing noise on a video signal comprising the steps of selecting neighboring picture elements from the signal, selecting a reference, examining the levels of said elements to determine whether the level of any of said elements are within said reference of the other of said elements, combining said elements that are within said reference to each other, to produce a replacement value and outputing said replacement value of said elements that are within said reference of each other in place of one of said elements that is within said reference of each other, this increasing the apparent signal to noise ratio of the video signal.

**39.** A method for reducing noise on a video signal comprising the steps of selecting a first and neighboring picture elements from the signal, examining said elements to determine their respective levels, setting a threshold, comparing the levels of said neighboring elements to determine whether the level of any of said neighboring elements are within said threshold of said first element, combining said neighboring elements that are within said threshold of said first element, and outputing said combination of said neighboring elements that are within said threshold of said first element in place of said first element, this process increasing the apparent signal to noise ratio of the video signal.

**40.** A method for reducing noise on a video signal comprising the steps of selecting neighboring picture elements from the signal, selecting a reference, comparing the levels of said elements to determine whether any

of said elements are dissimilar by more than said reference from the others of said elements, combining some of said elements that are within said reference of each other, to produce a replacement value and outputing said replacement value of some of said elements that are within said reference of each other in place of one of said elements that is dissimilar by more than said reference of the others of said elements, this process increasing the apparent signal to noise ratio of the video signal.

**41.** A method for reducing noise on a video signal comprising the steps of selecting a first and neighboring elements from the signal, setting a threshold, comparing the levels of said neighboring elements to the level of said first element to determine whether the level of all of said neighboring elements are dissimilar by more than said threshold from said first element, and if all of said neighboring elements are dissimilar by more than said threshold from said first element then combining said neighboring elements and outputing said combination of said neighboring elements in place of said first element, this process increasing the apparent signal to noise ratio of the video signal.

**42.** The method of preserving detail in a noise reduced video signal wherein noise reduction is performed by combining a group of three or more pixels and substituting said combination for one pixel of said group, including the step of comparing two or more pixels of said group to determine the difference thereof, comparing said difference to a reference to determine the larger thereof, and inhibiting said substitution when said difference exceeds said reference.

**43.** The method of preserving detail in a noise reduced video signal which is the chroma subcarrier portion of an NTSC television video signal wherein noise reduction is performed by combining a first element and two neighboring elements of the input NTSC television video signal, said combination being the noise reduced value substituted for said first element, including the step of comparing two of said elements which are normally combined to determine if they are similar within a threshold value of each other, the step allowing said substitution to be made if said compared elements are similar within said threshold and inhibiting said substitution if said compared elements are not similar within said threshold thereby outputing said first element uncombined.

* * * * *

50

55

60

65

# Exhibit C

# United States Patent [19]

## Stratton

[11] **Patent Number:** 4,723,166

[45] **Date of Patent:** Feb. 2, 1988

[54] **NOISE ADJUSTED RECURSIVE FILTER**

[75] Inventor: **Boyd L. Stratton,** Woodside, Calif.

[73] Assignee: **Harris Corporation,** Melbourne, Fla.

[21] Appl. No.: **850,956**

[22] Filed: **Apr. 11, 1986**

[51] Int. Cl.⁴ ............................................. H04N 5/213
[52] U.S. Cl. ...................................................... 358/167
[58] Field of Search .................. 358/36, 167, 965, 37, 358/166, 165, 160

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,064,530 | 12/1977 | Kaiser | 358/36 |
| 4,249,210 | 2/1981 | Storey | 358/167 |
| 4,296,436 | 10/1981 | Achiha | 358/105 |
| 4,367,490 | 1/1983 | Riederer | 358/167 |

*Primary Examiner*—Tommy P. Chin
*Attorney, Agent, or Firm*—Tarolli, Sundheim & Covell

[57] **ABSTRACT**

A noise adjusted recursive filtering apparatus is presented for use in processing video signals having picture portions and predetermined nonpicture portions. A noise detector responds to video signals during a nonpicture portion for providing a noise signal having a magnitude representative of the average noise level on the video signal. A recursive filter is provided for filtering the video signal and this filter includes a delay for delaying the input video signal together with circuitry for determining the difference between a present input video signal and a delayed video signal. The difference signal as well as the noise level signal are employed for purposes of providing a correction signal which is added to the input signal to provide an output video signal. The correction signal is a nonlinearly related percentage of the difference signal and varies as a function of the difference signal and the noise level signal.

**10 Claims, 10 Drawing Figures**





FIG. 1



FIG.2



FIG. 3A

FIG. 3B

FIG. 3C

FIG. 3D



FIG. 4



FIG. 5

**U.S. Patent**     Feb. 2, 1988     Sheet 3 of 3     **4,723,166**



FIG.6



FIG.7

4,723,166

1

## NOISE ADJUSTED RECURSIVE FILTER

### BACKGROUND OF THE INVENTION

This invention relates to the art of processing video signals and, more particularly, to improvements in recursive filters.

Recursive filters are known in the art and an example takes the form of the U.S. patent to A. Kaiser et al., U.S. Pat. No. 4,064,530. The recursive filter described there serves to reduce noise in a color television signal, even in the presence of motion between successive frames. The system includes a delay or frame storage device for storing a single television frame and a summing device for adding a fractional amplitude portion of the stored signal to a fractional amplitude portion of the present or incoming video signal. The system functions as a recursive filter and is operative automatically to change the fractional amplitude portion of the stored signal fed back to the summing device as a function of the difference between the stored and present signals. This changes the integration time constant of the filter so as to accommodate a certain amount of motion between the arriving signal and the stored frames. Motion is detected as it exists between stored frames and the incoming signal as the picture proceeds element-by-element through the system, and in response to the evaluation of such motion alters the contribution of the stored past signals to the noise reduced video output signal. If a picture element from the same scene object in the stored past signals is sufficiently different in amplitude from the same element in the arriving video signal, the past history of that picture is ignored and the present signal is transmitted to the output terminal.

In the Kaiser et al. system, supra, no provision is made for adjusting the fractional amplitude portion of the stored signal which is fed back into the summing device as a function of noise as well as a function of the difference between the stored and the present signals. To the contrary, Kaiser et al. provides only for adjustment of the fractional amplitude portion of the stored signal as a function of the difference between the stored and the present signals.

It is, however, known to provide a noise measurement circuit in conjunction with a video noise reduction system as is described in the patent to R. Storey et al., U.S. Pat. No. 4,249,210. Storey contemplates a somewhat different filtering than that of Kaiser, supra. In Storey et al., a signal is derived from a preceding output signal and is then subtracted from the input signal for the current field to provide a difference signal. Low amplitude portions of the difference signal are attenuated relative to the high amplitude portions thereof. The thus attenuated signal is added to the preceding output signal to provide a new output signal for the current field. While the system operates differently than that of Kaiser, Storey et al. nevertheless contemplates that a noise measurement circuit be employed for measuring the noise on the difference signal and then adjusting the gain of a variable gain element employed in attenuating the difference signal as a function of the output obtained from the noise measurement circuit.

### SUMMARY OF THE INVENTION

It is an object of the present invention to provide improvements to a recursive filter system so that the portion of a difference signal which is added to the

2

present input signal is adjusted in dependence upon noise in the video signal.

It is a still further object of the present invention to provide a noise adjusted frame recursive filter which is adjusted for noise as measured during a nonpicture portion of the video signal.

In accordance with the present invention, there is provided a noise adjusted recursive filtering apparatus for processing video signals having picture portions and predetermined nonpicture portions. The noise detector is responsive to the video signal during a nonpicture portion for providing a noise signal having a magnitude representative of the average noise level on the video signal. A recursive filter is provided for filtering the video signal and this filter employs a delay means for delaying the video signal, together with means for determining the difference between a present input video signal and a delayed signal. Circuitry is employed which responds to the difference as well as the noise signal for providing a fractional difference signal to be added to the input signal to provide a new output signal.

### BRIEF DESCRIPTION OF THE DRAWINGS

The foregoing and other objects and advantages of the invention will become more readily apparent from the following description of the preferred embodiment of the invention as taken in conjunction with the accompanying drawings which are a part hereof and wherein:

FIG. 1 is a schematic-block diagram illustration of a portion of a frame synchronizer employing the present invention;

FIG. 2 is a schematic-block diagram illustration of the sync detector shown in the block diagram of FIG. 1;

FIGS. 3A–3D are waveforms useful in describing the operation herein;

FIG. 4 is a waveform relating to the operation of the sync detector;

FIG. 5 illustrates the noise detector in greater detail than that illustrated in FIG. 2;

FIG. 6 is a schematic-block diagram illustration of the logic circuit illustrated in FIG. 1; and

FIG. 7 is a schematic-block diagram illustration of the signal mixer illustrated in FIG. 1.

### DESCRIPTION OF PREFERRED EMBODIMENT

Reference is now made to the drawings for purposes of presenting a preferred embodiment of the invention only and not for purposes of limiting same. Reference is now made to FIG. 1 which illustrates a portion of an input processor circuit of a frame synchronizer for processing the signals. The composite video signal is passed by a low pass filter 10, which in this example may be considered as passing signals up to a frequency of 5.5 MHz. This is within the range of operation of an analog-to-digital converter 12 which converts the analog video signal into a train of 8 bit digital samples which may be supplied to a frame storage for subsequent use. Prior to the video signal being applied to the analog-to-digial converter 12, it is passed through a back porch clamp circuit 14 to clamp a predetermined nonpicture portion to a desired level. Sometimes a back porch clamp circuit is referred to as a DC restorer and both terms may be employed herein for the same circuit. In this application, a video signal is clamped to a DC level on the order of −2.0 volts in the back porch portion of the video signal. The intelligence or picture content portion of the video signal will then vary between −2 volts and 0 volts which is within the operating range of the ana-

4,723,166

3

log-to-digital converter. In some applications, the video signal may be clamped to ground level or some other desired signal level. Additionally, the circuitry in FIG. 1 includes a burst detector 16, which may be of conventional design, and a sync detector 18, which is conventionally employed for supplying timing information to a voltage controlled oscillator 20 which, in turn, provides clock pulses to operate the analog-to-digital converter 12.

The output of the analog-to-digital converter in this embodiment is preferably noise reduced by a digital noise reducer 200. This may take a form conventional in the art and, for example, in the embodiment illustrated, it takes the form of a frame recursive filter employing a signal mixer 202, a frame memory 204, a chroma inverter 206 and an asynchronous first-in, first-out memory buffer 208 interconnected as illustrated in FIG. 1. This digital noise reducer is a frame recursive filter wherein each pixel of a stored image in the frame memory 204 is successively updated once per frame by mixing it at a signal mixer 202 with incoming data obtained from the analog-to-digital converter 12, with the incoming data corresponding to the same pixel location. The mix ratio employed will control the degree of filtering. If mostly memory data is used in the mix, then the degree of filtering is high, and the image will be slow to respond to changes (motion or noise) in the input signal. If mostly input data is used, then the degree of filtering is low, and the image will quickly respond to changes in the input signal. Front panel selection is provided for for the digital noise reducer and this includes off, low, med and hi switch positions for use in determining the mix ratio. Additionally, in accordance with the present invention, the front panel control settings are combined with measured noise obtained from a noise detector circuit located within the sync detector 18. A logic circuit 210, to be described in greater detail hereinafter, combines the measured noise with the front panel control settings. The pixel-by-pixel difference between the stored and input levels is also used to obtain the mix ratio. Pixel differences which are small are assumed to be the effect of random noise, and are consequently heavily filtered. Differences which are large are assumed to be the effect of motion in the picture, and are lightly filtered.

Because the chroma signal phase changes 180 degrees between one frame and the next in an NTSC video signal, a chroma inverter 206 is employed in the frame delayed data path (otherwise the chroma signal would be lost in the mixing process). The memory buffer 208 is an asynchronous first-in, first-out memory buffer which is employed to convert the frame delayed signal from memory timing (which is locked to the output signal) to the input timing (derived from the input signal), making possible the pixel-by-pixel alignment of input and frame delayed data required by the signal mixer 202. The chroma inverter 206 is preferably an adaptive filter used in the frame delayed signal path to extract the chroma portion of the signal, invert its polarity, and recombine it with the noninverted luminance portion of the signal, thereby correcting the chroma phase difference between the input and the frame-delayed signals prior to mixing the signals at mixer 202.

Reference is now made to FIG. 2 which provides a more detailed illustration of the sync detector 18 in FIG. 1. The video signal is first passed through a low pass filter 30 which, for example, passes signals having a frequency up to 1.5 MHz. This, then, is a small portion

4

of the frequency band of the video signal. The filtered video signal is then passed by a buffer 32 and a capacitor 34 to the negative input of a comparator 36 which operates as a sync slicer. This comparator 36 compares the filtered video signal with a threshold for the purposes of recovering the sync signal from the filtered video signal. This may be appreciated with reference to the waveforms in FIGS. 3A and 3B.

The waveform in FIG. 3A is representative of the composite video signal. As seen, the video signal has a picture portion P intermediate the front porch portion FP and a back porch portion BP. A horizontal sync signal separates the front porch portion from the back porch portion and this sync signal is referred to as the sync tip ST. Conventionally, the front porch portion and the back porch portion are at the same DC signal level, such as ground. The sync tip is also maintained at a constant level which is conventionally negative with respect to the front porch or back porch portions.

The sync slicer comparator 36 compares a threshold signal with the filtered composite video signal in order to recover or detect the horizontal synchronizing signal and produce a horizontal sync signal $H_S$ in accordance therewith (see FIG. 3B). The threshold in FIG. 2 is obtained from the junction of a pair of resistors 40 and 42 connected between the output of a buffer 44 and ground. It should be noted that whereas ground potential is illustrated herein, a different reference level may be employed. The buffer 44 obtains its input from a charge stored on a capacitor 46, a sample and hold arrangement. This arrangement also includes a switch 48 which is periodically closed in synchronization with detection of the horizontal sync pulse to complete a path so that the filtered composite video signal may be sampled and stored in capacitor 46. The sampled voltage takes place during the sync tip portion ST of the video signal. The capacitor 46 charges toward this level and the charge of the capacitor is buffered through buffer 44 and applied across the voltage divider consisting of resistors 40 and 42 to provide a threshold level to the positive input of the sync slicer comparator 36. Whenever the filtered video input signal becomes negative with respect to the threshold, the sync slicer 36 will output a positive pulse representing the horizontal sync signal $H_S$, as is seen in FIG. 3B. The leading edge of the horizontal sync signal triggers a sync tip sample pulse generator 50 to produce a sync tip control signal A (FIG. 3C) which is then employed for closing switch 48 during the sync tip portion ST of the filtered video signal. Similarly, the lagging edge of the horizontal sync signal $H_S$ triggers a back porch clamp pulse generator 52 to produce a trigger signal B (see FIG. 3D) which is employed to temporarily close a switch 54 so as to clamp the filtered video signal to ground during the back porch portion BP.

Referring again to FIGS. 2, 3A and 3B, it is recalled that the horizontal sync signal $H_S$ is produced when the filtered video signal has its DC level change to the point that it is more negative than the threshold supplied to the positive input of the sync slicer 36. The reference level or threshold may be called the slice level SLA. This is illustrated in FIG. 3A as being midway between that of the back porch portion BP and the sync tip portion ST. For example, if the back porch portion BP is at 0 volts and the sync tip portion ST is normally at −1.0 volts, then the threshold or slice level SLA may be set at −0.5 volts. Consequently, as the video signal becomes more negative than the threshold or slice level

4,723,166

5

SLA, the output of amplifier 36 will go positive and stay positive to provide the horizontal sync signal $H_S$ until the video sync signal once again increases positively toward the back porch level and becomes more positive than the threshold or slice level SLA. This is illustrated in FIGS. 3A and 3B. The discussion thus far assumes that there is no noise to contend with during the horizontal sync recovery.

Reference is now made to FIG. 4 which illustrates the video signal having noise and located on what was assumed to be constant level nonpicture portions, including the front porch FP, the sync tip ST, and the back porch BP, as well as the transitions between these levels. The noise includes peaks and valleys which may cross the normal slice level SLA at times which will create a false indication of a horizontal sync signal recovery. For example, a noise valley point 60 in FIG. 4 is clearly more negative than the slice level SLA and this would cause the sync slicer 36 to erroneously produce an indication of a horizontal sync signal. Similarly, a noise peak point 62 is clearly more positive than the slice level SLA and would cause the sync slicer 36 to erroneously provide an indication that the horizontal sync recovery has been completed. Consequently, noise such as that illustrated in FIG. 4 can provide erroneous horizontal sync recovery information.

In accordance with the embodiment illustrated in FIG. 2, the threshold or slice level is varied in the presence of noise from that of its low noise or normal threshold level SLA. For example with reference to FIG. 4, in the presence of noise, the negative going valley point 60 while being more negative than slice level SLA is not more negative than an offset slice level SL2. However, the video signal becomes more negative than the offset slice level SL2, the sync slicer 36 will provide a positive horizontal sync signal. Similarly, whereas the noise peak 62 is more positive than the low noise or normal slice level SLA, it is not more positive than the modified or offset slice level SL1. However, as the video signal becomes more positive, it will exceed that of the offset slice level SL1, causing a termination of the horizontal sync signal. This operation is achieved by employing a noise detector generating information to modify the slice level during noisy conditions as measured during one of the predetermined nonpicture portions of the video signal.

In the embodiment of FIG. 2, the noise level is measured by a noise detector 70, to be described in greater detail hereinafter, which measures noise during the sync tip sample periods and provides an output indication representative of the average noise. This includes a positive signal $+V_N$, as well as a negative signal $-V_N$ to be added or subtracted to the normal slice level SLA so as to vary the slice level in accordance with measured noise. Both of these offset adjustments are supplied to the positive input of the sync slicer 36 by way of a resistor 72 which scales the offset signal. These offset signals are supplied by way of switches 74 and 76 which operate such that when one of the switches is closed, the other is open. The switch control is obtained from the sync slicer 36 such that when the output is positive (during a sync tip interval), the switch 74 is closed, as is shown in FIG. 2, so that the slice level is raised to that of slice level SL1. When the output of the sync slicer 36 is at ground potential (during the front porch or back porch portions) the switch 74 is open and switch 76 becomes closed by way of an inverter 78. It is to be appreciated that whereas switches 74 and 76 are

6

illustrated as simple mechanical switches, they, in practice, would normally take the form of solid state switches operated in a well known manner. The noise detector 70 is discussed in greater detail with reference to FIG. 5.

Reference is now made to FIG. 5 which illustrates the noise detector in greater detail. This detector may be considered as an analog multiplier filtered at its input and its output. The analog multiplier 80 may conventionally take the form of an analog multiplier provided by Motorola Corporation and known as their Model MC1495. The input to multiplier 80 is taken from the output of buffer 44 (FIG. 2) and is supplied to unfiltered X+ and Y+ inputs of the multiplier. The signal from buffer 44 is also applied through a resistor 82 and a capacitor 84 to ground. The junction of resistor 82 and capacitor 84 supplies a filtered second input to the X− and Y− inputs of the multiplier 80. The multiplier effectively multiplies the difference between the inputs applied to the X+ and X− terminals by the difference between the inputs applied to the Y+ and Y− inputs. The outputs taken from the positive and negative output terminals of the multiplier 80 provide a balanced output and this is supplied to an operational amplifier 86 with its output being supplied to a filter including resistor 88 and a capacitor 90 taken to ground. The signal across resistor 82 represents fluctuations of the input signal at 44 caused by noise. This signal is multiplied by itself by multiplier 80 to give an absolute representation of noise at the output of amplifier 86. This, then, provides an output $+V_N$ which represents the average noise over several lines of video information. A negative output $−V_N$ may be obtained with an inverter amplifier 87 having its positive input connected to ground through a resistor 89.

The measured noise (FIG. 5) is supplied to the logic circuit 210 (FIG. 1) which combines the measured noise with the front panel control settings for use along with the pixel-to-pixel differences in determining the mix ratio. The logic circuit 210 and the signal mixer 202 are illustrated in greater hereinafter with reference to FIGS. 6 and 7 respectively.

Reference is now made to FIG. 6 which illustrates the logic circuit 210 in greater detail than that in FIG. 1. The logic circuit as shown in FIG. 6 has two inputs taken as the unfiltered and filtered noise measurements; that is, $V_N$ (unfiltered) and $V_N$. The average noise signal $V_N$ is supplied to an input of each of three signal comparators 220, 222 and 224, each of which produces a positive output signal for a time duration so long as the noise signal is greater than the reference signal. The reference signals at the second input of each of these comparators may be referred to as threshold levels TL1, TL2 and TL3. These are obtained from the wiper arms of potentiometers 226, 228 and 230, respectively. The threshold levels are set such that an output is obtained from comparator 220 when the noise level is considered relatively high, such as being greater than −20 db. Similarly, an output voltage is obtained from comparator 222 for medium noise when the noise level is greater than −30 db. The output of comparator 224 is positive so long as the noise level is low (this is considered as being greater than −40 db). An additional comparator 232 has an input for receiving the unfiltered noise level signal and this is compared with a threshold level TL4 obtained from a potentiometer 234. This threshold is set so that the output of the comparator is positive for high noise impulses which may be greater than −15 db. The

4,723,166

7

outputs of comparators 220, 222, 224 and 232 are supplied to a programmable array logic (PAL) circuit 240. The PAL logic circuit is provided with front panel displays in the form of light emitting diodes 242, 244, 246 and 248. These are connected by means of resistors 250, 252, 254 and 256 to a B+ voltage supply source. These are arranged in conjunction with the logic circuitry so that diode 242 is illuminated when the measured noise approaches −20 db. Similarly, diode 244 is illuminated when the measured noise is in the range of −20 to −30 db. Diode 246 is illuminated when the measured noise is in the range of −30 to −40 db. Also, diode 248 is illuminated when the measured noise is in excess of −40 db.

The operator is provided with front panel control settings to adjust the mix ratio of the digital noise reducer. These settings are OFF, LO, MED., and HI. Suitable switching is provided so that two inputs are supplied to the PAL circuit 240 with each input carrying either a binary 1 or a binary 0 level representative of one of the front panel control settings. The setting of OFF is indicative that all pixel-to-pixel differences will be considered as motion, and hence, no noise reduction is achieved by the digital noise reducer. The setting of LO is indicative that above this setting, pixel-to-pixel differences will be considered as motion and not noise. Similarly, the setting of MED. is indicative that at some higher noise level than LO, the operation will assume that pixel-to-pixel differences of this level will be considered as motion and not noise. Similarly, a selection of HI is indicative that a level greater than that for MED. pixel-to-pixel differences will be considered as motion and not noise. The PAL circuit 240 combines the inputs obtained from comparators 220, 222, 224 and 232 with that obtained from the front panel control settings to provide a three bit output on a mix control bus 260.

Reference is now made to FIG. 7 which provides a greater illustration of the signal mixer 202 than that illustrated in FIG. 1. The eight bit frame delayed signal obtained from the frame memory 204 is supplied to the signal mixer, by way of the buffer 208, and is supplied to one input of an ADDER 270. The present input video signal as obtained from the analog-to-digital converter 12 (FIG. 1) is supplied to a second input of ADDER 270 by way of an inverter 272 such that the output as taken from ADDER 270 represents the difference between the frame delayed signal and the input signal. This difference signal is supplied as a nine bit address to a mix control PROM 274. This nine bit address is combined with the three bits from the mix control bus to obtain a twelve bit address for addressing PROM 274. The mix control PROM outputs an 8 bit signal which is a fractional part of the 9 bit difference signal from ADDER 270, the fractional value depending on the 3 bit address on the bus 260. The output of PROM 274 is added to the input video signal by means of an ADDER 276 to provide an eight bit output.

It is to be appreciated that the input video signal and the frame delayed video signal are mixed in proportions which partly depend upon the three bit signal obtained from the control bus. This is a function of the front panel switch control setting as well as the noise level of the input signal, as measured by the noise detector 70. The mix proportion for any given pixel also depends on the pixel-by-pixel difference between the frame delayed signal and the input signal as detected by the signal inverter 272 and ADDER 270. The mix control PROM 274 outputs some part of the difference signal (from

8

0–100% depending on the desired mix ratio) which is then added to input signal. Thus, depending on the proportion of the difference which is added, the output signal can take on any value between the input signal and the frame delayed signal.

Although the invention has been described in conjunction with a preferred embodiment, it is to be understood that various modifications may be made without departing from the spirit and scope of the invention as defined by the appended claims.

Having described a specific preferred embodiment of the invention, the following is claimed:

1. A noise adjusted recursive filtering apparatus for processing each of a plurality of successive video signals each having a picture portion and predetermined nonpicture portions, comprising:

noise detector means responsive to each said video signal during one of said nonpicture portions thereof for providing a noise signal having a magnitude representative of a noise level on said video signal;

recursive filter means for filtering each said video signal and including means for delaying each said video signal, means for determining the difference between said delayed video signal and a successive undelayed one of said video signals, means responsive to said difference and said noise signal for providing a fractional portion of said difference as a correction signal, and means for adding said correction signal to said undelayed video signal to provide an output signal.

2. Apparatus as set forth in claim 1 wherein said predetermined nonpicture portions include at least a front porch portion, a sync tip portion and a back porch portion and said noise detector means is responsive to said video signal during one of said nonpicture portions for providing said noise signal.

3. Apparatus as set forth in claim 2 including noise level comparing means for comparing said noise signal with a plurality of noise reference levels and providing an output indication in accordance therewith for use in energizing noise level indicator means.

4. Apparatus as set forth in claim 3 including a plurality of visual indicator means, each when energized, representative of a different noise level of said video signal and means for interconnecting the visual noise level indicator means with said noise level comparing means for energizing said visual noise level indicator means in dependence upon said output indication.

5. Apparatus as set forth in claim 3 wherein said noise level comparing means includes a plurality of comparator means, each for receiving said noise signal and comparing said noise signal with a different one of said plurality of noise reference levels and providing an output signal so long as said noise signal is greater than said different one of said plurality of noise reference levels.

6. Apparatus as set forth in claim 5 including logic means interconnected with the output of each of said comparator means for providing a multi-bit digital signal having a bit pattern which varies as a function of the noise levels as determined by said plurality of comparator means.

7. Apparatus as set forth in claim 6 wherein said correction signal providing means includes an addressable memory means for storing a plurality of correction signals as multi-bit correction signals at addressable locations within said memory means.

4,723,166

**9**

8. Apparatus as set forth in claim 7 including analog-to-digital converting means coupled to said recursive filter means for converting each said picture portion of each said video signal into a plurality of multi-bit video signals, said recursive filter means being a digital frame filtering means for filtering said multi-bit video signals and wherein said difference determining means includes means for determining the difference between one of said undelayed multi-bit video signals and one of said delayed multi-bit video signals to provide a multi-bit difference signal.

9. Apparatus as set forth in claim 8 including circuit means for applying said multi-bit difference signal and said multi-bit noise level signal to said addressable mem-

**10**

ory means for addressing said addressable memory means to obtain therefrom one of said multi-bit correction signals having a value which is a percentage of said multi-bit difference signal and with the percentage varying as a function of said multi-bit noise level signal as well as said multi-bit difference signal.

10. Apparatus as set forth in claim 9 wherein said means for adding said correction signal to said undelayed video signal is a digital adder means for adding said multi-bit undelayed video signal and said one multi-bit correction signal to provide a multi-bit video output signal.

* * * * *

# Exhibit D

# United States Patent [19]

## Stratton

[11] Patent Number: **4,803,547**

[45] Date of Patent: **Feb. 7, 1989**

[54] **ADAPTIVE COMB FILTERING SYSTEM FOR PROCESSING VIDEO SIGNALS**

[75] Inventor: **Boyd L. Stratton**, Woodside, Calif.

[73] Assignee: **Harris Corporation**, Melbourne, Fla.

[21] Appl. No.: **36,851**

[22] Filed: **Apr. 10, 1987**

[51] Int. Cl.$^4$ ................................................ H04N 9/78
[52] U.S. Cl. .......................................... 358/31; 358/40
[58] Field of Search ..................... 358/31, 40, 166, 167, 358/36, 37

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,050,084 | 9/1977 | Rossi | 358/31 |
| 4,072,984 | 2/1978 | Kaiser | 358/31 |
| 4,240,105 | 12/1980 | Faroudja | 358/31 |
| 4,684,989 | 8/1987 | Roeder | 358/167 |
| 4,694,342 | 9/1987 | Klees | 358/167 |

*Primary Examiner*—Tommy P. Chin

*Attorney, Agent, or Firm*—Tarolli, Sundheim & Covell

[57] **ABSTRACT**

The adaptive comb filtering system presented herein is used to separate the luminance and chrominance components of a composite video signal. This video signal is comprised of a plurality of successive horizontal scan lines. The video signal is separated into a middle (M) scan line component and vertically adjacent top (T) and bottom (B) scan line components. These video signal components are employed to provide as a chrominance output signal either a combed chroma signal derived from the top, middle and bottom components, or an uncombed chroma signal derived from only one of the components. The selection of the combed chroma signal or the uncombed chroma signal is determined by a transition detector which compares a vertical transition with a horizontal transition and selects one of the signals as the chrominance output signal in dependance upon the comparison.

**10 Claims, 2 Drawing Sheets**





FIG. 1



FIG. 2

4,803,547

1

## ADAPTIVE COMB FILTERING SYSTEM FOR PROCESSING VIDEO SIGNALS

### RELATED APPLICATIONS

This application is related to my co-pending U.S. application Ser. No. 850,956, filed Apr. 11, 1986 and entitled "Noise Adjusted Recursive Filter" now U.S. Pat. No. 4,723,166 issued Feb. 2, 1988.

### BACKGROUND OF THE INVENTION

This invention relates to the art of processing video signals and, more particularly, to improvements in filtering video signals.

Filters are known in the art and may be employed for separating the luminance and chrominance components of a composite NTSC color television signal. Two types of filters are employed including a bandpass filter and an adaptive comb filter. A bandpass filter, for example, may operate to receive the composite television signal and operate to pass a band of frequencies, centered about the chrominance frequency of 3.58 MHz, so as to pass the chrominance components and some high frequency luminance components. This bandpass filter signal may be considered as the separated out chrominance component and the luminance component can then be obtained by subtracting the chrominance component from the composite television signal. However, this bandpass filtered chrominance component, sometimes referred to as the filtered chroma, does include some high frequency luminance components. Adaptive comb filters are known which operate in certain conditions to provide a chrominance component relatively free of luminance components.

In a typical adaptive comb filter, the incoming video signal is separated by delay lines into line components representative of three successive television scan lines. These are typically referred to as the main or middle (M) line component and two vertically adjacent line components referred to as the top (T) and bottom (B) components. The middle (M) component and the top (T) component are respectively delayed by one and two horizontal lines relative to the bottom (B) component. The chrominance signal reverses in phase from line-to-line. When the three components are combined in the amplitude ratios of $T/2 + B/2 - M$, then, the luminance is cancelled out to thereby derive the negative of the chrominance component at twice its value, i.e., $-2C$. This derived chrominance component is sometimes referred to as the combed chroma, which is obtained from the adaptive comb filter, as opposed to the filtered chroma. The three line components B, T, and M may also be combined in such a manner that the chrominance cancels out leaving only the derived luminance component.

The separation and cancellation technique described above assumes there are no changes or transitions in picture detail from top to bottom through three successive lines. If substantial vertical transitions do take place, then smearing of the picture occurs in the vertical direction, presenting a loss in vertical picture detail. In such case, the comb filter is made inoperative and the chrominance output is the filtered chroma from a bandpass filter.

The prior art includes transition detectors which serve to determine whether there is a sufficient vertical picture detail or vertical transition to automatically select the combed chroma or the filtered chroma as the chrominance output signal. Such transition detectors are disclosed, for example, in the U.S. Pat. No. 4,050,084, to Rossi, and U.S. Pat. No. 4,072,984 to Kaiser. Kaiser's transition detector makes the selection of combed chroma or bandpass filtered chroma on the basis of vertical picture detail or vertical transition only. Horizontal transition is not considered. Rossi's transition detector makes the selection based on vertical transitions between the middle (M) line and the top (T) line and between the middle (M) line and the bottom (B) line along with a horizontal transition between an undelayed middle line pixel (M) and a delayed middle line pixel (M'). These transitions are individually compared against a reference and based on the comparisons, the detector selects either a combed chroma or a bandpass filtered chroma to serve as the output chrominance signal.

In the presence of vertical transitions, the comb filter algorithm begins to breakdown, in that the luminance signal does not cancel out, and chroma transitions are smeared over the three lines, reducing vertical resolution. It has been determined that bandpass filtering in the presence of horizontal transitions causes horizontal smearing, since high frequency luminance components are inverted along with the chroma. Low frequency luminance components are rejected by the bandpass filter, and so do not impair the output signal.

It is seen, then, that there is a trade-off as to whether the output chrominance signal should be obtained by bandpass filtering only, or by a comb filter. Thus, if there is more horizontal detail, then combing will preserve the horizontal detail with little loss of vertical detail. If there is more vertical detail, the vertical detail may be preserved by bandpass filtering. By comparing vertical transitions against horizontal transitions, a determination can be made as to which process, combing or bandpass filtering, will best preserve picture detail.

### SUMMARY OF THE INVENTION

It is an object of the present invention to provide improvements in filters of the nature discussed above wherein a transition detector compares vertical and horizontal transitions in deciding whether to utilize the comb filtered output or the bandpassed filtered output as the chrominance output signal.

In accordance with the present invention, an adaptive comb filtering system is employed for separating the luminance and chrominance components of the composite video signal which includes a plurality of successive horizontal television scan lines. The video signal is separated into a middle (M) scan line component and vertically adjacent top (T) and bottom (B) scan line components. These components are utilized for deriving therefrom a combed chroma signal. An uncombed chroma signal is derived from one of the components. A transition detector selects as a chrominance output signal either the combed chroma signal or the uncombed chroma signal in dependence upon the point-by-point amplitude comparison of any vertical transitions to any horizontal transitions.

### BRIEF DESCRIPTION OF THE DRAWINGS

The foregoing and other objects and advantages of the invention will become more readily apparent from the following description of the preferred embodiment of the invention as taken in conjunction with the accompanying drawings which are a part hereof and wherein:

4,803,547

3

FIG. 1 is a block diagram illustration of a frame recursive filter which may be employed in conjunction with the present invention; and

FIG. 2 is a schematic-block diagram illustration of the improved adaptive comb filter system in accordance with the present invention.

DESCRIPTION OF A PREFERRED EMBODIMENT

Reference is now made to the drawings which are presented for purposes of illustrating a preferred embodiment of the invention only and not for purposes of limiting the same. Reference is made to FIG. 1 which shows an application of the invention as applied to a digital noise reducer which serves to reduce noise in a color television signal. Such a digital noise reducer may be employed as a portion or in conjunction with a frame synchronizer for processing video signals. The composite video signal may be initially applied to a low-pass filter (not shown) for passing video signals up to a frequency on the order of 5.5 MHz. This is within the range of operation of an analog-to-digital converter 12 which converts the analog video signal into a train of eight bit digital samples which may be supplied to a frame storage, in the form of frame memory 14, for subsequent use. In this application, the output of the analog-to-digital converter is noise reduced by the noise reducer 10. This may take a form conventional in the art and, for example, in the embodiment illustrated, it takes the form of a frame recursive filter employing a signal mixer 16, the frame memory 14, a chroma inverter 18 and an asynchronous first in, first out memory buffer 20 connected as illustrated in FIG. 1. This digital noise reducer is a frame recursive filter wherein each pixel of a stored image in the frame memory 14 is successively updated once per frame by mixing it at a signal mixer 16 with incoming data obtained from the analog-to-digital converter 12, with the incoming data corresponding to the same pixel location. The mixer ratio employed will control the degree of filtering. If mostly memory data is used in the mix, then the degree of filtering is high, and the image will be slow to respond to changes (motion or noise) in the input signal. If mostly input data is used, then the degree of filtering is low, and the image will quickly respond to changes in the input signal. Pixel differences which are small are assumed to be the result of random noise, and are consequently heavily filtered. Differences which are large are assumed to be the result of motion in the picture, and are lightly filtered.

The eight bit frame delayed signal obtained from the frame memory 14 is supplied to the signal mixer by way of the buffer 20 and is supplied to one input of an ADDER 22. The present input video signal as obtained from the analog-to-digital converter 12 is supplied to the second input of ADDER 22 by way of an inverter 24 such that the output as taken from ADDER 22 represents the difference between the frame delayed signal and the input signal. This difference signal is supplied as a nine bit address to a mix control PROM 26. The mix control PROM 26 outputs an eight bit signal which is a fractional part of the nine bit difference signal from ADDER 22. The output of PROM 26 is added to the input video signal by means of an ADDER 28 to provide an eight bit output.

Because the chroma signal phase changes 180° between one frame and the next in an NTSC video signal, a chroma inverter 18 is employed in the frame delayed data path (otherwise, the chroma signal would be lost in

4

the mixing process). The chroma inverter 18 is an adaptive filter used in the frame delayed signal path to extract the chroma portion of the signal, invert its polarity, and recombine it with the noninverted luminance portion of the signal, thereby correcting the chroma phase difference between the input and frame delayed signals prior to mixing the signals at mixer 16. The chroma inverter 18 preferably takes the form described below with respect to FIG. 2.

Having now described one application to which the present invention may be applied, reference is now made to FIG. 2 which provides a more detailed representation of the chroma inverter circuitry. The digitized eight bit samples of the composite video signal are supplied to the chroma inverter 18 and are filtered by a bandpass filter 30 which is centered at the chroma frequency of 3.58 MHz. The bandwidth of this filter may be on the order of from approximately 2.58 MHz to 4.58 MHz so that it passes the chroma signal along with some high frequency luminance components. The unfiltered composite signal which includes full band luminance and chrominance components is supplied to an output ADDER 32 by way of a one scan line delay 34. The delay imposed by a one line delay should be on the order of 63.5 microseconds or one television scan line. This unfiltered composite signal will be combined with the output of the adaptive filter at the ADDER 32.

The adaptive filter circuit operates to provide a chrominance signal to be combined with the unfiltered composite signal at ADDER 32. This chrominance signal is either a combed chroma signal or is a bandpass filtered signal which has not been combed. A transition detector determines which of these two signals will be employed as the output chrominance signal.

The adaptive filter employs circuitry for separating the filtered composite signal into a middle (M) scan line component and vertically adjacent top (T) and bottom (B) scan line components. This is achieved through the use of one line delays 40 and 42, each of which serves to delay the input signal by one television line which is on the order of 63.5 microseconds. This, then, provides an undelayed bottom line component B, a one line delayed middle line component M and a two line delayed top line component T. An inverter 43 is located in the signal path between delay 40 and delay 42 so that the middle line component is inverted in phase. Line component B is applied to one input of an ADDER 44. The output of the delay 42 is inverted by an inverter 45 so as to supply a noninverted line component T to the second input of ADDER 44. This adder provides an output of one-half of the sum of components T and B in accordance with equation (T+B)/2. This signal is then supplied to another ADDER 46, which receives the inverted middle line component —M. ADDER 46 provides an output corresponding to (T+B)/2—M which serves as the combed chroma output of the adaptive filter. In the absence of vertical transitions, the components T, B and M can be characterized as:

$$M = L + C, \text{ where } L = \text{luminance, } C = \text{Chroma}$$

$$T = L - C$$

$$B = L - C$$

5

so that: $(T+B)/2 \approx L-C$,

and $(T+B)/2-M = -2C$

This means that in the absence of vertical transitions, the luminance components from the three lines cancel out, and the combed output signal is all chroma at two times normal amplitude, and inverted in phase. This is the signal $-2C$. This signal $-2C$ may be considered as the combed chroma which has been combed in accordance with the comb filter algorithm performed by ADDERS 44 and 46.

The uncombed filtered output will be provided during periods of transition as detected by the transition detector. This output may take the form of a bandpass filtered signal only, no combing involved. This is obtained from the output of inverter 43 which is multiplied by a factor of 2 by a suitable multiplier 50 to provide the signal $-2M$. The selected chrominance output, either the signal $-2C$ or $-2M$, is applied to the ADDER 32 by way of a switch 52 and an inverting circuit 54. The inverting circuit 54 is toggled by a control signal for each frame so that on alternate frames, the chrominance signal is inverted before being added to the unfiltered composite signal. This is done because the chroma signal phase changes 180° between one frame and the next in an NTSC video signal.

In the presence of vertical transitions, the comb filter algorithm begins to break down in that the luminance signal no longer cancels out and chroma transitions are smeared over three lines, reducing vertical resolution. In accordance with the present invention, the transition detector 60 shown in FIG. 2 operates to compare horizontal and vertical detail and if vertical detail predominates the comb filter is disabled and the $-2M$ signal is outputted as the chrominance signal. This preserves vertical resolution, but may impair horizontal resolution, since high frequency luminance components are inverted along with the chroma. Low frequency luminance components are rejected by the bandpass filter 30 and, hence, do not impair the output signal.

The transition detector 60 includes a pair of ADDERS 62 and 64. ADDER 62 receives the inverted middle line component $-M$ from inverter 43. The component $-M$ is also supplied to a four pixel delay 66 and then inverted by an inverter 68 so as to apply an in-phase delayed component $M'$ to ADDER 62. ADDER 62 also provides an output $M'-M$ indicative of the horizontal transition spaced four pixels apart. This transition or difference represents the signal difference which is comprised of both luminance and chrominance information, since some high frequency luminance is passed by bandpass filter 30. This is supplied to a PROM 70 which provides an output which is a function of the detected transition $M'-M$.

In a similar manner, the bottom line component B and inverted top line component $-T$ are supplied to ADDER 64, which then provides as an output their difference or transition B-T. This is supplied to a PROM 72 which provides an output which is a function of that transition. These two transitions $M'-M$ and B-T are compared with a comparator 74 and, if the vertical transition B-T is greater than the horizontal transition $M'-M$, then, the comb filter is disabled and the uncombed bandpass filtered signal $-2M$ is output as the chrominance signal. Otherwise, the combed chroma signal $-2C$ is outputted as the chrominance signal. Consequently, then, if the vertical transition exceeds the

6

horizontal transition comparator 74 supplies a control signal to the switch control 76 which operates switch 52 to output the uncombed bandpass filtered signal $-2M$ as the chrominance signal. The comparator may be constructed so as to have an offset favoring either the horizontal or vertical transition in selecting the uncombed signal $-2M$ on the combed signal $-2C$.

In the description thus far, the selection of whether to output as the chrominance signal the combed signal $-2C$ or the uncombed signal $-2M$ has been automatic. It may be desirable in certain applications to override this automatic control and to cause the chrominance output signal to always be the combed signal $-2C$ or always be the uncombed signal $-2M$. In such case, the normally closed switch 80, interposed between switch 52 and inverter 54, is opened. This permits the operator to manually override the function by closing either normally open switch 82 or normally open switch 84. The closure of either switch 82 will cause the output chrominance signal to always be the combed chroma signal $-2C$. Alternatively, leaving switch 82 open but closing switch 84 will cause the output chrominance signal to always be the uncombed signal $-2M$.

Although the invention has been described in conjunction with a preferred embodiment, it is to be understood that various modifications may be made without departing from the spirit and scope of the invention as defined by the appended claims.

Having described a preferred embodiment of the invention, the following is claimed:

1. An adaptive comb filtering system for use in separating luminance and chrominance components of a composite video signal which includes a plurality of successive scan lines comprising:

means for receiving said composite video signal and separating said video signal into a middle (M) scan line component and vertically adjacent top (T) and bottom (B) scan line components;

means responsive to said middle, top and bottom scan line components for deriving a combed chroma signal therefrom;

means for deriving from one of said scan line components an uncombed chroma signal; and

signal selection control means for selecting as a chrominance output signal either said combed chroma signal or said uncombed chroma signal in dependence upon the relative relationship of any vertical transition of two of said scan line components to any horizontal transition of one of said scan line components.

2. A system as set forth in claim 1 wherein said signal selection control means includes means for determining said vertical transition as the difference between two of said scan line components.

3. A system as set forth in claim 2 wherein said two scan line components are said bottom component B and said top component T.

4. A system as set forth in claim 1 including means for delaying said M middle scan line component to provide a delayed middle scan line component $M'$ and means for determining the difference between said delayed component $M'$ and said component M to provide said horizontal transition.

5. A system as set forth in claim 4 including means for determining the difference between said top scan line component T and said bottom scan line component B to provide said vertical transition.

4,803,547

7

8

6. A system as set forth in claim 5 including means for comparing said vertical transition with said horizontal transition for use in controlling the selection of said chrominance output signal in dependence thereon.

7. A system as set forth in claim 6 including bandpass filtering means for passing the chrominance component of said video signal and located such that at least said M middle scan line component is a bandpass filtered component from which said uncombed chroma signal is derived.

8. A filter system for use in separating luminance and chrominance components of a composite video signal comprised of a plurality of successive scan lines, comprising:

    means for receiving said video signal and separating said video signal into a middle scan line component and vertically adjacent top and bottom scan line components;

    comb filtering means for receiving said bottom, middle and top scan line components and deriving therefrom a combed chroma signal;

    means for deriving from one of said scan line components an uncombed chroma signal;

actuatable output signal selecting means for selecting either said combed chroma signal or said uncombed chroma signal as an output chrominance signal;

transition detector means for detecting any vertical signal transition between two of said scan line components and any horizontal signal transition of the other of said scan line components; and

comparison means for comparing said vertical and horizontal transitions and actuating said signal selecting means for selecting said combed chroma signal or said uncombed chroma signal as said output chrominance signal in dependence upon said comparison.

9. A system as set forth in claim 8 wherein said transition detector means includes means for determining any difference between said top and bottom scan line components as said vertical transition.

10. A system as set forth in claim 9, including means for delaying said middle scan line component to provide a delayed middle component, and means for determining any difference between said delayed middle component and the undelayed said middle scan line component as said horizontal transition.

* * * * *

# Exhibit E



US005424780C1

# (12) **REEXAMINATION CERTIFICATE** (4617th)
## United States Patent
Cooper

(10) **Number:** **US 5,424,780 C1**

(45) **Certificate Issued:** **Jul. 23, 2002**

(54) **APPARATUS AND METHOD FOR SPACIAL SCAN MODULATION OF A VIDEO DISPLAY**

(75) Inventor: **James C. Cooper**, 1373 Sydney Dr., Sunnyvale, CA (US) 94087

(73) Assignee: **James C. Cooper**, Sunnyvale, CA (US)

**Reexamination Request:**
No. 90/005,414, Jul. 3, 1999
No. 90/005,484, Sep. 7, 1999

**Reexamination Certificate for:**
Patent No.: 5,424,780
Issued: Jun. 13, 1995
Appl. No.: 08/119,610
Filed: Sep. 13, 1993

**Related U.S. Application Data**

(63) Continuation of application No. 07/355,461, filed on May 22, 1989, now abandoned.

(51) Int. Cl.⁷ ............................................. H04N 7/01
(52) U.S. Cl. ................... 348/428.1; 348/458; 348/625
(58) Field of Search ........................... 348/428.1, 458, 348/615, 561, 581, 448, 443, 427, 626, 206

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,921,128 A | 1/1960 | Gibson | |
| 3,479,453 A | 11/1969 | Townsend | |
| 3,573,789 A | 4/1971 | Sharp et al. | 340/324 |
| 3,680,076 A | 7/1972 | Duffek et al. | |
| 3,718,833 A | 2/1973 | Martone et al. | |
| 3,737,855 A | 6/1973 | Cutaia | |
| 3,786,478 A | 1/1974 | King, Jr. | |
| 3,788,478 A | 1/1974 | King, Jr. | 340/324 |
| 3,878,536 A | 4/1975 | Gilliam | |
| 3,921,164 A | 11/1975 | Anderson | |
| 3,969,716 A | 7/1976 | Roberts | |
| 3,980,819 A | 9/1976 | Schwartz | 178/7.5 R |
| 4,038,668 A | 7/1977 | Quarton | |
| 4,063,232 A | 12/1977 | Fernald | |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| FR | 2269270 | 11/1975 |
|---|---|---|

OTHER PUBLICATIONS

J. M. Fleischer et al., "Laser Optical System of the IBM 3800 Printer", *IBM Journal of Res. Develop.*, Sep. 1977, pp. 479–483.

J. R. Kinghorn, "Character Rounding for Alphanumeric Video Display", *Mullard Technical Communications*, No. 126, Apr. 1975, pp. 230–239.

High Definition NTSC Broadcast Protocol by Richard J. Iredale.

Integrated Digital IDTV Receiver with Features by S. Naimpally, et al.

Character Rounding for Alphanumeric Video Display by J.R. Kinghorn.

High Resolution Display and Printing Technique by Y.L. Yao.

Behind Hewlett-Packard's Patent on Resolution Enhancement Technology J. Randolph Sanders et al.

*Primary Examiner*—Chris Grant

(57) **ABSTRACT**

An apparatus and method is shown for modifying the presentation of pixels displayed or printed on a raster or matrix image or graphic display or printer, thereby increasing the apparent image quality. Means for deriving a plurality of neighboring pixels of the video signal, and means for determining pixel modification in response thereto, are also shown. Particular embodiments relating to increasing the apparent temporal and spatial resolution of raster scanned television devices are shown.



## US 5,424,780 C1
### Page 2

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,068,310 A | 1/1978 | Friauf |
| 4,079,367 A | 3/1978 | Yonezawa et al. |
| 4,095,216 A | 6/1978 | Spicer ........................ 340/324 |
| 4,119,956 A | 10/1978 | Murray |
| 4,240,113 A | 12/1980 | Michael et al. |
| 4,282,546 A | 8/1981 | Reitmeier |
| 4,361,853 A | 11/1982 | Remy et al. |
| 4,364,090 A | 12/1982 | Wendland |
| 4,389,668 A | 6/1983 | Favreau |
| 4,419,693 A | 12/1983 | Wilkinson |
| 4,437,122 A | 3/1984 | Walsh et al. ................ 358/166 |
| 4,450,483 A | 5/1984 | Coviello ..................... 358/166 |
| 4,460,909 A | 7/1984 | Bassetti et al. |
| 4,464,686 A | 8/1984 | Reitmeier |
| 4,484,230 A | 11/1984 | Pugsley |
| 4,506,382 A | 3/1985 | Hada et al. |
| 4,521,803 A | 6/1985 | Gittinger |
| 4,533,951 A | 8/1985 | Powers |
| 4,544,264 A | 10/1985 | Bassetti et al |
| 4,544,922 A | 10/1985 | Watanabe et al. .......... 340/728 |
| 4,573,070 A | 2/1986 | Cooper |
| 4,620,217 A | 10/1986 | Songer |
| 4,625,222 A | 11/1986 | Bassetti et al. |
| 4,656,514 A | 4/1987 | Wilkinson et al. |
| 4,661,850 A | 4/1987 | Strolle et al. |
| 4,673,978 A | 6/1987 | Dischert et al. |
| 4,675,735 A | 6/1987 | Wilkinson et al. |
| 4,677,493 A | 6/1987 | Shinya ...................... 358/283 |
| 4,684,937 A | 8/1987 | Schine ...................... 340/728 |
| 4,684,985 A | 8/1987 | Nakagaki et al. |
| 4,697,177 A | 9/1987 | Schine ...................... 340/728 |
| 4,698,675 A | 10/1987 | Casey |
| 4,703,363 A | 10/1987 | Kitamura .................... 358/284 |
| 4,703,513 A | 10/1987 | Gennery |
| 4,715,006 A | 12/1987 | Nagata |
| 4,720,705 A | 1/1988 | Gupta et al. |
| 4,720,745 A | 1/1988 | DeForest et al. ........... 358/166 |
| 4,723,163 A | 2/1988 | Skinner |
| 4,761,819 A | 8/1988 | Denison et al. |
| 4,786,923 A | 11/1988 | Shimizu |
| 4,791,679 A | 12/1988 | Barski et al. |
| 4,805,226 A | 2/1989 | Guebey |
| 4,847,641 A | 7/1989 | Tung |
| 4,853,970 A | 8/1989 | Ott et al. |
| 4,933,689 A | 6/1990 | Yoknis |
| 4,941,045 A | 7/1990 | Birch |
| 4,952,921 A | 8/1990 | Mosier ...................... 340/728 |
| 4,989,090 A | 1/1991 | Campbell et al. |
| 4,992,804 A | 2/1991 | Roe |
| 5,023,919 A * | 6/1991 | Wataya ........................ 382/54 |
| 5,029,108 A | 7/1991 | Lung |
| 5,047,955 A | 9/1991 | Shope et al. |
| 5,068,914 A | 11/1991 | Klees ........................... 382/54 |
| 5,365,604 A | 11/1994 | Kwok et al. |
| 5,408,329 A | 4/1995 | Mailloux et al. |
| 5,424,780 A | 6/1995 | Cooper |
| 5,442,407 A | 8/1995 | Iu |
| 5,544,264 A | 8/1996 | Bellegarda et al. |
| 5,563,963 A | 10/1996 | Kaplan et al. |

\* cited by examiner

US 5,424,780 C1

**1**

# REEXAMINATION CERTIFICATE
## ISSUED UNDER 35 U.S.C. 307

### THE PATENT IS HEREBY AMENDED AS INDICATED BELOW.

Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

The patentability of claims 1–11, 15–20, 25 and 40–41 is confirmed.

Claims 12, 14, 21–24, 26–29, 32, and 34, 36 are determined to be patentable as amended.

Claims 13, 30, 31, 33, 35 and 37–39, dependent on an amended claim, are determined to be patentable.

New claims 42–149 are added and determined to be patentable.

12. [The improvement of claim 11] *An improvement for a scan device for displaying an image carried on a video signal, the image made up of a number of image elements, the improvement including in combination a neighboring pixel means responsive to said video signal to provide image elements including a central pixel and at least one neighboring pixel,*
*a fill calculator means responsive to said central and neighboring pixels to determine the location of areas of said image being void between image elements,*
*generating a fill signal operative to cause said scan device to perform spatial altering of the display including less than all spatial direction of said central pixel to fill the voids thereby improving the apparent resolution of the image without requiring an increase in the number of image elements originally making up the image,*
wherein said fill signal causes the scanning of said scanned device to deviate from the normal scanning location for said central pixel thereby causing said central pixel to be displayed in [said fill] *the* areas of said image *being void.*
14. The device of apparatus of claim [1, 2, 3, 4,] 5, [6, 7, 8,] 9, 10, [11, 12] or 13 said device or apparatus including a scanning beam wherein the scanning of said beam is altered in response to some or all of said image elements of said signal carrying said image in order that areas of said displayed image, which would otherwise not be scanned, may be caused to be scanned in order to increase the apparent quality of said displayed image.
21. A method as claimed in claim 19 [or 20,] wherein the step of modifying includes changing the size of said central element to more closely match ones of said elements of said set of elements.
22. A method as claimed in claim 19 [or 20,] wherein the step of modifying includes reducing the size of said central element to display a portion thereof.
23. A method as claimed in claim 19 [or 20,] wherein the step of modifying includes changing the relative position of the display of said central element by altering the scanning thereof in response to said modification signal.

**2**

24. A method as claimed in claim 19 [or 20,] wherein the step of modifying includes changing the value of said central element to more closely match the values of some of said elements of said set of elements.
26. A method for improving the apparent resolution of an image, said method comprising examining a central element and one or more neighboring elements in order to determine the relationship therebetween,
said central element and said neighboring elements having blank areas therebetween containing no substantive information, altering the [size or] shape of said central element in order to provide information for the blank areas between said central and neighboring elements, thus improving the apparent resolution of the image.
27. The method of claim 26 wherein the change in central element [size or] shape is accompanied by increasing the brightness of the beam creating such central element.
28. The method of claim 26 wherein the change in [size or] shape of said central element is accomplished by filling or dithering the scan that creates said central element at the appropriate time.
29. The method of claim 26 characterized in that the analysis of the relationship between the central element and said neighboring element develops a fill signal, which said central element having its [size or] shape modified in accord with such fill signal.
32. An apparatus for improving the apparent resolution of an image having a central element and one or more neighboring elements, there being blank areas therebetween, said apparatus including a means for determining the relationship between a central element and a neighboring element, and changing the [size or] shape of at least one element in response to said relationship so as to fill in the blank area between such central element and neighboring element.
34. The apparatus of claim 32 wherein the [size or] shape of said at least one element is altered by modifying the signal illumination for such element.
36. The apparatus of claim 34 wherein the elements are generated by a scan and wherein the signal illumination signal is modified by filling or dithering the scan at the appropriate time so as to alter the [size or] shape of said at least one element.
42. *The apparatus of claim 1 characterized in that said fill calculator means can cause shifts in the apparent center of an image element by altering the shape and/or position of image elements.*
43. *The apparatus of claim 42 characterized in that said apparent center can be shifted horizontally left and/or right.*
44. *The apparatus of claim 42 characterized in that said apparent center can be shifted vertically up and/or down.*
45. *The apparatus of claim 43 characterized in that said apparent center can be shifted vertically up and/or down.*
46. *The apparatus of claim 45 characterized in that said shifting can occur diagonally in combination to the upper right, lower right, lower left, and/or upper left.*
47. *The apparatus of claim 1 characterized in that said fill calculator means can cause an image element to be deviated from its normal scanning location.*
48. *The apparatus of claim 1 characterized in that said fill calculator means can change the shape of an image element.*
49. *The apparatus of claim 1 characterized in that said fill calculator means can alter voids by presenting an image element on a display device to increase the number of illuminated pixels from that provided by the signal.*
50. *The apparatus of claim 49 characterized in that said fill calculator means generates a fill pixel which is related to an image element provided by the signal.*

US 5,424,780 C1

3

51. The apparatus of claim 50 characterized in that said fill pixel exists left and/or right of an image element provided by the signal.

52. The apparatus of claim 1 characterized in that said fill calculator means can cause dithering the signal.

53. The apparatus of claim 52 characterized in that said dithering can occur left and/or right.

54. The apparatus of claim 52 characterized in that said dithering can occur up and/or down.

55. The apparatus of claim 1 characterized in that said fill signal can include asymmetric modification of an image element.

56. The apparatus of claim 1 wherein the display device utilizes an image signal having color information for an image element and characterized in that said fill signal can determine if the image signal has related color information for an image element.

57. The apparatus of claim 1 characterized by the addition of relation means, and said relation means inspecting said image elements to determine the relation of said image elements.

58. The apparatus of claim 57 characterized in that said relation means considers color information.

59. The apparatus of claim 1 characterized in that the display device displays an image on a video monitor.

60. The apparatus of claim 1 characterized in that the void can be filled in part with portions of two image elements.

61. The apparatus of claim 8 characterized in that said fill calculator means can shift the apparent center of an image element by altering the shape and/or position of image elements.

62. The apparatus of claim 61 characterized in that said apparent center can be shifted horizontally left and/or right.

63. The apparatus of claim 62 characterized in that said apparent center can be shifted vertically up and/or down.

64. The apparatus of claim 63 characterized in that said shifting can occur diagonally in combination to the upper right, lower right, lower left, and/or upper left.

65. The apparatus of claim 61 characterized in that said apparent center can be shifted vertically up and/or down.

66. The apparatus of claim 8 characterized in that said fill calculator means can cause an image element to be deviated from its normal scanning location.

67. The apparatus of claim 8 characterized in that said fill calculator means can cause changing the shape of an image element.

68. The apparatus of claim 8 characterized in that said fill calculator means can alter voids by causing the illumination of an image element on a display device to increase the number of illuminated pixels from that provided by the signal.

69. The apparatus of claim 68 characterized in that said fill calculator means causes presentation of a fill pixel which is related to an image element provided by the signal.

70. The apparatus of claim 69 characterized in that said fill pixel exists left and/or right of an image element provided by the signal.

71. The apparatus of claim 8 characterized in that said fill calculator means can cause dithering the signal.

72. The apparatus of claim 71 characterized in that said dithering can occur left and/or right.

73. The apparatus of claim 71 characterized in that said dithering can occur up and/or down.

74. The apparatus of claim 8 characterized in that said fill signal can include asymmetric modification of an image element.

4

75. The apparatus of claim 8 wherein the display device utilizes an image signal having color information for an image element and characterized in that the device can determine if the image signal has related color information for an image element.

76. The apparatus of claim 8 characterized by the addition of relation means, and said relation means inspecting said image elements to determine the relation of said image elements.

77. The apparatus of claim 76 characterized in that said relation means considers color information.

78. The apparatus of claim 8 characterized in that the image is displayed on a video monitor.

79. The apparatus of claim 8 characterized in that the void can include at least in part a portion of a space occupied by another image element.

80. The improvement of claim 11 wherein the display of the image is on a device having an image element display capacity with voids relative to the number of image elements of the image carried by the signal and

characterized in that said fill calculator means can present a fill signal to generate additional pixels in the signal to fill the voids relative to image elements for display.

81. The improvement of claim 80 characterized in that the number of image elements presented on the display is greater than that input on the signal.

82. The improvement of claim 80 characterized in that said fill signal can produce different image elements and/or image portions that are not otherwise present in the signal.

83. The apparatus of claim 11 characterized in that said fill calculator means can shift the apparent center of an image element by altering the shape and/or position of image elements.

84. The apparatus of claim 83 characterized in that said apparent center can be shifted horizontally left and/or right.

85. The apparatus of claim 11 characterized in that said fill calculator means can cause an image element to be deviated from its normal scanning location.

86. The apparatus of claim 11 characterized in that said fill calculator means can cause a change in the shape of an image element.

87. The apparatus of claim 11 characterized in that said fill calculator means can cause dithering the signal.

88. The apparatus of claim 87 characterized in that said dithering can occur left and/or right.

89. The apparatus of claim 11 characterized in that said fill signal can include asymmetric modification of an image element.

90. The apparatus of claim 11 wherein the display device utilizes an image signal having color information for an image element and characterized in that said fill signal can determine if the image signal has related color information for an image element.

91. The apparatus of claim 11 characterized by the addition of relation means, and said relation means inspecting said image elements to determine the relation of said image elements.

92. The apparatus of claim 91 characterized in that said relation means considers color information.

93. The apparatus of claim 11 characterized in that the image is displayed on a video monitor.

94. The apparatus of claim 11 characterized in the void can be filled in part with portions of two image elements.

95. The scan device or apparatus of claim 1, 2, 3, 4, 6, 7, 8, 11 or 12 said scan device or apparatus including a scanning beam wherein the scanning of said beam is altered

US 5,424,780 C1

**5**

in response to some or all of said image elements of said signal carrying said image in order that areas of said displayed image, which would otherwise not be scanned, may be caused to be scanned in order to increase the apparent quality of said displayed image.

96. The method of claim 15 wherein the display of the image is on a device having an image element display with voids between image elements of the image carried by the signal and

 characterized in that said altering step can present a fill signal that causes illumination of additional pixels to occur to fill the voids between image elements for display.

97. The method of claim 96 characterized in that the number of image elements presented on the display is greater than that input on the signal.

98. The method of claim 96 characterized in that said fill signal can produce different image elements and/or image portions that are not otherwise present in the signal.

99. The method of claim 15 characterized in that said altering step can cause shifts of the apparent center of an image element by altering the shape and/or position of image elements.

100. The method of claim 99 characterized in that said apparent center can be shifted horizontally left and/or right.

101. The method of claim 15 characterized in that said altering step can cause an image element to be deviated from its normal scanning location.

102. The method of claim 15 characterized in that said altering step can cause changes to the shape of an image element.

103. The method of claim 15 characterized in that said altering step can cause dithering the signal.

104. The method of claim 103 characterized in that said dithering can occur left and/or right.

105. The method of claim 15 characterized in that said altering can include the asymmetric altering of an image element.

106. The method of claim 15 wherein the display device utilizes an image signal having color information for an image element and characterized in that said altering can determine if the image signal has related color information for an image element.

107. The method of claim 15 characterized by the addition of inspecting said image elements to determine the relation of said image elements.

108. The method of claim 107 characterized in that said inspecting of said image element considers color information.

109. The method of claim 15 characterized in that the image display device is a video monitor.

110. The method of claim 15 characterized in that the void can include at least in part a portion of a space occupied by another image element.

111. A method as claimed in claim 19 wherein the value of said central element is changed to a value between the values of two of said elements of said set.

112. The method of claim 22 characterized by the addition of inspecting said image elements to determine if said image elements are related.

113. The method of claim 112 characterized in that said inspecting of said image elements considers color information.

114. The method of claim 20 characterized in that said modifying the display can include shifting the apparent center of said central element by altering the shape and/or position of image elements.

**6**

115. The method of claim 114 characterized in that said apparent center of said central element can be shifted horizontally left and/or right.

116. The method of claim 20 characterized in that said modifying the display can include modifying the shape of said central element.

117. The method of claim 20 wherein the display has voids relative to image elements on an input signal thereto and characterized in that said modifying means can illuminate an increased number of image elements to fill the voids relative to the image elements on the input signal.

118. The method of claim 117 characterized in that the displayed image elements can be present to the left and/or right of the normal location of said central element.

119. The method of claim 20 characterized in that said modifying the display can include dithering the signal.

120. The method of claim 20 characterized in that said dithering can occur left and/or right.

121. The method of claim 20 characterized in that said modifying the display of said central element can cause asymmetric display of said central element.

122. The method of claim 20 wherein the display device utilizes an image signal having color information for an image element and characterized in that said modifying the display of said central element can determine if the image signal has related color information for said central element.

123. The method of claim 20 characterized by the addition of inspecting said image elements to determine the relation of said image elements.

124. The method of claim 123 characterized in that said inspecting of said image elements considers color information.

125. The method of claim 20 characterized in that the display apparatus is a video monitor.

126. The method of claim 20 characterized in that modifying the display can cause a void to be filled in part with portions of two image elements.

127. The method of claim 26 characterized in that said altering the shape of said central element can cause asymmetric altering of said central element.

128. The method of claim 26 wherein the display device utilizes an image signal having color information for an image element and characterized in that said altering the shape of said central element can determine if the image signal has related color information for said central element.

129. The method of claim 26 characterized by the addition of inspecting said image elements is determine if said image elements are related.

130. The method of claim 129 characterized in that said inspecting said image elements considers color information.

131. The method of claim 26 characterized in that the image is on a video monitor.

132. The method of claim 26 characterized in that modifying the display can cause a void to be filled in part with portions of two image elements.

133. The apparatus of claim 32 wherein the blank areas are due to the display in a first illumination of the image on a device showing voids in a different illumination relative to the image elements carried by the signal and

 characterized in that said means can present a fill signal that provides a differing number of first illumination image elements for display.

134. The apparatus of claim 133 characterized in that the number of image elements presented on the display is greater than that input on the signal.

US 5,424,780 C1

7

135. The apparatus of claim 133 characterized in that said means for changing the shape of at least one element can include generating fill image elements in blank areas of the display.

136. The apparatus of claim 133 characterized in that said fill signal can provide image elements that are otherwise not present in the signal.

137. The apparatus of claim 32 characterized in that said means for changing the shape of at least one element can include shifting the apparent position of said at least one element.

138. The apparatus of claim 137 characterized in that said apparent position can be shifted horizontally left and/or right.

139. The apparatus of claim 32 characterized in that said means for changing the shape of at least one element can include means to cause said at least one element to move from its normal scanning location.

140. The apparatus of claim 32 characterized in that said means for changing the shape of at least one element can change only the shape of said at least one element.

141. The apparatus of claim 32 characterized in that changing the shape of at least one element can cause asymmetric change to such element.

142. The apparatus of claim 32 wherein the display device utilizes an image signal having color information for an image element and characterized in that said changing the shape of one element can determine if the image signal has related color information for such element.

143. The apparatus of claim 32 characterized in that image is displayed on a video monitor.

144. The apparatus of claim 32 characterized in that modifying the display can cause a void to be filled in part with portions of two image elements.

145. Apparatus for improving the apparent resolution of an image displayed by a display device, the image made up of a number of image elements,

including in combination,

a neighboring pixel means responsive to a signal which carries said image to provide a plurality of image elements,

and a fill calculator means responsive to said plurality of image elements to generate a fill signal indicating where said display device may alter voids between said image elements which can include moving image elements for improving the apparent resolution of the image without requiring an increase in the number of image elements originally making up the image.

146. Apparatus for improving the image quality of a displayed image, the image made up of a number of image elements carried by a signal,

the apparatus including in combination,

a neighboring pixel means responsive to the signal carrying said displayed image to provide a plurality of image elements including a central pixel and a plurality of neighboring pixels and a fill calculator means responsive to said central and neighboring pixels to generate a fill signal indicating voids in said displayed image which may be filled which filling can include movement of image elements,

8

which said displayed image is displayed by a display device thereby improving the apparent resolution of the image without requiring an increase in the number of image elements originally making up the image.

147. An improvement for a scan device for displaying an image carried on a video signal, the image made up of a number of image elements,

the improvement including in combination,

a neighboring pixel means responsive to said video signal to provide image elements including a central pixel and at least one neighboring pixel,

a fill calculator means responsive to said central and neighboring pixels to determine the location of areas of said image being void between image elements and generating a fill signal operative to cause said scan device to perform spatial altering of the display of said central pixel which spatial altering can include movement thereof to fill the voids thereby improving the apparent resolution of the image without requiring an increase in the number of image elements originally making up the image.

148. A method of improving the quality of an image which may be displayed on an image display device, the image made up of a number of image elements, including

the step of selecting a plurality of pixels of said image,

the step of comparing a first of said selected pixels to at least a second of said selected pixels to select voids of said image to be altered and including

the further step of altering voids in said image which altering can include movement of a pixel in response to said comparing step thereby improving the apparent resolution of the image without requiring an increase in the number of image elements originally making up the image.

149. A method of enhancing the display of an image by a display apparatus, the image made up of a number of image elements,

which display includes scanning a raster, said raster including raster lines, said raster lines including elements which include elements having binary illumination conditions such as in a computer display,

said method including the steps of:

storing in temporary storage means a known number of said elements of a known number of said raster lines to form a set of said elements;

generating a central element representative of the central area of said set of elements;

generating a modification signal in response to said set of elements; and

modifying the display of said central element by moving said central element in response to said modification signal to improve its spatial resolution relationship with its neighboring elements thereby improving the apparent resolution of the image without requiring an increase in the number of image elements originally making up the image.

* * * * *



US005424780A

## United States Patent [19]

### Cooper

[11] Patent Number: 5,424,780

[45] Date of Patent: Jun. 13, 1995

[54] **APPARATUS AND METHOD FOR SPACIAL SCAN MODULATION OF A VIDEO DISPLAY**

[76] Inventor: James C. Cooper, 1373 Sydney Dr., Sunnyvale, Calif. 94087

[21] Appl. No.: 119,610

[22] Filed: Sep. 13, 1993

### Related U.S. Application Data

[63] Continuation of Ser. No. 355,461, May 22, 1989, abandoned.

[51] Int. Cl.⁶ .............................................. H04N 7/01
[52] U.S. Cl. .................................... 348/428; 348/458
[58] Field of Search ............... 348/615, 561, 581, 448, 348/443, 458, 428; 358/11; H04N 11/20, 7/01

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,364,090 | 12/1982 | Wendland | 358/140 |
| 4,389,668 | 6/1983 | Favreau | 358/83 |
| 4,521,803 | 6/1985 | Gittinger | 358/12 |
| 4,533,951 | 8/1985 | Powers | 348/428 |
| 4,544,264 | 10/1985 | Bassetti | 355/14 |
| 4,544,922 | 10/1985 | Watanabe et al. | 340/728 |
| 4,573,070 | 2/1986 | Cooper | 358/37 |
| 4,620,217 | 10/1986 | Songer | 358/12 |
| 4,625,222 | 11/1986 | Bassetti | 346/160 |
| 4,661,850 | 4/1987 | Strolle | 358/11 |
| 4,673,978 | 6/1987 | Dsichert | 358/140 |
| 4,684,985 | 8/1987 | Nakagaki | 348/448 |
| 4,698,675 | 10/1987 | Casey | 358/11 |
| 4,723,163 | 2/1988 | Skinner | 358/140 |
| 4,853,970 | 8/1989 | Oh et al. | 382/54 |
| 4,941,045 | 6/1990 | Birch | 348/448 |
| 4,989,090 | 1/1991 | Campbell | 348/451 |

### OTHER PUBLICATIONS

Richard J. Iredale, "High Definition Broadcast Protocal", IEEE Transaction, vol. BC–33 No. 4, Dec. 1988 FIG. 3.
Integrated Digital IDTV Receiver with Features, by Naimpally, et al. IEEE Transactions on Consumer Electronics, vol. 34, No. 3 Aug. 1988 pp. 410–419.

Primary Examiner—James J. Groody
Assistant Examiner—Chris Grant
Attorney, Agent, or Firm—Lightbody Law Office

[57] **ABSTRACT**

An apparatus and method is shown for modifying the presentation of pixels displayed or printed on a raster or matrix image or graphic display or printer, thereby increasing the apparent image quality. Means for deriving a plurality of neighboring pixels of the video signal, and means for determining pixel modification in response thereto, are also shown. Particular embodiments relating to increasing the apparent temporal and spatial resolution of raster scanned television devices are shown.

**41 Claims, 6 Drawing Sheets**



**U.S. Patent**          June 13, 1995          Sheet 1 of 6          **5,424,780**



### FIG.1
PRIOR ART



### FIG.2

### FIG.3



FIG.4
PRIOR ART

FIG.4A

FIG.5

FIG.5A

With Spatial Scan Modulation



FIG.6A

N+1 (PRIOR ART)

FIG.6B

N+1

FIG.6C

N+1 WITH SPATIAL SCAN
MODULATION

# FIG.7



X MODULATION DIRECTION (S):

| | | |
|---|---|---|
| Up | if | $X * (A+B+C)$ |
| Down | if | $X * (F+G+H)$ |
| Left | if | $X * (A+D+F)$ |
| Right | if | $X * (C+E+H)$ |
| Upper Right | if | $X * (C+B*E)$ |
| Lower Right | if | $X * (H+E*G)$ |
| Lower Left | if | $X * (F+G*D)$ |
| Upper Left | if | $X * (A+D*B)$ |

# FIG.8



# FIG.9



**FIG.10**

**FIG.12**



FIG. 11



FIG. 13

5,424,780

1

## APPARATUS AND METHOD FOR SPACIAL SCAN MODULATION OF A VIDEO DISPLAY

This application is a continuation, of application No. 07/355,461, filed May 22, 1989, now abandoned.

### BACKGROUND OF THE INVENTION

#### 1. Field of the Invention

This invention relates to increasing the apparent temporal or spatial resolution of a video image which is displayed on a raster or matrix display element, without a required increase in the number of video image elements in the acquisition of the image.

#### 2. Description of the Prior Art

As television and related image technology develops, there is increasing emphasis on improving the quality of displayed images in order that they appear more real and pleasing to the human observer. Two of the parameters which affect image quality, and therefore are subject to improvement, are spatial and temporal resolution. Spatial resolution, simply put, is the number of elements or pixels which are used to make up an image, and correspondingly, temporal resolution is the number of pixels per unit time which make up a moving image. Desirable qualities of a display system, such as broadcast television or computer graphics, will include having as many pixels per image, or frame, and as many pixels or frames per unit time as is economically feasible. Unfortunately, increasing the number of pixels per frame or the number of frames per second is a costly improvement, therefore many schemes have been developed to improve the resolution of the displayed image, while reducing the number of pixels used.

One scheme which is utilized to improve the cost to performance ratio, and is finding widespread use in consumer television receivers, involves increasing the apparent resolution of the displayed television image by replicating scan lines. The present standard U.S. television system is fixed by law and standardization to a 40 scanning system having 525 lines, of which approximately 48 are utilized for the actual picture display. With the development of large CRT and projection displays, these 480 scan lines are often quite visible, and it is desirable to reduce this visibility. Many manufacturers effectively double the number of scanning lines displayed by repeating each scanning field of the image. This double scanning process is performed with the air of a large memory which stores the previously received scan or field, allowing in effect both the present and the previous field to be displayed line by line. One such system which accomplishes this type of improvement, is known as up scan conversion, and was used by Siemens Corp. in the 1988 time frame. Another use of scan conversion is described by Naimpally et. al. in "Integrated Digital IDTV Receiver With Features" published in IEEE Transactions on Consumer Electronics, vol. 34, No. 3, Aug. 1988. These and other scan conversion techniques provide a much more pleasing image to the viewer, even though, as one skilled in the art will recognize, the number of distinct displayed pixels is not increased. What gives rise to the perceived improvement in the image is that by displaying each scan line twice, thus filling in the void between scanning lines, a much more pleasing image results. One of the major disadvantages of these systems is the cost of the memory system which is utilized to store the previous image frame. The memory system cost can be a substantial percentage of

2

the cost of a consumer television display. Another disadvantage is that the apparent horizontal and diagonal resolution are not increased. A diagonal line, for example, will still have a coarse stair stepped shape due to the scanning lines of the raster, even though the number of scanning lines is increased.

Other improvement systems, such as various Improved Definition Television Systems (IDTV), Advanced Television Systems (ATV), and High Definition Television Systems (HDTV) operate to increase the resolution and other quality related aspects of television systems. Many of these systems resort to various techniques for such quality improvements, some of which generate unwanted artifacts.

### SUMMARY OF THE INVENTION

It is an object of this invention to provide an apparatus and method for improving the apparent quality of a displayed image by altering the size or position of the elements of the image.

It is another object of this invention to provide an apparatus and method to alter the size or position of the elements of a displayed image in response to the relationship between a plurality of elements of the image.

It is a yet further object of this invention to provide a means and method for inspecting a plurality of elements of an image to determine the presence of a need for filling of blank areas between the elements.

It is yet another object of this invention to provide a means and method for simultaneously providing a plurality of elements of said image for inspection and comparison to determine proper altering of voids between the elements; in the presence of a need thereof.

It is an additional object of this invention to provide a means and method for inspecting a central element with respect to one or more neighboring elements of an image to determine a need for changing the shape, position or size of the central element to improve it's spatial or temporal resolution relationship with the neighboring elements.

It is yet still another object of this invention to provide a means and method to improve the quality of an image by inspecting a plurality of neighboring elements to selectively generate new fill elements in response thereto.

It is still another object of this invention to provide an image display device utilizing the above objects.

According to an aspect of this invention, the inventive concepts disclosed herein show an apparatus and method for modifying the scanning and presentation of an image on a display in response to the image content of an image bearing signal, in order to display an image having apparently higher quality than normal. The preferred embodiment of the present invention describes a neighboring pixel means for provided a plurality of neighboring pixels, and a pixel fill calculator means responsive to said plurality of neighboring pixels to provide modulation control signal which are utilized to modify the presentation of pixels of the image by a display, to selectively fill the voids, or artifacts, between pixels, in the spatial and time dimensions. The inventive concepts disclosed herein may be utilized to improve the apparent resolution of the displayed image spatially, temporally or both, and will find considerable use in the reduction of spatial or temporal (motion) artifacts of improved television systems.

The above and other objects and features of the invention will be apparent to one skilled in the art from a

5,424,780

3

consideration of the following description and claims, when read in conjunction with the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of a typical prior art image display device.

FIG. 2 is a block diagram of the device of FIG. 1 including the present invention.

FIG. 3 shows a typical prior art raster scanned image display with a portion expanded for clarity.

FIG. 4 shows a typical raster scanned image display as would occur without the use of the present invention, with a portion expanded for clarity.

FIG. 5 shows a detailed diagram of a given scan line of an image in prior art form and in improved form resulting from the present invention.

FIG. 6 shows a group of nine neighboring image elements which may be operated on by the present invention.

FIG. 7 shows a block diagram of the present invention including the use of a ranking means.

FIG. 8 shows a diagram of pixel arrangement which would result from a temporally operating embodiment of the invention.

FIG. 9 shows a diagram of 15 pixels taken from a given scan line of 5 video frames.

FIG. 10 shows a detailed diagram of an embodiment of a neighboring pixel means.

FIG. 11 shows a detailed diagram of an embodiment of a pixel calculator means.

FIG. 12 shows an alternate embodiment of video fill and D-A converter 35.

FIG. 13 shows a laser projection system utilizing an embodiment of the invention.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

FIG. 1 is a block diagram of a prior art image display device 1a which may be improved by the addition of the present invention. While this device may be any of those which are well known in the art, such as various matrix and raster type displays or hard copy generating display devices such as laser printer and the like. For the purpose of the present description and explanation it will be assumed that the device 1a is a raster scanned CRT display operating in a progressive (non-interlaced) mode. This device may also operate in interlaced fashion as will be apparent from the present disclosure, however for the purpose of the present explanation of the invention, by way of example, it will be assumed that it operates in a progressive mode. This device is commonly referred to as a monitor in the art. The monitor normally contains a video amp 2a which receives, clamps, amplifies and couples the video signal to the display element 6a, which is most commonly a CRT. Also contained in the monitor 1a is a sync circuit 3a which receives the video signal, strips the composite sync therefrom, separates the composite sync into H and V components and couples these components to the H scan 4a and V scan 5a circuits respectively. The scan circuits 4a and 5a provide the scanning control of the display element 6a, in this example by providing the ramp drive waveforms to the CRT yoke.

It will be recognized by one skilled in the art that the device shown by way of simple example in FIG. 1 has many practical variations which are commonly used. The single connecting lines shown between element will be understood to carry multiple signals as required,

4

and other configurations may be made. For example, the sync circuit 3a is sometimes configured to receive one or more sync waveforms separate from the video signal. The actual scanning process may be by alternate methods as well, operating in progressive or interlaced fashion, including magnetic and electrostatic deflection of an electron beam such as a in a CRT, electro-optical or mechanical deflection of a light beam such as in a laser projector or printer, or by address or pixel selection as with flat panel or LCD type displays. One skilled in the art will however be able to utilize the present invention with any of the display devices known in the art from the description given herein, with respect to a video monitor, by way of example.

FIG. 2 is a block diagram of a display device 1b like 1a of FIG. 1, including video amp 2a b corresponding to 2a, sync circuit 3b corresponding to 3a, H scan circuit 4b corresponding to 4a, V scan circuit 5b corresponding to 5a and display element 6b corresponding to 6a. FIG. 2 also shows the spatial scan modulator 7 of the present invention containing neighboring pixel means 8 responsive to the video signal to provide a plurality of neighboring pixels to the pixel fill calculator means 9. Neighboring pixel means 8 may also be responsive to pixel fill calculator means 9, as will be discussed, with respect to FIGS. 10 and 11. The neighboring pixel means also provides a delayed version of the video signal to the video amp 2b and sync circuit 3b in order to make up for processing delays as will become apparent to one skilled in the art from the discussion below. The pixel fill calculator means 9 provides a V fill signal to the V scan circuit 5b in response to the plurality of neighboring pixels from 8, in order to cause a vertical filling or dithering of the video scan at the proper times. The spatial scan modulator 7 therefore operates to determine where voids between pixels are to be filled in the image by inspection of a plurality of neighboring pixels, and causing the scan circuit of the display device to fill in or otherwise reduce the appropriate voids in response to the fill signal. Shown as optional, is an H fill signal provided by 9 and coupled to 4b to cause horizontal filling, and and optional video fill provided by 9 and coupled to 2b to cause video modulation or filling.

As with the various display devices known in the art, the fill signals provided by 9 will take on different connections to the devices 2b, 4b and 5b, resulting from the differences in those devices. It is the object of the fill signals from 9 to cause the appropriate filling of voids in the image by whatever means is suitable for the particular display device being used. Voids in the image may be filled with all or a portion of a pixel, or otherwise as will be described in greater detail later, especially with respect to FIGS. 10 and 12. In the present monitor example, the voids are filled by slightly dithering the electron beam away from its normal raster scan position by manipulation of the sweep circuits of the scan circuitry.

For the monitor device described by way of example, the V fill signal will cause the electron beam to be modulated vertically, either upward, downward or both to cause a given scan line to become wider in an upward, downward or both directions. This can be simply accomplished by adding or subtracting a small amount of high frequency pulsating current in the yoke drive circuit, thus broadening the electron beam slightly upward or downward for its normal position on the face of the CRT. Similarly, the H fill signal can cause a slight horizontal displacement of the electron beam position

5

by adding or subtracting a small amount of high frequency current from the H yoke driver circuit. In order to accomplish diagonal or angular displacement of the electron beam, a modulation of both H and V deflection circuits may be made. Such modulation of the electron beam position is relatively easy to accomplish in terms of circuitry, requiring only a bi-directional current source, or a pair on unidirectional current sources, which are switched on and off at a high frequency rate in response to the fill signals, and add or subtract current in the sweep circuit, thereby slightly modulating the current flowing in the yoke and thus altering the electron beam deflection. The operation thus causes a dither of the electron beam modulation, which will be explained in greater detail with respect to FIG. 5. The beam modulation can also be achieved by changing the focus or astigmatism of the electron beam, thereby changing the spot size and/or shape. The modulation of the electron beam may be caused to take place in other directions as well, for example in diagonal directions, in response to the pixel fill calculator means 9. Such improvements will be understood and may be made by one skilled in the art in view of the present teachings. In general the exact method of effecting the modulation of the display will be determined by the nature of the display device, however one skilled in the art will be able to devise proper circuitry to practice the present invention for a given type of display device and video signal, in view of the teachings herein. The art of changing electron beam deflection by small amounts has been previously practiced, for the purpose of geometric scan correction.

The video fill signal may be utilized to generate additional pixels in the video signal in response to 9, thus providing pixels to fill in blank areas of the image. Filling may be accomplished by simply adding the video fill signal to the video signal so that the electron beam is caused to illuminate the CRT phosphor in response to the video fill signal as well as the video signal. Illumination may be caused to occur in the absence of a video signal generated illumination, or may cause the video signal generated illumination to be modified, such as by being increased. The video fill signal may also be utilized to perform other video functions as will become apparent, such as reducing the bandwidth of the video signal, or by changing the pixel or spot size for example by defocusing the electron beam, repeating a displayed pixel, or generating a new pixel. New pixels or pixels used for filling, substitution or replacement may be comprised of all or a portion of a pixel.

FIG. 3 shows the same elements as in FIG. 2, however the neighboring pixel means 8 is coupled to video amp 2b to receive the video signal, rather than directly to the video input, as in FIG. 2. Several other embodiments relating to coupling and arrangement of elements will be possible, as will be apparent to one skilled in the art, and are intended to be considered within the scope of the invention as herein described and claimed.

FIG. 4 shows a typical raster scanned video image 10a with a small portion 11a which is expanded for clarity. The small portion 11a may be considered consecutive for the purpose of present explanation, but may also be alternate as in an interlaced display, or otherwise non-consecutive. The scan lines are shown thicker during the higher illuminated portion, the thickness representing the width of the electron beam, with the narrow line representing the scan track normally followed by

6

the beam, as is common for CRTs. Scan line 12a has seven illuminated pixel points 16a through 16g identified for clarity. As with many systems, the individual pixels blend together when sequentially aligned during a scan line, due to both the width of the electron beam, and the limited bandwidth of the video amplifiers in the monitor, giving rise to the continuous highlighted areas shown. The four scan lines show a diagonal bright areas which can be seen to take on a rather stair stepped appearance. The stair stepping and the space between the scanning lines make up picture artifacts that viewers find objectional in viewing the image. It is the object of the present invention to fill in the voids of the stair stepping and voids between consecutive scanning lines, by modulating the scanning of the electron beam, thus reducing these objectional artifacts.

FIG. 5 shows the same raster display 10b as 10a in FIG. 4, with expanded portion 11b corresponding to 11a, and showing scan lines 12b, 13b, 14b, and 15b corresponding to 12a, 13a, 14a, and 15a respectively. Illuminated pixels 17a–g corresponding to 16a–g are shown as well as illuminated pixels 18a–f. For each pixel which is to be spatially modulated, as up or down arrow is shown indicating the direction(s) of modulation. For example, pixel 17b is modulated downward to fill the void between 17b and 18a. Likewise pixels 17c–g are all modulated downward. Pixels 18a and 18b are modulated upward to fill the same void and 18c–f are modulated both upward an downward. One skilled in the art will recognize that the image of FIG. 5 has a higher apparent resolution than that of FIG. 4, the improvement being a result of the filling of voids. With respect to FIG. 2, when pixel 18a is being scanned, the neighboring pixel means 8 would provide the pixels adjacent to 18a, including 17b, 17c, 17d, and 18b, for inspection by pixel fill calculator means 9. The pixel fill calculator 9 will determine that there is a void between 17c and 18a which should be filled, thus causing 18a to be modulated upward into the void. It can be seen from inspection of FIG. 5 that a good portion of the voids between scanning lines, as well as a portion of the stair stepped edge void have been filled in.

FIG. 6 shows a typical prior art scan line 19, corresponding to 13a of FIG. 4, having an illuminated section of 6 pixels shows as a wider portion of the line. As with the previous example of FIGS. 4 and 5, the individual pixels have blended together giving a continuous illuminated section. The scan line 20 shows the same line as 19, except that it has been spatially modulated in accordance with the present invention thus corresponding to 13b of FIG. 5. The track of the electron beam is shown in 20 as a sinusoidal path, or spatial modulation, which deviates from the straight scanning line of the prior art. Note that for the left two pixels the deviation occurs only above the line, whereas for the remaining 4 pixels the deviation takes place both above and below the line. In the preferred embodiment of the invention the electron beam path is such that the track crosses the normal scan line, is less than the electron beam width, therefore the electron beam will illuminate a solid area. The illuminated area created by the electron beam path shown in 20 is shown as a solid area in 21.

A note should be made about the relative brightness of the spatially modulated scan of 21 versus the area of the prior art scan 19. The brightness of a given area is a function of the flux density of the electron beam striking that area, that is a given number of electrons will tend to

7

provide a given number of photons of light, independent of the area which it strikes. For a given electron beam intensity, the area of 21 will therefore appear dimmer in terms of photons per unit area, than the area of 19. If a given spatial scan modulated area of the image is large enough to be resolved as a distinct element, the viewer may notice this decreased intensity. In order to overcome this decreased brightness, it will be desirable to increase the electron beam intensity, therefore restoring proper brightness, in those areas where the spatial modulation is occurring. The brightness increase will be a function of the amount of modulation. For example while the electron beam is modulated only upward for the left two pixels of 20, a first given increase should be made, and for the remaining pixels where the beam is modulated both up and down, a second, higher, increase should be made. This increase in electron beam intensity can be made in response to the pixel fill calculator means 9 shown in FIG. 2, via the video fill signal. It may also be desirable to utilize the video fill signal to increase the number of illuminated pixels, in conjunction with the spatial scan modulation. For example, the illuminated area of line 20 (13b of FIG. 5) can be turned on one pixel early in order to further reduce the stair stepping of the diagonal edge.

FIG. 7 shows a group of 9 pixels which are located on 3 scan lines of a raster. These nine pixels may be utilized by a pixel fill calculator in order to determine if spatial scan modulation should be enabled. It will be assumed for the purpose of the present example, that pixel X, in the center of the 9 pixel's, is the pixel currently being displayed by the display element, in this example a CRT. Scanning will be assumed to be from left to right, top to bottom. Pixels A-D will have occurred in time before X, and pixels E-H occur in time after X. The 9 pixels are all made simultaneously available to the pixel fill calculator by the neighboring pixel means (8 of FIG. 2). The neighboring pixel means in the preferred embodiment is made up of delay lines, shift registers or other delay devices which are well known to one skilled in the art, which allow all nine of the pixels to be present simultaneously. A similar device which can be utilized for the neighboring pixel means function is described, with respect to FIGS. 9 and 10, in U.S. Pat. No. 4,573,070 issued Feb. 25, 1986. Other arrangements and circuits to perform this function will be apparent to one skilled in the art from the present disclosure. In order that pixel X can be the currently displayed pixel, it is necessary that the neighboring pixel means make it available to the display device, which is shown by the connection from 8 to 2b and 3b of FIG. 2, which replaces the video input to the display device.

FIG. 7 shows eight possible directions of spatially modulating pixel X which are represented by eight arrows, however X may well be modulated in any direction, including those of the third dimension, which would represent a frame to frame, or time direction. Modulation in the time dimension is useful in improving motion artifacts. Time modulation is accomplished by using delays of one picture period (field or frame) or more to provide pixels in the time axis, which may be used to fill temporal voids. Pixel X is then intensity modulated in response to pixels which are present in fields or frames other than the one containing X. U.S. Pat. No. 4,573,070 which is incorporated herein by reference, describes more fully various embodiments of neighboring pixel means suitable for use in this fashion.

8

For the purpose of the present description for the purpose of explanation, it will be assumed that only the two dimensions, and the scan modulation directions indicated by the 8 arrows, are to be considered. It will also be assumed that the pixels are binary, i.e. that they are either illuminated or off, such as in a computer character display.

A group of easily implemented logic operations may be utilized to determine which if any of the 8 spatial scan modulation directions should be enabled for a given pixel X having a certain binary illumination status.

Logic operations may be used to enable the modulations according to the following table:

| MODULATION DIRECTION | CONDITION |
| --- | --- |
| UP IF | $X \cdot (A + B + C)$ |
| DOWN IF | $X \cdot (F + G + H)$ |
| LEFT IF | $X \cdot (A + D + F)$ |
| RIGHT IF | $X \cdot (C + E + H)$ |
| UPPER RIGHT IF | $X \cdot (C + B \cdot E)$ |
| LOWER RIGHT IF | $X \cdot (H + E \cdot G)$ |
| LOWER LEFT IF | $X \cdot (F + G \cdot D)$ |
| UPPER LEFT IF | $X \cdot (A + D \cdot B)$ |

For example, if pixel X and one of pixels A or B or C are present with the same binary illumination status as pixel X then the up direction spatial modulation will be enabled, to fill the void which exists between pixel X and B. If pixel B is present with the same binary illumination status as pixel X, this modulation will operate to fill the space between the scan lines. If pixel B is not present with the same binary illumination status as pixel X, but pixel A or C is present with the same binary illustration status as pixel X, the modulation will operate to fill in the diagonal edge.

The above logic operations assume that the pixels are either on or off providing non-background information, as in a computer character display CRT, and accordingly binary based on the binary illumination status of the pixels may be utilized to make the determination of modulation direction. When the invention is utilized with image video, i.e. that having shades of gray or color information, it is necessary to first determine if the neighboring pixels are related to pixel X before carrying out the above logic operation. For example if pixel X is a blue pixel, and pixel A is a red pixel, it would not be desirable to fill the void between pixel X and pixel A with blue fill, since these are distinct elements of the image, and should not be merged together. Simplistically stated then, the invention will operate to first determine which of the neighboring pixels are related to pixel X, in this example wheih of the neighboring pixels are blue. Blue pixels are caused to fill the blue areas and red pixels are caused to fill the red areas. The related pixels are then inspected according to the above logic table to determine which modulation directions, if any, are to be enabled.

FIG. 8 shows an embodiment of the present invention which is to be utilized with image video. The FIG. 8 embodiment contains a neighboring pixel means 25 similar to 8 of FIG. 2, and a pixel fill calculator means 26 similar to 9 of FIG. 2. The pixel fill calculator 26 contains a rank logic means 27, and a fill logic means 28 which cooperate to inspect the 9 neighboring pixels A-H and X presented on lines 30A-H and X respectively and provide modulate up, down, left and right

5,424,780

**9**

signals on lines 32U, 32D, 32L, and 32R respectively, which operate to control the spatial modulation of pixel X. It should be noted that in FIG. 8 the diagonal modulation lines have been omitted for clarity, and further that the connection which provides pixel X to the display device as well as the video fill connection to the video amp are not shown for clarity. One skilled in the art will however recognize the need for, and be able to provide the proper coupling of, pixel X and video fill functions to the display device. As will be apparent from the present teachings, many of the functions of the present invention can be implemented with various forms of hardware and software. For example, microprocessors with suitable software may be utilized. As a further example, a read only memory may be utilized. In particular, a ROM would be well suited to implement part or all of the pixel fill calculator means 26.

The process of determining which neighboring pixels are related to pixel X is a ranking process, which is described in detail in the aforementioned U.S. Pat. No. 4,573,070. The ranking circuitry shown in FIGS. 15 and 16 of the U.S. Pat. No. '070 can be utilized for the rank logic means 27 of FIG. 8 of the present invention. The rank logic means 27 operates in response to the pixels A-H and X provided via 30A-H and 30X to determine each of pixel A-H's relative closeness to pixel X. For example if pixel C were determined to be the closest pixel to X, then a ROM signifying a rank of 0 (that no other pixels are closer to X) would be output on line 31C. If 2 other pixels were closer to X than pixel A, a 2 would be output on line 31A. Each pixel A-H will be ranked by 27, with that pixels respective rank provided on line 31A-H. The fill logic means operates to select a given number, for example 3 of those pixels closest to X and identifies them as being present. The logic equations given above for the example of FIG. 7 are then used to determine the modulation directions to be enabled.

As an example, assume that the pixels have the following ranks:

$$A = 0$$
$$B = 1$$
$$C = 7$$
$$D = 2$$
$$E = 6$$
$$F = 5$$
$$G = 4$$
$$H = 3$$

From the above chart it can be seen that pixels A, B and D are closest to pixel X. The three closest pixels will be identified as A, B and D, and of the above logic equations the following will be satisfied:

$$X \cdot (A + B + C) \text{ Modulate up}$$
$$X \cdot (A + D + F) \text{ Modulate left}$$
$$X \cdot (A + D \cdot B) \text{ Modulate upper left}$$

These equations being satisfied, the modulate up signal 32U, and modulate left signal 32L will be activated. The modulate upper left signal would be also activated, if provided. As a result of the above analysis, the void between pixels A, B, D and X would be caused to be filled by spatial modulation of pixel X. As an improvement to the spatial modulation, the amplitude or spatial intensity of the modulation may be changed in response to the ranking of the neighboring pixels. For example, if the difference between X and A is small, a large amplitude of modulation is used; and if the difference were large, a small modulation used. The amount of modulation is therefore caused to vary in response to the difference, in either spatial or temporal embodiments. Of

**10**

course, intensity modulation may also be provided as well, as previously discussed.

FIG. 9 shows a pixel configuration which results from one temporal embodiment of the present invention. From the above description it can be seen that it will be relatively easy to configure the invention to operate in time to generate new scan lines or new fields of video. Such a configuration may be envisioned by assuming that pixels A, B and C are from a first frame, D, X and E from a second frame (or scan line), and pixels F, G and H from a third frame (or scan line). Intermediate frames, fields or scan lines can then be generated between the first and second and between the second and third. Such a system is shown in FIG. 9 where pixels A-H and X are taken from the incoming video signal and pixels Q, R, S, T, U and V are fill or synthesized pixels which are generated in response to the operation of the pixel fill calculator. In the present example, pixel Q would represent a upper left modulation, pixel R an up modulation, pixel S an upper right modulation, pixel T a lower left modulation, pixel U a down modulation, and pixel V a lower right modulation. The new pixels Q-V would be the value of pixel X, which is stored in a field or other memory matrix and displayed in the proper time sequence on the display element. Alternately, the new pixel could be a calculated value derived from a plurality of the pixels A-H and X, as will be discussed with respect to FIG. 12. For example, pixel R could be arrived at by an average of pixels X and B, or a combination of pixels A, B, C and X.

FIG. 10 shows the preferred embodiment of the neighboring pixel 25 means of FIG. 8 in greater detail. Input video is coupled to an A-D converter 29 where it is digitized and output as a digital video data stream. The input video is also coupled to a sync stripper and PLL circuit 30, which provides all of the required clock and timing signals for the elements of 25 and also the circuit of FIG. 11. The connection of the various clock and timing signals are not shown here for clarity. The A-D converter 29, and sync stripper and PLL 30 are well known in the art, and are commonly found in such devices as timebase correctors and other video processing devices. One skilled in the art will be able to utilize any of a number of well known circuits and I.C.s to implement 29 and 30. For example, the AD9502 Hybrid Video Digitizer, provided by Analog Devices of Norwood, Mass., provides all of the PLL and digitizing functions of 29 and 30. The digitized video is output at a fixed number of samples per line depending on the particular version of the AD9502. Digital Delays 31, 32 and 33 are coupled to the digital video output from 29 in order to provide a plurality, in this example 9, of delayed versions of the digital video signal. 1 H delay I.C.s, suitable for 31 and 32, are available, such as the N.E.C. μPD41101, and 1 field delay I.C.s suitable for 31, are also available, such as the N.E.C. μPD41221. Application notes on the use of these I.C.s are available from N.E.C. Electronics Inc. in Mountain View, Calif. A 1 pixel delay I.C. suitable for 33 is the 74HCT374 Octal Latch, available from multiple sources. At any instant, nine different pixels will then be present at the output.

Referring to FIG. 7, one skilled in the art will note that if delays 31 and 32 are 1 scan line (1H) and delays 33 are 1 pixel each, then the pixels labeled A-H and X in FIG. 7 will be present at the right side output of 25. In this example, the display of FIG. 7 is assumed to be

5,424,780

11

either a progressive display, or an interlaced display without the second field shown.

Assuming, for another example, that FIG. 7 shows scan lines 22 and 24 from an earlier field of interlaced scanning, and line 23 is from a present field of scanning, one skilled in the art will recognize that if delay 31 is one field, the output from 25 will correspond to the pixels depicted in FIG. 7.

One skilled in the art will realize that the one field delay 31 will be required to make available at H, the previous field scanning lines above the present field scanning line available at E. It should be noted that in many interlaced systems, the actual length of the delay will vary be one line from field to field, depending on whether the even or odd field is being delayed. In the use of the N.E.C. μPD41221 I.C., the proper alignment of input and delayed video is simply accomplished by use of the increment (INC) and decrement (DEC) controls. One skilled in the art will however, be able to construct such a delay, as is well known in the art.

In order to make pixel X available in analog form for use by the display element, as shown in FIG. 2, digital pixel X is delayed by a compensating delay 34, and then coupled to a digital to analog converter and video fill circuit 35, where it is converted to an analog signal. The N.E.C. μPD41101, or a combination of 74LS374 I.C.'s, can be used for 34. The Analog Device's HDG-0805 Hybrid Video D-A is a suitable part for the D-A function of 35. In addition, the HDG-0805 has a 10% bright control which increases the video signal level by 10%. This 10% bright control may be coupled to the video fill signal from the pixel fill calculator. Alternatively, a separate video gain circuit may be utilized to control the video fill signal. Such gain circuits are well known in the art. In the preferred embodiment, the analog pixel X may be coupled directly to the CRT. The D-A converter is also caused to vary the intensity of analog pixel X in response to a video fill signal coupled from the fill logic circuit 28 of FIG. 11. The purpose of the compensating delay 34 is to ensure that pixel X is delayed by the proper time with respect to the pixel fill calculator generation of fill signals. The compensating delay may also be used in a temporal embodiment of the present invention to provide pixel X at the proper time (i.e. to place pixel X in the proper location in the displayed pixel sequence) for display in response to the pixel fill calculator means. One skilled in the art will recognize that it will be possible to combine delay 34 with delays 31–33 which provide the neighboring pixels. For example, if 34 is to have a delay of 1 pixel, then pixel D can be coupled directly to 35, eliminating 34.

FIG. 11 shows the preferred embodiment of 26, the pixel fill calculator means, of FIG. 8. The rank logic means 27 of FIG. 11 receives pixel A-H and X from the neighboring pixel means 25 of FIG. 10. Each pixel A-H is compared to pixel X to determine the relative difference by a difference determining circuit 36. Each difference is then compared to all of the other differences by a difference comparison circuit 37. For the 9 pixels A-H and X there are then 8 difference determining circuits 36 and 28 difference comparison circuits 37. The 7 outputs of the difference comparison circuits which are responsive to a given pixel's difference comparisons are coupled to an individual ranking circuit 38, which in the preferred embodiment is chosen to be a small PROM. The PROM outputs a binary number which corresponds to the number of other differences a given difference is larger than. For example, if pixel A's difference

12

is larger than 3 other differences, the output of the A rank PROM would be 3.

The rank values from each ranking PROM are coupled to the fill logic circuit 28, which in the preferred embodiment is make up of PROM I.C.s. The fill logic circuit 28 generates the previously discussed fill signals in response to the 8 rank values. The fill signals are then coupled to the video fill circuit of 35 in FIG. 10, as well as the display element, as previously described.

FIG. 12 shows an alternate embodiment of the video fill and D-A converter 35 of FIG. 10 in applications depicted by FIG. 9. The function of the preferred embodiment of FIG. 12 is to generate a fill pixel (for example B) which is similar or equivalent to pixel X, assuming a pixel R is desired, if pixel B is very different from X as indicated by its high rank, otherwise as pixel B's rank decreases, indicating a smaller difference between B and X, a combination of a plurality of pixels, for example, an average of B and X is utilized for the fill pixel. This embodiment of FIG. 12 generates a fill pixel, such as pixel R of FIG. 9, in response to the video fill signal from FIG. 11. The fill pixel R is a combination of a plurality of pixels, in this example pixels X and B. The fill pixel, assuming one is generated, is caused to be only pixel X, or a combination of X and B in response to the video fill signal. The embodiment of FIG. 12 operates to generate a portion of pixel B in response to the video fill signal, and combine that portion with pixel X in the adder. The combination is then converted to analog by the D-A converter. Alternatively, a portion of pixel X could also be generated by a second multiplier (not shown), in response to the video fill signal, with the two portions combined. Such a two portion combination is frequently used in video noise reduction devices such as that shown in U.S. Pat. No. 4,064,530 by Kaiser and U.S. Pat. No. 4,107,736 by Lowrey. Various other types of combinations and weighted averages can also be utilized for this combination, including the use of more than two pixels in the combination to generate the fill pixel.

While the above preferred embodiment of the invention has been described by way of example, many other embodiments may be utilized to operate in a given video system. For example the invention may be utilized with interlaced scanning systems, or with multiple channel displays such as RGB color displays. A matrix of less or more than the suggested 9 pixels may be utilized, which picture elements may be adjacent or non-adjacent, and may be symmetrically or non-symmetrically chosen. To one skilled in the art will be apparent from the present teachings that there are numerous variations, configurations and embodiments of the above described invention which variations may be tailored into a specific embodiment to maximize effectiveness with a particular display device and video system without departing from the spirit and scope of the invention as hereinafter claimed.

What is claimed is:

1. Apparatus for improving the apparent resolution of an image displayed by a display device, the image made up of a number of image elements, including in combination, a neighboring pixel means responsive to a signal which carries said image to provide a plurality of image elements, and a fill calculator means responsive to said plurality of image elements to generate a fill signal indicating where said display device may alter voids between said image elements improving the apparent resolution of the image without requiring an increase in the

5,424,780

13

number of image elements originally making up the image.

2. Apparatus as claimed in claim 1 wherein said signal is a video signal, and said neighboring pixel means operates to delay said video signal thereby providing said plurality of image elements.

3. Apparatus as claimed in claim 2 wherein said fill calculator means operates to compare a first image element of said plurality of image elements to one or more neighboring elements of said plurality of image elements to determine if a void between any of said neighboring elements is to be altered.

4. Apparatus as claimed in claim 3 wherein said fill calculator means operates to compare said first image element to a plurality of said neighboring elements.

5. Apparatus as in claim 3 wherein said fill calculator means operates to compare said first image element to a plurality of said neighboring elements to dertermine the relative differences between said first image element and each of said plurality of said neighboring elements, said fill calculator means further operating to rank said plurality of said neighboring elements, according to their respective relative differences.

6. Apparatus as in claim 1 wherein said fill signal is responsive to the difference between a first image element and a neighboring image element of said plurality of image elements.

7. Apparatus as in claim 6 wherein said fill signal has a value, which value is responsive to said difference.

8. Apparatus for improving the image quality of a displayed image, the image made up of a number of image elements carried by a signal, the apparatus including in combination a neighboring pixel means responsive to the signal carrying said displayed image to provide a plurality of image elements including a central pixel and a plurality of neighboring pixels and a fill calculator means responsive to said central and neighboring pixels to generate a fill signal indicating voids in said displayed image which may be filled, which said displayed image is displayed by a display device thereby improving the apparent resolution of the image without requiring an increase in the number of image elements originally making up the image.

9. Apparatus as claimed in claim 8 wherein said signal is a video signal and said neighboring pixel means operates to delay said video signal thereby providing said neighboring pixels, and said fill calculator means operates according to logical equations to generate said fill signal.

10. Apparatus as claimed in claim 8 wherein said fill calculator means operates to compare said central pixel to said neighboring pixels to determine relative differences thereof, and to rank at least some pixels from the group of said pixels which are compared according to their respective relative differences.

11. An improvement for a scan device for displaying an image carried on a video signal, the image made up of a number of image elements, the improvement including in combination a neighboring pixel means responsive to said video signal to provide image elements including a central pixel and at least one neighboring pixel, a fill calculator means responsive to said central and neighboring pixels to determine the location of areas of said image being void between image elements and generating a fill signal operative to cause said scan device to perform spatial altering of the display of said central pixel to fill the voids thereby improving the apparent resolution of the image without requiring an

14

increase in the number of image elements originally making up the image.

12. The improvement of claim 11 wherein said fill signal causes the scanning of said scanned device to deviate from the normal scanning location for said central pixel thereby causing said central pixel to be displayed in said fill areas of said image.

13. The improvement of claim 12 wherein said scanned device contains a CRT and said fill signal causes a position of the electron beam to be spatially modulated on the face of said CRT thereby causing said central pixel to be displayed in a larger than normal area.

14. The device or apparatus of claim 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12 or 13 said device or apparatus including a scanning beam wherein the scanning of said beam is altered in response to some or all of said image elements of said signal carrying said image in order that areas of said displayed image, which would otherwise not be scanned, may be caused to be scanned in order to increase the apparent quality of said displayed image.

15. A method of improving the quality of an image which may be displayed on an image display device, the image made up of a number of image elements, including the step of selecting a plurality of pixels of said image, the step of comparing a first of said selected pixels to at least a second of said selected pixels to select voids of said image to be altered and including the further step of altering voids in said image in response to said comparing step thereby improving the apparent resolution of the image without requiring an increase in the number of image elements originally making up the image.

16. The method of claim 15 wherein said altering step includes filling said voids with all or a portion of a pixel.

17. The method of claim 15 wherein said altering step includes filling said voids with a combination of a plurality of pixels.

18. The method of claim 17 wherein said combination of a plurality of pixels may include all or none of said compared pixels.

19. A method of modifying a video signal representing an image, the image made up of a number of image elements, said modification enhancing the display of said image by a display apparatus which display includes scanning a raster, said video signal including lines of video corresponding to raster lines with said lines of video including elements, said method including the steps of:

storing in temporary storage means a known number of said elements from a known number of said lines of video to form a set of said elements said set of elements including elements having binary illumination conditions such as in a computer display;

identifying a central element from the central area of said set of elements which central element is one of said set of elements;

generating a modification signal in response to said set of elements said modification signal responsive to said central element and other said elements which are part of said set of elements to indicate when said central element is in a binary illumination state and is adjacent to one or more elements in another binary illumination state; and

modifying said central element before the display thereof in response to said modification signal to change the value of said central element to a value being in one or the other binary illumination state

5,424,780

**15**

elements thereby improving the apparent resolution of the image without requiring an increase in the number of image elements originally making up the image.

20. A method of enhancing the display of an image by a display apparatus, the image made up of a number of image elements, which display includes scanning a raster, said raster including raster lines, said raster lines including elements which include elements having binary illumination conditions such as in a computer display, said method including the steps of:

storing in temporary storage means a known number of said elements of a known number of said raster lines to form a set of said elements;

generating a central element representative of the central area of said set of elements;

generating a modification signal in response to said set of elements; and

modifying the display of said central element in response to said modification signal to improve its spatial resolution relationship with its neighboring elements thereby improving the apparent resolution of the image without requiring an increase in the number of image elements originally making up the image.

21. A method as claimed in claim 19 or 20, wherein the step of modifying includes changing the size of said central element to more closely match ones of said elements of said set of elements.

22. A method as claimed in claim 19 or 20, wherein the step of modifying includes reducing the size of said central element to display a portion thereof.

23. A method as claimed in claim 19 or 20, wherein the step of modifying includes changing the relative position of the display of said central element by altering the scanning thereof in response to said modification signal.

24. A method as claimed in claim 19 or 20, wherein the step of modifying includes changing the value of said central element to more closely match the values of some of said elements of said set of elements.

25. A method as claimed in claim 19 or 20, wherein the value of said central element is changed to a value between the values of two of said elements of said set.

26. A method for improving the apparent resolution of an image, said method comprising examining a central element and one or more neighboring elements in order to determine the relationship therebetween,

said central element and said neighboring element having blank areas therebetween containing no substantive information, altering the size or shape of said central element in order to provide information for the blank areas between said central and neighboring elements, thus improving the apparent resolution of the image.

27. The method of claim 26 wherein the change in central element size or shape is accompanied by increasing the brightness of the beam creating such central element.

28. The method of claim 26 wherein the change in size or shape of said central element is accomplished by filling or dithering the scan that creates said central element at the appropriate time.

29. The method of claim 26 characterized in that the analysis of the relationship between the central element and said neighboring element develops a fill signal, which said central element having its size or shape modified in accord with such fill signal.

**16**

30. The method of claim 29 wherein said fill signal is added to the signal for said central element such that said central element is illuminated in response to both said central element signal and said fill signal.

31. The method of claim 26 wherein the image is a computer character displayable on a CRT.

32. An apparatus for improving the apparent resolution of an image having a central element and one or more neighboring elements, there being blank areas therebetween,

said apparatus including a means for determining the relationship between a central element and a neighboring element, and changing the size or shape of at least one element in response to said relationship so as to fill in the blank area between such central element and neighboring element.

33. The apparatus of claim 32 wherein said relationship between said central element and said neighboring element is utilized to develop a fill signal, with said at least one element being modified in accord to such fill signal.

34. The apparatus of claim 32 wherein the size or shape of said at least one element is altered by modifying the signal illumination for such element.

35. The apparatus of claim 34 characterized in that signal illumination is modified by adding the fill signal to the signal of said at least one element.

36. The apparatus of claim 34 wherein the elements are generated by a scan and wherein the signal illumination signal is modified by filling or dithering the scan at the appropriate time so as to alter the size or shape of said at least one element.

37. The apparatus of claim 36 characterized in that said at least one element includes the central element.

38. The apparatus of claim 37 characterized in that said at least one element includes a neighboring element.

39. The apparatus of claim 32 wherein such image is a computerized character display.

40. An apparatus for improving the apparent resolution of a scanned image having a central and neighboring elements developed by a signal, there being blank areas between such elements, said apparatus comprising a spatial scan modulator, means to input the signal for the image into said spatial scan modulator,

said spatial scan modulator including a neighboring pixel means and a pixel fill calculator means, said neighboring pixel means providing a central element and a neighboring element to said pixel fill calculator means by delaying one or more of the elements of the image, said neighboring pixel means in addition delaying the input signal in order to make up for processing delays,

said pixel fill calculator means comparing the central element to a neighboring element in order to develop a fill signal including a vertical fill signal and a horizontal fill signal,

changing the size or shape of such central element and neighboring element in vertical and horizontal directions in response to said horizontal fill signal and vertical fill signal respectively so as to fill in the blank areas between such elements thus improving the apparent resolution of the image.

41. An apparatus for improving the apparent resolution of an image, said image being generated by elements, said apparatus comprising a neighboring pixel means, said neighboring pixel means developing a central and neighboring elements,

5,424,780

**17**

a pixel fill calculator, said pixel fill calculator including a rank logic means and a fill logic means, means to pass said central and neighboring elements from said neighboring pixel means to said rank logic means, said rank logic means comparing said neighboring elements to determine the differences between said central and said neighboring elements and to rank said neighboring elements according to their similarity to said central element, said rank

**18**

logic means providing the ranking of the neighboring elements to said fill logic means,

and said fill logic means generating elements between the central element and the neighboring element by modulating such central and neighboring elements respectively in accord with the relative ranking of such neighboring elements in respect to the central element.

\* \* \* \* \*

# Exhibit F

US006529637B1

(12) **United States Patent**
Cooper

(10) Patent No.: **US 6,529,637 B1**
(45) Date of Patent: *Mar. 4, 2003

(54) **SPATIAL SCAN REPLICATION CIRCUIT**

(75) Inventor: **Carl Cooper**, Monte Sereno, CA (US)

(73) Assignees: **Pixel Instruments Corporation**, Los Gatos, CA (US); **IP Innovation LLC**, Northbrook, IL (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **08/398,383**

(22) Filed: **Mar. 3, 1995**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 08/119,610, filed on Sep. 13, 1993, now Pat. No. 5,424,780, which is a continuation of application No. 07/355,461, filed on May 22, 1989, now abandoned.

(51) Int. Cl.7 .............................. G06K 9/40; H04N 5/21
(52) U.S. Cl. ...................... 382/267; 382/269; 382/275; 348/607; 348/625
(58) Field of Search ............................... 382/267, 269, 382/275, 308, 254; 348/616, 245, 246, 248, 428.1, 458, 625, 607

(56) **References Cited**

U.S. PATENT DOCUMENTS

2,921,128 A    1/1960   Gibson

| | | | |
|---|---|---|---|
| 3,479,453 A | 11/1969 | Townsend | |
| 3,573,789 A | 4/1971 | Sharp et al. | 340/324 |
| 3,680,076 A | 7/1972 | Duffek et al. | 340/324 |
| 3,718,833 A | 2/1973 | Martone et al. | 315/18 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

FR    2269270    11/1975

OTHER PUBLICATIONS

Behind Hewlett Packard's Patent on Resolution Enhancement Technology PGS 1–60 Apr. 1990.

High Definition NTSC Broadcast Protocol by Richard J. Iredale 12/88 pp. 161–169.

Integrated Digital IDTV Reciever with Features by S. Naimpally, etal 8/88 pp. 410–419.

Character Rounding for Alphanumeric Video Display by J.R. Kinghorn 4/75 pp. 230–239.

High Resolution Display and Printing Technique by Y.L. Yao pp. 5225–5226 4/81.

*Primary Examiner*—Bhavesh Mehta
(74) *Attorney, Agent, or Firm*—Lightbody & Lucas

(57) **ABSTRACT**

In an image replication circuit, the improvement of replicating a given element at a certain location with the most similar of surrounding sets of image elements.

**215 Claims, 5 Drawing Sheets**



# US 6,529,637 B1
Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,737,855 A | 6/1973 | Cutaia | 340/146.3 AG |
| 3,786,478 A | 1/1974 | King, Jr. | 340/324 AD |
| 3,878,536 A | 4/1975 | Gilliam | 340/324 AD |
| 3,921,164 A | 11/1975 | Anderson | 340/324 AD |
| 3,969,716 A | 7/1976 | Roberts | 340/324 AD |
| 3,980,819 A | 9/1976 | Schwartz | 178/75 R |
| 4,038,668 A | 7/1977 | Quarton | 235/151 |
| 4,063,232 A | 12/1977 | Fernald | 340/324 AD |
| 4,068,310 A | 1/1978 | Friauf | 364/521 |
| 4,079,367 A | 3/1978 | Yonezawa et al. | 340/324 AD |
| 4,095,216 A | 6/1978 | Spicer | 340/324 AD |
| 4,119,956 A | 10/1978 | Murray | 340/324 AD |
| 4,240,113 A | 12/1980 | Michael et al. | 358/180 |
| 4,282,546 A | 8/1981 | Reitmeier | 358/22 |
| 4,361,853 A | 11/1982 | Remy et al. | 358/167 |
| 4,364,090 A | 12/1982 | Wendland | 358/140 |
| 4,389,668 A | 6/1983 | Favreau | 358/83 |
| 4,419,693 A * | 12/1983 | Wilkinson | 348/616 |
| 4,437,122 A | 3/1984 | Walsh et al. | 358/166 |
| 4,450,483 A | 5/1984 | Coviello | 358/166 |
| 4,460,909 A | 7/1984 | Bassetti et al. | 346/160 |
| 4,464,686 A * | 8/1984 | Reitmeier | 348/616 |
| 4,484,230 A * | 11/1984 | Pugsley | 348/616 |
| 4,506,382 A | 3/1985 | Ilada et al. | 382/27 |
| 4,521,803 A | 6/1985 | Gittinger | 358/12 |
| 4,533,951 A | 8/1985 | Powers | 358/141 |
| 4,544,264 A | 10/1985 | Bassetti et al. | 355/14 R |
| 4,544,922 A | 10/1985 | Watanabe et al. | 340/728 |
| 4,573,070 A | 2/1986 | Cooper | 358/36 |
| 4,620,217 A | 10/1986 | Songer | 358/12 |
| 4,625,222 A | 11/1986 | Bassetti et al. | 346/160 |
| 4,656,514 A * | 4/1987 | Wilkinson et al. | 348/616 |
| 4,661,850 A | 4/1987 | Strolle et al. | 358/140 |
| 4,673,978 A | 6/1987 | Dischert et al. | 358/140 |
| 4,675,735 A * | 6/1987 | Wilkinson et al. | 348/616 |
| 4,677,493 A | 6/1987 | Shinya | 358/283 |
| 4,684,937 A | 8/1987 | Shine | 340/728 |
| 4,684,985 A | 8/1987 | Nakagaki et al. | 358/140 |
| 4,697,177 A | 9/1987 | Shine | 340/728 |
| 4,698,675 A | 10/1987 | Casey | 358/140 |
| 4,703,363 A | 10/1987 | Kitamura | 358/284 |
| 4,703,513 A | 10/1987 | Gennery | 382/27 |
| 4,715,006 A | 12/1987 | Nagata | 364/523 |
| 4,720,705 A | 1/1988 | Gupta et al. | 340/724 |
| 4,720,745 A | 1/1988 | Deforest et al. | 358/166 |
| 4,723,163 A | 2/1988 | Skinner | 358/140 |
| 4,761,819 A | 8/1988 | Denison et al. | 382/54 |
| 4,786,923 A | 11/1988 | Shimizu | 346/160 |
| 4,791,679 A * | 12/1988 | Barski et al. | 382/269 |
| 4,805,226 A | 2/1989 | Guebey | 382/27 |
| 4,847,641 A | 7/1989 | Tung | 346/154 |
| 4,853,970 A | 8/1989 | Ott et al. | 382/54 |
| 4,941,045 A | 7/1990 | Birch | 358/140 |
| 4,952,921 A | 8/1990 | Mosier | 340/728 |
| 4,989,090 A | 1/1991 | Campbell et al. | 348/428 |
| 4,992,804 A | 2/1991 | Roe | 382/54 |
| 5,023,919 A * | 6/1991 | Wataya | 382/176 |
| 5,029,108 A * | 7/1991 | Lung | 364/519 |
| 5,047,955 A | 9/1991 | Shope et al. | 364/519 |
| 5,068,914 A | 11/1991 | Klees | 346/108 |
| 5,365,604 A * | 11/1994 | Kwok et al. | 382/54 |
| 5,424,780 A | 6/1995 | Cooper | 348/428 |
| 5,442,407 A * | 8/1995 | Iu | 348/616 |
| 5,544,264 A | 8/1996 | Bellegarda et al. | 382/188 |
| 5,563,963 A * | 10/1996 | Kaplan et al. | 382/266 |

* cited by examiner



FIG.1
PRIOR ART



FIG.2



FIG.3

**U.S. Patent**     Mar. 4, 2003     Sheet 2 of 5     US 6,529,637 B1



FIG.4
PRIOR ART

FIG.4A

FIG.5

FIG.5A

With Spatial Scan Modulation



FIG.6A     19     N+1 (PRIOR ART)

FIG.6B     20     N+1

FIG.6C     21     N+1 WITH SPATIAL SCAN
MODULATION



X FILL
DIRECTION(S):

| | | |
|---|---|---|
| VERT. IF | \|B-G\| < \|A-H\| or\|C-F\| or\|D-E\| or\|B-E\| or\|E-G\| or\|G-D\| or\|D-B\| |
| HORIZ. IF | \|D-E\| < \|B-G\| or\|A-H\| or\|C-F\| or\|B-E\| or\|E-G\| or\|G-D\| or\|D-B\| |
| R. DIAG. IF | \|C-F\| < \|B-G\| or\|A-H\| or\|D-E\| or\|B-E\| or\|E-G\| or\|G-D\| or\|D-B\| |
| L. DIAG. IF | \|A-H\| < \|B-G\| or\|C-F\| or\|D-E\| or\|B-E\| or\|E-G\| or\|G-D\| or\|D-B\| |
| U. LEFT IF | \|D-B\| < \|B-E\| or\|E-G\| or\|G-D\| or\|B-G\| or\|A-H\| or\|C-F\| or\|D-E\| |
| U. RIGHT IF | \|B-E\| < \|E-G\| or\|G-D\| or\|D-B\| or\|B-G\| or\|A-H\| or\|C-F\| or\|D-E\| |
| L. LEFT IF | \|E-G\| < \|G-D\| or\|D-B\| or\|B-E\| or\|B-G\| or\|A-H\| or\|C-F\| or\|D-E\| |
| L. RIGHT IF | \|G-D\| < \|D-B\| or\|B-E\| or\|E-G\| or\|B-G\| or\|A-H\| or\|C-F\| or\|D-E\| |

FIGURE 7



FIG.8

FIG.9

FIG.10



FIG.12





FIG.11

US 6,529,637 B1

1

## SPATIAL SCAN REPLICATION CIRCUIT

The application is a continuation-in part-of U.S. application Ser. No. 08/119,610 filed Sep. 13, 1993 now U.S. Pat. No. 5,424,780 issued Jun. 13, 1995 for Apparatus and Method for Spatial Scan Modulation of a Video Display which Ser. No. 08/119,610 application was a continuation of U.S. Ser. No. 07/355,461 filed May 22, 1989—now abandoned. The Notice of Allowance for the Ser. No. 08/119,610 application was mailed to the applicant on Dec. 22, 1994 and the issue fee has been paid. The content of this Ser. No. 08/119,610 application is incorporated by reference.

## FIELD OF THE INVENTION

An apparatus and method is shown for modifying the creation and/or presentation of image information displayed, printed or created on a raster or matrix image or graphic display or printer, thereby increasing the apparent image quality. Means for deriving a plurality of neighboring image elements or elements of the video signal which neighbor in time or space to a common location, and means for determining the image elements replication at such location in response thereto, are also shown. Particular embodiments relation to increasing the apparent temporal and spatial resolution of raster scanned television computer and permanent copy devices are shown.

## BACKGROUND OF THE INVENTION

This invention relates to increasing the apparent temporal or spatial resolution of a created and/or displayed image which is typically produced by ordered groups of elements such as by a raster or matrix element or device, without a required increase in the number of image elements of the image.

## DESCRIPTION OF THE PRIOR ART

As television, computer, graphics, printers, fax machines and related image technology develop, there is increasing emphasis on improving the quality of created, displayed, or stored images in order that they appear more real and pleasing to the human observer. Two of the parameters which affect image quality, and therefore are subject to improvement, are spatial and temporal resolution. Spatial resolution, simply put, is the number of image elements which are used to make up an image, normally static, and correspondingly, temporal resolution is the number of elements per unit time which make up an image, normally moving. Desirable qualities of an image system, such as television camera, scanner, broadcast television, computer display printer, permanent copy device, etc. will ideally include having as many elements per image or frame and, in the case of moving images, as many elements or frames per unit time as is economically feasible. Unfortunately, increasing the number of image elements per frame or the number of frames per second is a costly improvement. Therefore many schemes have been developed to improve the resolution of the image, while reducing the number of elements used.

Other improvement systems, such as various Scanner Interpolation Techniques, improved Definition Television Systems (IDTV), Advanced Television Systems (ATV), and High Definition Television Systems (HDTV), Hewlett Packard's Laser Printer Resolution Enhancement System, and other Image Enhancers typically operate to increase the resolution and other quality related aspects of image systems. Many of these systems resort to various techniques for

2

such quality improvements, some of which generate unwanted artifacts.

## OBJECTS AND SUMMARY OF THE INVENTION

It is an object of this invention to provide an apparatus and method for improving the apparent quality of a created and/or displayed image by altering the size, shape or position of the elements of the image.

It is an object of this invention to allow usage of a low resolution camera and/or recorder in a high resolution video distribution and/or display system.

It is another object of this invention to provide an apparatus and method to alter the size, shape or position of the elements of a scanned or presented image in response to the relationship between a plurality of elements of the image.

It is a yet further object of this invention to provide a means and method for inspecting a plurality of elements of an image to determine the presence of a need for filling of areas between the elements.

It is yet another object of this invention to provide a means and method for simultaneously providing a plurality of elements of said image for inspection and comparison means to determine proper altering of areas between the elements or voids created by defective or unneeded elements.

It is an additional object of this invention to provide a means and method for inspecting a certain element or location with respect to one or more surrounding or neighboring elements of an image to determine the desirability for changing the shape, position or size of other elements to improve the spatial and/or temporal resolution relationship between the elements, which may neighbor in time or space.

It is an additional object of this invention to provide a means and method for inspecting neighboring elements with respect to one or more other elements of an image to determine a need for changing the shape, position or size of elements to improve the spatial or temporal resolution relationship with the other elements, especially when one other element is defective.

It is yet still another object of this invention to provide a means and method to improve the quality of an image by inspecting a plurality of neighboring elements to generate replication elements in response thereto.

It is a further object of this invention to provide a means for replicating non-defective image elements while producing no ascertainable artifacts.

It is still yet another object of the invention to apply the above objects to any physical phenomena or signal which can be represented as a matrix of discrete elements.

It is still another object of this invention to provide an image creation device utilizing the above objects.

According to an aspect of this invention, the inventive concepts disclosed herein show an apparatus and method for modifying the creation, storage and/or production of an image by device in response to the image content thereof as carried by an image bearing signal, in order to create an image having apparently higher quality than normal.

The preferred embodiment of the present invention describes a neighboring element means for providing a plurality of neighboring elements, and an element replication means responsive to said plurality of neighboring elements to selectively fill a location, which may be a void, or artifacts, between elements, or to replace elements in the spatial or time dimensions or both. The inventive concepts

US 6,529,637 B1

3

disclosed herein may be utilized to improve the apparent resolution of the created and/or displayed image spatially, temporally, or both, or to conceal, by replication including modification, and/or creation of otherwise non-existant, defective or unneeded image elements or artifacts. The invention will find considerable use in the reduction of spatial or temporal (motion) artifacts of improved television systems like HDTV.

It will be understood that the term image as used herein is meant to apply to the creation and/or presentation of any phenomena by a raster or matrix of discrete or adjoining elements, and that the raster or matrix may be either a single one, or a given one of a plurality or sequence of rasters or matrices, for example as used in temporal portraits of such physical phenomena. The image can be visable on a display (such as a computer monitor or regular television set), viewable after creation (such as a laser printer or fax machine) or otherwise exist (such as in memory for subsequent (use or on a recorder tape). The term image is applicable to the creation of an image (for example at a low resolution to camera); on recording (for example on a VHS machine for HDTV transmission), on receipt (for example NTSC reception on an HDTV monitor) or otherwise.

It will be further understood that invention has application to a group, or series of such elements, whether transmitted or stored, in time sequential or parallel arrangement or in any other form. The more important aspect of the invention is the operations on the elements which have some spatial or temporal coherence or probability of similarity. It is of lesser importance what the elements represent or how the elements are conveyed, or of the particular nature or make up of the form of the elements.

It will be also understood that although the word void is used in this specification, the invention is directed towards replicating new image information utilizing neighboring image elements, which new image information is utilized at a certain location(s). These locations might or might not have previously had image information available therefor. The void may exist at the point of image creation, before/after storage and/or at the point of presentation. Examples of voids would include such things as defects, unwanted elements, improper elements, corrupted elements, valid but replaceable elements, locations with no image information, and/or other locations or elements which may be in question or need for improvement. The term void is used to cover all these and similar situations for uniformity.

It will also be understood that although the word combination "filling in" is used in the specification and claims, the invention is directed towards replicating an image element at a particular location—again, an image element which might or might not have previously had information available therefor. This replication includes creating, modifying, replacing, substituting, adding to, providing and/or filling in for the element at this location. This term filling in is used to cover all these and similar situations for uniformity.

It will also be understood that although the word "similarity" is used in the specification, the invention is directed towards the use of any of the various element characteristics to determine similarity, which characteristics can be used alone or in combination thereof. For example, the elements both may be of the same color, but of different brightness; they both may be of samebrightness, but of different hue; they both may be of the same luminance but of different color saturation; they both may be of same saturation and luminance; they both may be the same size; they both may have the same relationship to their surroundings; or other-

4

wise be similar in some one or combination of characteristics. Characteristics by which similarity can be determined include color, hue, color saturation, luminance (brightness), size, detail pattern, spatial frequency component in horizontal or vertical or diagonal or time or other dimensions, temporal frequency, content, relationship of neighboring elements, noise, and/or other external measures such can be derived from a detection circuit which would provide a flag or measure and/or other indication that an element or group of elements are suitable for processing. The element or location which is being processed may or may not be a valid or erroneous element: It might even have had no image information or not previously existed.

It will also be understood that although the word "replication" is used in the specification, the invention is directed towards modifying, correcting, improving, substituting for, adding to, replacing or otherwise processing the image so as to provide for an overall, more pleasing or apparently higher quality image. As previously set forth the word "fill in" is used in this specification for similar attributes as replication.

It should be understood that the word "surrounding" is used in this specification to describe elements which have some relationship to other image elements, be the relationship spatial or temporal. The word surrounding could include elements which are neighboring on one side thereof, neighboring on all sides, adjacent thereto, spaced from diagonally with intervening elements between (such as in a interlaced field scan device wherein alternating fields are paired), immediately adjacent or spaced elements which have a statistical ability of being similar, or merely elements that have a greater than minimal statistical probability of being similar. However, in respect to this latter it is preferred that the percentage of similarity, is over 50%.

It should be understood that the invention has application during the creation of an image (for example at a video camera), at the storage of an image (for example before or after a video tape or disk) and/or in the production of an image (for example a video monitor).

The ojects and features of the invention will be apparent to one skilled in the art from a consideration of the following description and claims, when read in conjunction with the accompanying drawings in which:

BRIEF DESCRIPTION OF THE DRAWINGS

The structure, operation, and advantages of the presently disclosed preferred embodiment of the invention will become apparent when consideration of the following description taken in conjunction with the accompanying drawings wherein:

FIG. 1 is a block diagram of a typical prior art image generating device.

FIG. 2 is a block diagram of the device of FIG. 1 including the present invention.

FIG. 3 shows a modification of the drawings of FIG. 2.

FIG. 4 shows a typical prior art scanned image display with a portion expanded for clarity.

FIG. 5 shows a typical scanned image display as would occur with the use of the present invention, with a portion expanded for clarity.

FIG. 6 shows a detailed diagram of a given scan line of an image in prior art form and in improved form resulting from the present invention.

FIG. 7 shows a group of nine neighboring image elements which may be operated on by the present invention.

FIG. 8 shows a diagram of the present invention including the use of a ranking means.

US 6,529,637 B1

5

FIG. 9 shows a diagram of 15 elements taken from scan line of 5 sucessive image fields.

FIG. 10 shows a detailed diagram of an embodiment of a neighboring means for a image display.

FIG. 11 shows a detailed diagram of an embodiment of a element calculator means.

FIG. 12 shows an alternate embodiment of a fill and D-A converter.

## DETAILED DESCRIPTION OF THE INVENTION

FIG. 1 is a block diagram of a prior art image display device 1a which may be improved by the addition of the present invention. The invention is set forth in its preferred embodiment in primary reference to a image display, in this specification a video display. However, this device may be any of those which are well known in the art which create, store and/or convey physical phenomena by use of ordered groups of elements, such as various matrix and raster type displays or hard copy generating display devices such as various cameras, scanners, televisions, laser printers, fax machines and the like. For the purpose of the present description and explanation it will be primarily presented with the device 1a that is a raster scanned display such as an electron beam scanned CRT or a laser scanned photo sensitive surface operating in a progressive (non-interlaced) mode. This device may also operate in interlaced fashion as will be apparent from the present disclosure and in other creation, recording and presentation forms. However for the purpose of the present explanation of the invention, by way of example, it will be assumed that it is a video display operating in a progressive

This display device normally contains an amp 2a which receives, clamps, amplifies and couples the signal to the display element 6a, which are most commonly a CRT or modulated laser but which also could be modulated LED's or LCD's or other image creation device.

The device shown is a video device also contained in the device 1a is a sync circuit 3a which receives the signal, strips the composite sync therefrom, separates the composite sync into H and V components and couples these components to the H scan 4a and V scan 5a circuits respectively. The scan circuits 4a and 5a provide the scanning control of the display element 6a, for example by providing the ramp drive waveforms to the CRT yoke or displacing the laser beam, or modulating the imaging devices suitable modifications would have to be made for an image creation device like a camera.

It will be recognized by one skilled in the art that the device shown by way of simple example in FIG. 1 has many practical variations which are commonly used. The single connecting lines shown between elements will be understood to carry multiple signals as required, and other configurations may be made. For example, the sync circuit 3a is sometimes configured to receive one or more sync waveforms separate from the image signal. The actual scanning process may be by alternate methods as well, operating in progressive or interlaced fashion, including magnetic and electrostatic deflection of an electron beam such as in a CRT or E.B. recorder, electro-optical or mechanical deflection of a light beam such as in a laser projector, fax machine, printer or electro-optic display device, or by address or pixel selection as with thermal, inkjet, flat panel, florescent, LED or LCD type displays or printers. The device might also be an image creation device, whether video tube, CCD or otherwise. Further the processing may occur at imaging

6

prior to recording, after recording, in or out of memory or at any other time the image information is available.

One skilled in the art will be able to utilize the present invention with any of the many image creation, recording, memory and/or display devices which utilize ordered groups of image elements to eventually set forth image phenomena as are known in the art.

The description given herein is by way of example with primary respect to a video monitor. As previously mentioned, video refers to the groups of elements irrespective of their use or form of existence or creation and will be understood to mean such even though described with primary respect to television elements.

FIG. 2 is a block diagram of a display device 1b like 1a of FIG. 1, including amp 2b corresponding to 2a, sync circuit 3b corresponding to 3a, H scan circuit 4b corresponding to 4a, V scan circuit 5b corresponding to 5a and display element 6b corresponding to 6a. FIG. 2 also shows the spatial scan modulator 7 as an embodiment of the present invention containing neighboring element means 8 responsive to the signal to provide a plurality of neighboring elements to the element replication means 9. Neighboring element means 8 may also be responsive to element replication means 9, as will be discussed with respect to FIGS. 10 and 11. The neighboring element means 8 also provides a delayed version of the signal of the amp 2b and sync circuit 3b in order to make up for processing delays as will become apparent to one skilled in the art from the discussion below.

Delay will be understood to encompass deriving different elements in time and/or space by a variety of well known means, including the specific example of delaying a time sequential series of image elements.

The element replication means 9 provides a V fill signal to the V scan circuit 5b in response to the plurality of neighboring elements from 8 in order to cause a vertical filling or dithering of the element scan or addressing at the proper times. The spatial scan modulator 7 therefore operates to determine where voids or elements to be replicated exist between elements or are created between or on elements by defective elements, and how these voids (as previously defined) are to be filled in in the image. This determination made by an inspection of a plurality of neighboring elements, and then causing the creation and/or display device to replicate, fill, replace, or otherwise modify the appropriate location in response to the fill signal. Shown as optional is an H fill signal provided by 9 and coupled to 4b to cause horizontal filling, and a further optional video fill provided by 9 and coupled to 2b to cause modulation or filling. The device can also be utilized to replicate non-defective image elements with no ascertainable artifacts (again the term void covers all situations).

As with the various display and creation devices known in the art, the fill signals (as previously defined) provided by 9 will take on different connections to the devices 2b, 4b and 5b, resulting from the differences in those devices.

It is the object of the fill signals from 9 to cause the appropriate filling of locations in the image by whatever means is suitable for the particular imaging device being used, whether during creation, recording, and/or presentation of the image. These locations which may be voids in the image which may be filled with all or a portion of a element, or all portions of combinations of elements, or otherwise as will be described in greater detail later, especially with respect to the specific video display embodiment FIGS. 10 and 12.

In the present example, the voids or element locations are filled by slightly dithering the example electron, light beam

US 6,529,637 B1

7

or other imaging device away from its normal scan position by manipulation of the sweep circuits of the scan circuitry during creation and/or presentation of the image element.

For a light beam type device the voids may be filled by dithering, modulating or focusing the beam. For addressing type devices the dithering may be accomplished by manipulating addressing and filling as may be accomplished by such dithering. In all devices, filling may be caused by modification of existing elements.

For the device described by way of example, the V fill signal will cause the electron, light beam, imaging or creation device to be modulated vertically, either upward, downward or sideways or both to cause given scan line to become wider in an upward, downward, sideways and/or all directions. In a video circuit this can be simply accomplished by adding or subtracting a small amount of high frequency pulsating current in the sweep or scanning driver circuit in a video circuit, thus broadening the electron or laser beam slightly upward or downward from its normal position on the face of the CRT or photosensitive surface. Similarly, the H fill signal can cause as a slight horizontal displacement of the beam position by adding or subtracting a small amount of high frequency current from the H sweep or scanning driver circuit. In order to accomplish diagonal or angular displacement of the electron beam, a modulation of both H and V deflection circuits may be made. Such modulation of the electron beam position is relatively easy to accomplish in terms of circuitry requiring only a bidirectional current source, or a pair of unidirectional current sources, which are switched on and off at high frequency rate in response to the fill signals, and add or subtract current in the sweep or scanning circuit, thereby slightly modulating the current flowing in the driver and thus altering the electron beam deflection. The operation thus causes a dither of the beam modulation, which will be explained in greater detail with respect to FIG. 5.

In alternate creation/presentation circuits the signals to/from various circuits would be appropriately modified.

The beam modulation of any image conveying beam such as electron or light can also be achieved by changing the deflection, intensity, shape, duration, focus or astigmatism of the beam, and/or scanning, thereby changing the spot size and/or shape. The modulation of the conveying beam may be caused to take place in various directions as well, for example in diagonal directions, in response to the pixel replication means 9. Such improvements will be understood and may be made by one skilled in the art in view of the present teachings.

The art of changing electron beam deflection by small amounts has been previously practiced, for the purpose of geometric scan correction. In general the exact method of effecting the modulation of the display will be determined by the nature of the display printing, or imaging device; however, one skilled in the art will be able to devise proper circuitry to practice the present invention for a given desired type of creation and/or display device, in view of the teachings herein.

The fill signal may be utilized to generate the desired elements (which may be including additional elements replication) on the input signal in response to 9, with or without scan modulation, thus providing elements to fill in the desired blank areas of the image (which may be blank as in voids, unneeded, unwanted, or otherwise).

Filling may be accomplished by simply adding the fill signal to the signal in a monitor device so that the electron beam is caused to illuminate the CRT phosphor in response to the fill signal as well as the signal.

8

Illumination may be caused to occur in the absence of a signal generated illumination, or may cause the signal generated illumination to be modified, such as by being increased or decreased. The image fill signal may also be utilized to perform other image functions as will become apparent, such as reducing the bandwidth of the signal, or by changing the element or spot size for example by defocusing the electron beam, repeating a displayed element, or generating a new element (especially in non-direct scanning devices).

New elements used for filling of voids including the substitution or replication of existing elements may be comprised of all or a portion of a element or group of elements.

FIG. 3 shows the same elements as in FIG. 2, however the neighboring element means 8 is coupled to amp 2b to receive the input signal, rather than directly to the input, as in FIG. 2. Several other embodiments relating to coupling and arrangement of elements will be possible, as will be apparent to one skilled in the art, and are intended to be considered within the scope of the invention as herein described and claimed.

FIG. 4a shows a typical scanned image 10a (whether creation and/or reproduction) with a small portion 11a which is expanded for clarity in 4b. The small portion 11a shows four scan lines 12a, 13a, and 15a. The scan lines may be considered consecutive for the purpose of the present explanation, but may also be alternate as in an interlaced display, or otherwise non-consecutive. The scan lines are shown thicker during the higher illuminated portion, the thickness representing the width or intensity of the scanning beam, with the narrow line representing the scan track normally followed by the beam, as is common for laser beam projection and recording devices and CRTs. Also this scan line is representative of what exists in alternate imaging devices.

With more modern creation and/or presentation devices, the modification is more theoretical-occuring in electronic form during and/or after creation instead of during presentation.

Scan line 12a has seven illuminated element points 16a through 16g identified for clarity. As with many systems, the individual elements typically blend together when sequentially aligned along a scan line, due to both the width of the beam, and the limited bandwidth of the video amplifiers in the device, giving rise to the continuous highlighted areas shown. It will be understood that the individual elements may also represent a matrix display rather than a scanned display. The four scan lines show a diagonal bright area which can be seen to take on a rather stair stepped appearance. The stair stepping and the space between the scanning lines make up picture artifacts that viewers find objectional in viewing the image, whether created during creation and/or presentation.

It is one object of the present invention to fill in the voids of the stair stepping and voids between consecutive scanning lines, for example by modulating the scanning of the electron beam in a video device, thus reducing these objectional artifacts.

FIG. 5a shows the same display 10b as boa in FIG. 4a, with expanded portion lib corresponding to 11a, and showing scan lines 12b, 13b, 14b, and 15b corresponding to 12a, 13a, 14a, and 15a respectively. Again the creation/alteration presentation circuits would be appropriately modified.

Illuminated elements 17a–g corresponding to 16a–g are shown as well as illuminated pixels 18a–e. For each element

US 6,529,637 B1

9

which is to be partially modulated during creation or during production, an up or down arrow is shown indicating the direction(s) of modulation. For example, element 17b is modulated downward to fill the void between 17b and 18a. Likewise elements 17c–g are all modulated downward. Elements 18a and 18b are modulated upward to fill the same void and 18c–e are modulate both upward and downward. One skilled in the art will recognize that the image of FIG. 5 has a higher apparent resolution than that of FIG. 4, the improvement being a result of the filling of voids (even if previously occupied by valid elements). This modulation can occur in the original image scanning circuitry, modifying the element signal during or after storage, or otherwise. The same type of image modification would also occur in alternate imaging devices such as scanners, laser printers or fax machines.

With respect to FIG. 2, when element 18a is being scanned, the neighboring element means 8 would provide the elements adjacent to 18a, including 17b, 17c 17d, and 18b, for inspection by element replication means 9. The element replication means 9 will determine that there is a void between 17c and 18a which should be filled, thus causing 18a to be modulated upward into the void. The void may be actual or artificial (as when the device ignores valid elements).

It can be seen from inspection of FIG. 5 that a good portion of the voids between scanning lines or matrix elements, as well as a portion of the stair stepped edge void have been filled in. Element 18f is shown as being a defective element which has been replaced thus causing filling of the void which otherwise would have been present to be filled.

It may be noted that an object of the present invention is to provide a method of filling voids without restriction to the nature of how such voids arise, although it will be appreciated that the nature of such filling may very well be optimized in response to the nature of the void and that the voids might discard valid image elements at the involved location. For example the filling of voids between elements may be performed differently than the filling of voids created by defective elements. As another example, assuming 18f were defective due to a defective video element, the element may be replaced to cure the defect. If, on the other hand, the element for 18f were not defective by itself, the artifacts produced by a defective florescent element, the location could be filled by lighting, or increasing the lighting of the neighboring elements. Further, the invention may be utilized to replicate valid, non-defective image elements due to the probability of similarity. This allows continual processing of a signal through a circuit without on/off switching while producing minimal artifacts.

FIG. 6 shows a typical prior art scan line 19, corresponding to 13a of FIG. 4b, having an illuminated section of 6 elements shown as a wider portion of the line. The elements may be created in any known way such as by scanning light or electron beams, LED's, LCD's or laser beams, by spatial addressing an imaging device or by signal alteration.

As with the previous example of FIGS. 4 and 5, the individual elements have blended together gaining a continuous illuminated section. The presented scan line 20 shows the same line as 19, except that it has been spatially modulated in accord with the present invention thus corresponding to 13b of FIG. 5b. The track of the beam is shown in 20 as a sinusoidal path, or spatial modulation, which deviates from the straight scanning line of the prior art. This same result could be provided by alternate means.

10

Note that for the middle three elements the deviation takes place both above and below the line. In the preferred embodiment of the invention the electron beam or memory laser path is such that the track pitch, the spacing between the points where the track crosses the normal scan line, is less than the electron or reproduction beam width. Therefore the electron and beam width will illuminate a solid area. The illuminated area created by the beam path shown in 20 is shown as a solid area in 21. It will be noted that the ability to fill in chosen directions only, such as only up to 21, is an important feature.

A note should be made about the relative brightness of the spatially modulated scan of 21 versus the area of the prior art scan 19. The brightness of a given area is a function of the flux density of the electron, light beam or image signal striking that area, that is a given number of electrons or photons or other image creating energy will tend to provide a given number of photons of visible light or particles of dye or pigment, independent of the area which it strikes. For a given electron or beam intensity, the area of 21 will therefore appear dimmer in terms of visible photons or particles per unit area than the area of 19. If a given spatial scan modulated area of the image is large enough to be resolved as a distinct element, the viewer may notice this decreased intensity. In order to overcome this decreased brightness, it will be desirable to increase the intensity of the image creating beam, therefore restoring proper brightness in those areas where the spatial modulation is occurring. The brightness increase will typically be a function of the amount of modulation. For example while the beam is modulated only upward for the left two elements of 20, a first given increase should be made, and for the remaining elements where the beam is modulated both up and down with a second, higher, increase made. This increase in beam intensity can be made in response to element replication means 9 shown in FIG. 2, via the fill signal. It may also be desirable to utilize the fill signal to increase the number of illuminated elements, in conjunction with the spatial scan modulation. For example, the illuminated area of line 20 (13b of FIG. 5) can be tuned on one element early in order to further reduce the stair stepping of the diagonal edge. This may be accomplished by time or spatial modulation of the image creating beam.

Alternate imaging devices would similarly operate, albeit with adaptions for their special properties. For example, with a LED or LCD imaging device (such as a printer), modifications of the brightness of successive lines of image information and/or the modulation of the image elements in what would otherwise be spaces between lines would be one way to produce the image improvement of the present invention.

FIG. 7 shows a group of 9 elements which are located on 3 scan lines of a raster or alternatively in 9 matrix locations. These nine elements are provided by the neighboring element means and may be utilized by a element replication circuit in order to determine if spatial scan modulation or other filling should be enabled. In the following discussion it will be assumed that element X (the central element) is defective or wanted to be replaced, as is known from error detecting circuitry or as determined by the element replication 26, or is otherwise to be replicated. It will be assumed for the purpose of the present example that element X in the center of the 9 elements, is the element about to be displayed or created by the display element. Scanning will be assumed to be from left to right, top to bottom. However it will be understood that the present explanation will apply equally well to any image creating and/or displaying device or system independent of the manner in which the image

US 6,529,637 B1

**11**

elements are scanned or placed as well as to any point of the image for example element A in FIG. 7 could be processed.

For the described scan, elements A–D will have occurred in time before X, and elements E–H occur in time after X. The 9 elements are all made simultaneously available to the elements replication by the neighboring elements means (8 of FIG. 2). The neighboring elements means in the preferred embodiment is made up of memories, delay lines, shift registers or other delay devices which are well known to one skilled in the art, which allow all nine of the elements to be present simultaneously. A different number of elements could also be present.

A device which can be utilized for the neighboring elements means function is described, with respect to FIGS. 9 and 10, in U.S. Pat. No. 4,573,070 issued Feb. 25, 1986. Other arrangements and circuits to perform this function will be apparent to one skilled in the art from the present disclosure, for example, retrieving elements from RAM as in matrix displays. In order that elements X can be the about to be currently displayed elements, it is necessary that neighboring elements means make elements available to the display device, which is shown by the connection from 8 to 2b and 3b of FIG. 2, which replaces the video input to the display device.

FIG. 7 shows eight possible replication direction differences which can determine the direction of replication for an element X. This element X could be defective, non-existant, merely unnecessary, or disposable (even if valid)—the latter most particularly in respect to an unswitched, constantly operating device. The major factor is the desire to have element, replication, or substitution. The eight differences are represented by eight lines P–W. Line P represents the difference of elements A and H, Q of elements B and G, T of elements B and E, etc.

Element X may well be replicated from any direction, including those of the third dimension, which would represent a frame to frame or time direction, or a combination of time and spatial dimensions. Replication in the time dimension is useful in improving motions artifacts. Time replication is accomplished by using delays of one picture period (field or frame in a monitor device) or more to provide elements in the time axis, which may be used to fill temporal voids. It is particularly useful in a video imaging device.

Element X will thus modulated in response to elements which are present in field or frames other than the one containing X. U.S. Pat. No. 4,573,070 which is incorporated herein by reference describes more fully various embodiments of neighboring elements means which may be suitable for use in this fashion, and particular FIGS. 13, 15 and 16 and the description thereof teach detection of a defective element X. Alternatively, the detection of a defective element X may be performed by various defect or error checking circuitry as is well known in the art.

It will be immediately recognized that by comparing elements on the opposite sides of X, it is possible to determine which pair of surrounding or neighboring elements which are most similar. The most similar pair thus represents the pair of image elements most likely to provide the least noticeable replication value for an element X, and also indicate the direction(s) of modulation of X to fill voids adjacent thereto. For example if A–B=9, B–G=7, C–F=8, and D–E=3, the preferred pair of elements for replicating X would be pairs D and E and either could be chosen for replication. Alternatively, a normalized combination of the two pairs such as an average can be used.

This logic holds true if in fact X is related to elements on two opposite sides. However X may be related only to the

**12**

elements in the corners, that is to elements A, B, and D (upper left), B, C, and E (upper right), E, H, and C (lower right), or G, H, and D (lower left). The logic conditions shown below thus preferably takes all eight conditions into account, selecting the lowest difference pair of opposite or corner elements to determine the direction(s) of modulation of X, to fill voids adjacent to X, or giving the direction or pair of elements most likely to provide the least noticeable replication value for an element X in FIG. 7.

For the purpose of the present description and the purpose of explanation, it will be assumed that only the two dimensions, and the replication directions indicated by the 7 differences are to be considered.

A group of similar elements is easily implemented by logic operations as may be utilized to determine which if any of the 8 spatial replication directions should be enabled for a given element X. Logic operations that may be used to enable the modulations according to the following table include:

| MODU-LATION DIREC-TION | CONDITION |
|---|---|
| VERT. | B–G < A–H or C–F or D–E or B–E or E–G or G–D or D–B |
| HORIZ. | D–E < B–G or A–H or C–F or B–E or E–G or G–D or D–B |
| R. DIAG. | C–F < B–G or A–H or D–E or B–E or E–G or G–D or D–B |
| L. DIAG. | A–H < B–G or C–F or D–E or B–E or E–G or G–D or D–B |
| U. LEFT | D–B < B–E or E–G or G–D or B–G or A–H or C–F or D–E |
| U. RIGHT | B–E < E–G or G–D or D–B or B–G or A–H or C–F or D–E |
| L. LEFT | E–G < G–D or D–B or B–E or B–G or A–H or C–F or D–E |
| L. RIGHT | G–D < D–B or B–E or E–G or B–G or A–H or C–F or D–E |

FIG. 8 shows by way of example an embodiment of the present invention which may be utilized with image elements. The FIG. 8 embodiment contains a neighboring element means 25 similar to 8 of FIG. 2, and an element replication means 26 similar to 9 of FIG. 2.

The element replication 26 contains a rank logic means 28 which cooperates to inspect the 9 neighboring elements A–H and X presented on lines 30A–H and X respectively, and provides a fill signal on line 32 and replaces signals on line 36 respectively, which device operates to control the spatial modulation of element X. It should be noted that in FIGS. 8 and 12 the fill and replace lines are shown as single lines for clarity, and further that the connection which provides element X to the display device as well as the video fill connection to the display amp are not shown for clarity. One skilled the art will however recognize the need for, and be able to provide the proper coupling of, element X and element fill and replace functions to the image device via multiple connections and couplings with the element replication as appropriate for a given application.

As will be apparent from the present teachings, many of the functions of the present invention can be implemented with various forms of hardware including ASICS, programmable logic and analog or optical circuitry and software running on any of the various well known platforms. For example, microprocessors with suitable software may be utilized. As a further example, a read only memory may be utilized. In particular, a ROM or programmable logic would be well suited to implement part or all of the elements replication means 26.

The determination of which neighboring elements are related to element X is a ranking process, which is described in one form in some detail in the aforementioned U.S. Pat.

US 6,529,637 B1

13

No. 4,573,070 with respect to video noise reduction. The '070 patent does describe and claim the replication of defective elements, for example at column 4 line 49 et. seq. and column 8 line 45 et. seq. The ranking circuitry shown in FIGS. 15 and 16 of the '070 patent can be utilized for the rank logic means of 27 of FIG. 8 of the present invention, but the rank logic means of the present disclosure has been found to provide superior performance when utilized for applications to replace defective or unneeded elements. The rank logic means 27 operates in response to the elements A–H and if needed X provided via 30A–H and 30X to determine each of elements A–H relative closeness to all the others. For example if elements C–F were determined to be closest to each other, then signifying a rank of 0 (that no other element pairs are closer) would be output on line 31R. If 2 other elements were closer than elements C and F, a 2 would be output on line 31R. Each element pair will be ranked by 27, with that pair's respective rank provided on line 31 P–W. The fill logic means operates to select a given number, for example 2 or 4 of those elements which are closest and identifies them. The logic equations given above for the example of FIG. 7 are then used to determine the modulation and/or replication directions to be enabled. This ranking may occur by comparing all groups for similarity (parallel processing) or by comparing each group to the next group sequentially retaining the most similar (serial processing). This latter is more efficient.

Further the rank logic means may also operate to rank elements in respect to their dissimilarity, thus not utilizing elements that do not meet a minimum criteria for similarity ranking. This recognizes that elements that are known to be largely dissimilar do not have to be ranked for similarity. This provides considerable saving (of most particularly processing time) and circuit complexity since the complexity of calculations increases exponentially as to the number of elements utilized. Preferably therefore the ranking of elements would be a multi-step process: first discard dissimilar groups of elements not sufficiently similar in respect to each other and/or other sets so as to not warrant subsequent processing providing at least one set remains and then second ranking of the groups of similar elements. A threshold to establish similarity is particularly effective in the initial step.

Note that more than two elements may be compared in a group, for example groups of 3 or more may be compared. For example, group ABD, BCE, EHG, and GFD may be compared to determine the total difference, for example A–B+A–D+B–D as the difference for ABD.

As an example, assume that the element pairs have the following ranks:

| | |
|---|---|
| P = 0 | Q = 1 |
| R = 7 | S = 2 |
| T = 6 | U = 5 |
| V = 4 | W = 3 |

From the above chart it can be seen that pairs P, Q, and S are closest thus indicating element X is most likely related to a diagonal from element A to H. The three closest elements will be identified as A and H. and of the above logic equations the following will be satisfied:

VERT

HORIZ

L. DIAG

These equations being satisfied, the modulate VERT signal, and modulate HORIZ signal, and modulate LEFT

14

DIAGONAL signal will be activated. As a result of the above analysis, the void between elements A, B, D, and X and E, G, H, and X would be caused to be replicated by spatial modulation of elements X if X were not defective. Alternatively, the voids and/or element X could be replicated by elements A, B, D, and E, G, and H. or combinations thereof respectively. As an improvement to the spatial modulation, the amplitude or spatial intensity of the modulation may be changed in response to the ranking of the neighboring elements. For example, if the difference between X and A is small, a large amplitude of modulation is used; and if the difference were large, a small modulation used. The amount of modulation is therefore caused to vary in response to the closest values, in either spatial or temporal embodiments. Of course, intensity or other attribute modulation may also be provided as well, as previously discussed. Additionally, if element X is defective or unneeded, it may be deleted, thus creating a void, and the void may be replicated with a combination of those element pairs having the closest values, in the above example, pair A–H or Pairs A–H and B–G. For a continually operating device, element X could be replicated even if not defective.

It is important to note that by ranking the various element pair differences P–W that a very accurate prediction of the value of X may be made in the event X is defective. By inspecting the differences and their ranking, the individual surrounding elements, in space and time, which are most closely associated with X may be determined with a high probability. A combination of a plurality of those most closely associated elements may then be utilized to replace element X, to fill any voids near a good or defective X,or even to totally replace, a valid element X (which would treat X as a void irrespective of its true nature).

Such combinations which have proven suitable for use include any of the various averages which are well known, including arithmetic and geometric averages, means, medians, weighted combinations, spatial and temporally filtered combinations and various interpolations and curve fittings. It has also been found that selecting a single element from the group of most closely associated elements to use for fill or replication works quite well. In particular, choosing a median value element of the most similar group has been shown to offer quite good performance. In particular, choosing the two most closely associated groups of elements, and choosing one of the two median elements of the groups, the one closest to the average of the four, has been found to give quite good performance.

In summary then, the preferred operation begins by selecting a location for image enhancement. This location may be anywhere in the image including along the edges and corners thereof. Once the location is ascertained, the plurality of groups of two or more elements having a relationship to the location are ascertained. These groups may be adjoining, neighboring, having a theoretical similarity, and may be present with a time or space variable or combination thereof. After the groups are ascertained, each image element in the group is compared to the other elements in the same group to determine the similarity or how closely the individual elements within each group match. Note that this is possible for a single element to be in more than one group. This similarity is preferably typically determined by the absolute value of A minus B or similar function (to increase operating speed and reduce circuit/software complexity). This comparison could include a preliminary dissimilarity threshold which would in operation not process elements which are significantly dissimilar to other sets or to a predetermined theoretical or percentage value of difference.

US 6,529,637 B1

15

This dissimilarity threshold could be by ranking of the groups of elements or by comparison of the differences between image elements in each group.

Once the similarity within each group has been ascertained, the similarity of each group is compared to the similarity of all the other groups to ascertain which groups have the most closely matching image elements or most similar image elements. This can be accomplished by sequentially comparing the similarity of each group to a subsequent group, discarding the most dissimilar before repeating the process, by ranking the groups outright according to their similarity, or otherwise.

Once the most similar group, or groups, have been ascertained, then one or more elements within the most similar group are used to generate a replication, value for use at the particular location. The image element(s) chosen can be one of the most similar pair, an average of the most similar pair, an average of the image elements in a group of closely related image elements, an average of the most similar of the image elements within groups of associated image elements, an average of all of the image elements within the associated groups or otherwise. Further, the image elements can be replacing an otherwise valid image element, replacing a defective image element, or filling in empty spaces in time or space around the location. All this is separate of the need to determine whether or not whatever may exist at the particular location is defective, or missing since replication provides very good estimate of the noise free value of a given image element at a particular location.

FIG. 9 shows an element configuration which results from one embodiment of the present invention. From the above description it can be seen that it will be relatively easy to configure the invention to operate in time to generate new lines, rows or new fields or frames of video. Such a configuration may be envisioned by assuming that elements A, B, and C are from a first field (or row or line); D, X, and E from a third, generated field (or row or line); and elementss F, G, and H from a fifth field (or scan line). Intermediate fields or rows or lines with elements I J K and L M N can also be utilized. Such a system is shown in FIG. 9 where elements A–C, I–K, L–N are taken from the incoming video signal and elements D, E, and X are fill or synthesized elements which are generated in response to the operation of the elements which are generated in response to the operation of the elements replication.

The new element X would be the value calculated for element X as described above, which is stored in a field or other memory matrix and displayed in the prior time or space sequence by the display element. Alternately, the new elements could be a calculated value derived from a plurality of the elements, as will be discussed with respect to FIG. 12.

FIG. 10 shows the preferred embodiment of the neighboring element means 25 of FIG. 8 in greater detail in a video application. Input video is coupled to an A–D converter 29 where it is digitized and output as a digital video data stream. The input video is also coupled to a sync stripper and PLL circuit 30, which provides all of the required clock and timing signals for the elements of 25 and also the circuit of FIG. 11. The connection of the various clock and timing signals are not shown here for clarity. The A–D converter 29, and sync stripper and PLL 30 are will know in the art, and are commonly found in such devices as timebase correctors and other video processing devices. One skilled in the art will be able to utilize any of a number of well known circuits and I.C.s to implement 29 and 30. For example, the AD9502 Hybrid Video Digitizer, provided by Analog Devices of Norwood, Mass., Provides all of the PLL

16

and digitizing functions of 29 and 30. The digitized video is output at a fixed number of samples per line depending on the particular version of the AD9502. Digital Delays 31, 32 and 33 are coupled to the digital video output from 29 in order to provide a plurality, in this example 9, of delayed versions of the digital video signal. 1 H delay I.C.s, suitable for 31 and 32, are available, such as the N.E.C. UPD41101, and 1 field delay I.C.s suitable for 31, are also available, such as the N.E.C. UPD41221. Application notes on the use of these I.C.s are available form N.E.C. Electronics Inc. in Mountain View, Calif. A 1 element delay I.C. suitable for 33 is the 74HCT374 Octal Latch, available from multiple sources. At any instant, nine different elements will then be present at the output.

Referring to FIG. 10, one skilled in the art will note that if delays 31 and 32 are 1 scan line (1 H) and delays 33 are 1 elements each, then the elements labeled A–H and X in FIG. 7 will be present at the right side output of 25. In this example, the display of FIG. 7 is assumed to be either a progressive display, or an interlaced display without the second field shown.

Assuming, for another example, that FIG. 7 shows scan lines 22 and 24 from an earlier field of interlaced scanning, and line 23 is from a present field of scanning, one skilled in the are will recognize that if delay 31 is one field, the output from 25 will correspond to the elements depicted by FIG. 7.

One skilled in the art will realize that the one field delay 31 will be required to make available at H, the previous field scanning line above the present field scanning line available at E. It should be noted that in many interlaced systems, the actual length of the delay will vary by one line from field to field, depending on whether the even or odd field is being delayed. In the use of the N.E.C. UPD41221 I.C., the proper alignment of input and delayed video is simply accomplished by use of the increment (INC) and decrement (DEC) controls. One skilled in the art will however, be able to construct such a delay, as is well known in the art. When used with matrix or other types of non time scanned video, RAM memories may be substituted as will be known from these teachings.

Of course the invention may be utilized with digital data, such as in D1 or D2 digital video or with fax, modem or laser printer data as will be apparent to one of ordinary skill in the art from the teachings herein. The invention is particularly useful with compressed data, and provides considerable image enhancement and reduction of both random noise and defective elements noise for such digital images, especially for JPEG and MPEG compression systems.

In order to make elements X available in analog form for use by a display element, as shown in FIG. 2, digital elements X is displayed by a compensating delay 34, and then coupled to a digital to analog converter and video fill circuit 35, where it is converted to an analog signal. The N.E.C. UPD41101, or a combination of 74LS374 I.C.s, can be used for 34. The Analog Device 5 HDG-0805 Hybrid Video D–A is a suitable part for the D–A function of 35. In addition, the HDG-0805 has a 10% bright control which increases the video signal level by 10%. This 10% bright control may be coupled to the video fill signal from the elements replication. Alternatively, a separate video gain circuit may be utilized to control the video fill signal. Such gain circuits are well known in the art. In the preferred embodiment, the analog elements X may be coupled directly to the CRT. The D–A converter also maybe caused to vary the intensity of analog elements X in response to a video fill signal coupled from the fill logic circuit 28 of FIG. 11. The

17
18

purpose of the compensating delay 34 is to ensure that element X is delayed by the proper time with respect to the element replication generation of fill signals. The compensating delay may also be used in a temporal embodiment of the present invention to provide element X at the proper time (i.e. to place element X in the proper location in the displayed element sequence) for display in response to the element replication means. One skill in the art will recognize that it will be possible to combine delay 34 with the delays 31–33 which provide the neighboring elements. For example, if 34 is to have a delay of 1 element, then element D can be coupled directly to 35, eliminating 34.

FIG. 11 shows the preferred embodiment of 26, the element replication means, of FIG. 8. The rank logic means 27 of FIG. 11 receives element A–H and computes pair differences P–W from the neighboring element means 25 of FIG. 10. Each element A–H is compared to its corresponding partner to determine the relative difference by a difference determining circuit. Each difference is then compared to all of the other differences by a difference comparison circuits 37. For the 8 elements A–H there are then 8 difference determining circuits and 28 difference comparison circuits 37. Any pair(s) that has a dissimilarity to the other pairs are preferably disregarded in subsequent processing. The 7 outputs of the difference comparison circuits which are responsive to a given elements pair(s) difference comparisons are coupled to an individual ranking circuit 38, which in the preferred embodiment is chosen to be a PROM. The PROM outputs a binary number which corresponds to the number of other differences a given difference is larger than. For example, if the difference is larger than 3 other differences, the output of the P rank P PROM would be 3.

The rank values from each ranking PROM are coupled to the fill logic circuit 28, which in the preferred embodiment is made up of PROM I.C.s. The fill or replication logic circuit 29 generates the previously discussed replication signals and/or chooses appropriate matching elements in response to the 8 rank values. The replication signals are then coupled to replication circuit of 35 in FIG. 10, as well as the display element, as previously described.

FIG. 12 shows as an alternate embodiment of the video fill and D–A converter 35 of FIG. 10 in applications depicted by FIG. 9. The function of the preferred embodiment of FIG. 12 is to generate a fill element which is similar or equivalent to element X. This embodiment of FIG. 12 generates a fill element, for use as element X of FIG. 7 or 9, in response to the video fill or replication signal from FIG. 11. The fill element may be a combination of a plurality of elements. The fill elements may be caused to be only a single elements, or a combination of elements in response to the video fill signal. The embodiment of FIG. 12 operates to generate a combination of elements in response to the video fill signal, and combine that combination with voids around element X in the adder. The combination is then converted to analog by the D–A converter. Alternatively, a replication from element X may also be generated by the combiner, in response to the video fill signal. The replace signal 36 causes the adder and switch to replace X with the combination from the combiner. The normalization of the replication combination may also be adjusted. Various types of combinations and weighted averages can be utilized for this combination, including the use of more than two elementss in the combination to generate the fill elements(s).

While the above preferred embodiment of the invention has been described by way of example, many other embodiments may be utilized to operate in a given video system. For example the invention may be utilized with interlace scanning systems, or with multiple channel displays such as RGB color displays. A matrix of less or more than the suggested 9 elements may be utilized, which picture elements may be adjacent or non-adjacent, and may be symmetrically or non-symmetrically chosen. To one skilled in the art it will be apparent from the present teachings that there are numerous variations, configurations and embodiments of the above described invention which variations may be tailored into a specific embodiment to maximize effectiveness with a particular display device and video system without departing from the spirit and scope of the invention as hereinafter claimed.

What is claimed is:

1. An improved signal processing circuit for selectively filling a void located at a particular position having at least partially surrounding image elements respectively,

said circuit comprising: neighboring element means to provide said at least partially surrounding image elements in respect to said particular position,

inspection means to inspect a plurality of said at least partially surrounding image elements of the image to determine the presence of a void at said particular position,

and replication means for selectively filling in the void at said particular position with a value which decreases the visibility of the void, which void can include a location between at least partially surrounding image elements.

2. The circuit of claim 1 wherein said inspection means includes a ranking means for ranking each surrounding image element by similarity.

3. The circuit of claim 2 wherein said ranking means ranks three or more surrounding image elements by similarity.

4. The circuit of claim 1 wherein said replication means utilizes multiple surrounding image elements if said multiple image elements are similar to each other.

5. The circuit of claim 4 wherein said replication means only utilizes multiple image elements if such image elements include at least one adjacent and/or common image element.

6. The circuit of claim 1 wherein said inspection means uses the difference between sets of image elements in its respective determination of similarity.

7. The circuit of claim 1 wherein said replication means utilizes the average of the surrounding image elements which comprise at least the most similar image elements, said average replacing said void at said particular position.

8. The circuit of claim 1 wherein said neighboring element means provides at least one set of image elements which includes image elements on differing sides of said particular position.

9. The circuit of claim 8 wherein the differing sides include the opposite sides of said particular position.

10. The circuit of claim 1 wherein said neighboring element means provides at least one set of image elements with adjacent image elements.

11. The circuit of claim 10 wherein the adjacent elements include immediately neighboring image elements.

12. The circuit of claim 1 wherein said neighboring element means provides at least one set of image elements extending across adjacent fields.

13. The circuit of claim 1 wherein said neighboring element means provides at least one set of image elements extending across sequential fields.

14. The circuit of claim 1 characterized by the addition of determining means to determine if an image element is defective in response to said at least two neighboring image

US 6,529,637 B1

19

elements and removal means responsive to said determining means to remove a defective image element at said particular position.

15. The circuit of claim 1 characterized by the addition of removal means to remove an image element which is not defective at said particular position.

16. The circuit of claim 1 wherein said neighboring element means provides at least one set of image elements based on time.

17. The circuit of claim 1 wherein the image elements are adjacent elements.

18. The circuit of claim 3 wherein said ranking means includes a dissimilarity means, said dissimilarity means blocking the ranking of any surrounding image element which is dissimilar by a known amount in respect to at least two other most similar image elements.

19. The circuit of claim 1 wherein the image elements are derived from a camera to be utilized by a transmitting, recording or storage mechanism and characterized in that said replication means operates on the image elements prior to transmitting, recording or storage.

20. The circuit of claim 1 wherein the image elements are transmitted, recorded or stored and characterized in that said replication means operates on the image elements after transmitting, recording or storage.

21. An improved signal processing circuit for selectively filling a void located at a particular position having at least partially surrounding image elements respectively,

said circuit comprising: neighboring element means to provide surrounding image elements in respect to a particular position,

similarity means to determine the difference between image elements of a plurality of surrounding image elements to determine the similarity between such plurality of surrounding image elements,

inspection means to inspect said plurality of the surrounding image elements of the image to determine the presence of a void at said particular position,

ranking means for ranking said plurality of surrounding image elements by similarity,

and replication means for selectively filling in the void at said particular position with a value which decreases the visibility of the void, which said particular position can include a location between image elements.

22. The circuit of claim 21 wherein said ranking means ranks three or more surrounding image elements by similarity.

23. The circuit of claim 21 wherein said replication means utilizes multiple surrounding image elements if said multiple elements are similar to each other.

24. The circuit of claim 23 wherein said replication means only utilizes multiple elements if said multiple elements include a set with at least one adjacent and/or common image element.

25. The circuit of claim 21 wherein said replication means utilizes the average of surrounding image elements which comprise the most similar image elements.

26. The circuit of claim 21 wherein said neighboring element means provides at least two surrounding image elements which includes image elements on differing sides of the void.

27. The circuit of claim 26 wherein the differing sides include the opposite sides of said particular position.

28. The circuit of claim 21 wherein said neighboring element means provides at least two image elements with adjacent image elements.

20

29. The circuit of claim 28 wherein the adjacent elements include immediately neighboring image elements.

30. The circuit of claim 21 wherein said neighboring element means provides at least two image elements extending across adjacent fields.

31. The circuit of claim 21 wherein said neighboring element means provides at least two image elements extending across sequential fields.

32. The circuit of claim 21 characterized by the addition of determining means to determine if an image element is defective in response to said at least two sets of two image elements and removal means responsive to said determining means to remove a defective image element to produce a void at said particular position.

33. The circuit of claim 21 wherein said neighboring element means provides at least two image elements based on time.

34. The circuit of claim 21 wherein the image elements are pixels.

35. The circuit of claim 21 characterized by the addition of removal means to remove an image element which is not defective to produce a void at said particular position.

36. The circuit of claim 22 wherein said ranking means includes a dissimilarity means, said dissimilarity means blocking the ranking of any surrounding image element which is dissimilar to at least the most similar set by a known amount.

37. The circuit of claim 21 wherein the image elements are derived from a camera to be utilized by a transmitting, recording or storage mechanism and characterized in that said replication means operates on the image elements prior to transmitting, recording or storage.

38. The circuit of claim 21 wherein the image elements are transmitted, recorded or stored and characterized in that said replication means operates on the image elements after transmitting, recording or storage.

39. An improved signal processing circuit for selectively filling a void located at a particular position having at least partially surrounding image elements respectively,

said circuit comprising: neighboring element means to provide surrounding image elements in respect to a particular position,

similarity means to determine the difference between image elements of the surrounding image elements to determine the similarity of such surrounding image elements,

inspection means to inspect said plurality of the surrounding image elements of the image to determine the the presence of a void at said particular position,

dissimilarity means to discard/utilize sets of image elements not sufficiently similar,

and replication means for filling in the void at said particular position with a value which decreases the visibility of the void, which said particular position can include a location between at least partially surrounding image elements.

40. The circuit of claim 39 wherein said replication means utilizes multiple surrounding image elements if said multiple elements are similar to each other.

41. The circuit of claim 40 wherein said replication means only utilizes multiple elements if said multiple elements each include at least one adjacent and/or common image element.

42. The circuit of claim 39 wherein said replication means utilizes the average of the surrounding image elements which contains the most similar image elements.

US 6,529,637 B1

21

43. The circuit of claim 39 wherein said neighboring element means provides at least two image elements which includes elements on differing sides of said particular position.

44. The circuit of claim 43 wherein the differing sides include the opposite sides of said particular position.

45. The circuit of claim 39 wherein said neighboring element means provides at least two image elements with adjacent image elements.

46. The circuit of claim 45 wherein the adjacent elements include immediately neighboring image elements.

47. The circuit of claim 39 wherein said neighboring element means provides at least two image elements extending across adjacent fields.

48. The circuit of claim 39 wherein said neighboring element means provides at least two image elements extending across sequential fields.

49. The circuit of claim 39 characterized by the addition of determining means responsive to said surrounding image elements to determine if an image element is defective and removal means responsive to said determining means to remove a defective image element to produce a void at said particular position.

50. The circuit of claim 39 wherein said neighboring element means provides at least two image elements based on time.

51. The circuit of claim 39 wherein the image elements are pixels.

52. The circuit of claim 1 characterized by the addition of removal means to remove an image element which is not defective to produce a void at said particular position.

53. An improved signal processing circuit for selectively filling a void located at a particular position having at least partially surrounding image elements respectively,

said circuit comprising: neighboring element means to provide said surrounding image elements in respect to said particular position including at least two sets of surrounding image elements,

similarity means to determine the difference between image elements within each said set of surrounding image elements to determine the similarity between said surrounding image elements therein respectively,

inspection means to inspect said plurality of said surrounding image elements of the image to determine the presence of a void at said particular position,

threshold dissimilarity means to block the ranking of dissimilar sets of image elements, ranking means for ranking each set of said surrounding image elements by similarity and,

replication means responsive to said ranking means for filling in the void at said particular position with a value derived from at least one image element from the set of said at least two sets of surrounding image elements, which said particular position can include a location between said at least surround image elements.

54. The signal processing circuit of claim 53 characterized by the addition of a determining means, and said determining means determining whether an image element is defective so as to create the void at said particular position.

55. The signal processing circuit of claim 53 characterized by the addition of a removal means and said removal means removing image elements which may or may not be defective in order to create a void at said particular position.

56. The circuit of claim 1 characterized in that said replication means alters the size, shape, or position of said at least one image element.

22

57. The circuit of claim 21 characterized in that said replication means alters the size, shape, or position of said at least one image element.

58. The circuit of claim 39 characterized in that said replication means alters the size, shape, or position of said at least one image element.

59. The circuit of claim 53 characterized in that said replication means alters the size, shape, or position of said at least one image element.

60. The circuit of claim 1 characterized in that said particular position is located in an area between image elements and said replication means fills in said area between image elements.

61. The circuit of claim 21 characterized in that said particular position is located in an area between image elements and said replication means fills in said area between image elements.

62. The circuit of claim 39 characterized in that said particular position is located in an area between image elements and said replication means fills in said area between image elements.

63. The circuit of claim 53 characterized in that said particular position is located in an area between image elements and said replication means fills in said area between image elements.

64. The circuit of claim 1 characterized in that said particular position contains an unneeded element and said replication means replaces said unneeded element.

65. The circuit of claim 21 characterized in that said particular position contains an unneeded element and said replication means replaces said unneeded element.

66. The circuit of claim 39 characterized in that said particular position contains an unneeded element and said replication means replaces said unneeded element.

67. The circuit of claim 53 characterized in that said particular position contains an unneeded element and said replication means replaces said unneeded element.

68. The circuit of claim 1 characterized in that said particular position contains a non-defective image element and said replication means replicating said non-defective image element.

69. The circuit of claim 21 characterized in that said particular position contains a non-defective image element and said replication means replicating said non-defective image element.

70. The circuit of claim 39 characterized in that said particular position contains a non-defective image element and said replication means replicating said non-defective image element.

71. The circuit of claim 53 characterized in that said particular position contains a non-defective image element and said replication means replicating said non-defective image element.

72. The circuit of claim 1 characterized by the addition of a void determination means to determine where said particular position containing voids exist and said replication means being responsive to said void determination means.

73. The circuit of claim 21 characterized by the addition of a void determination means responsive to the surrounding image elements to determine where said particular position containing voids exist and said replication means being responsive to said void determination means.

74. The circuit of claim 39 characterized by the addition of a void determination means to determine where said particular position containing voids exist and said replication means being responsive to said void determination means.

23

75. The circuit of claim 53 characterized by the addition of a void determination means to determine where said particular position containing voids exist and said replication means being responsive to said void determination means.

76. The circuit of claim 1 characterized in that said replication means includes a means to alter the brightness of said at least one image element.

77. The circuit of claim 21 characterized in that said replication means includes a means to alter the brightness of said at least one image element.

78. The circuit of claim 39 characterized in that said replication means includes a means to alter the brightness of said at least one image element.

79. The circuit of claim 53 characterized in that said replication means includes a means to alter the brightness of said at least one image element.

80. The circuit of claim 1 characterized in that said inspection means does not utilize any information that may be contained in said particular position in its comparison.

81. The circuit of claim 21 characterized in that said inspection means does not utilize any information that may be contained in said particular position in its comparison.

82. The circuit of claim 39 characterized in that said inspection means does not utilize any information that may be contained in said particular position in its comparison.

83. The circuit of claim 53 characterized in that said inspection means does not utilize any information that may be contained in said particular position in its comparison.

84. The circuit of claim 1 characterized in that said neighboring element means provides at least one image element from a corner in respect to said particular position.

85. The circuit of claim 21 characterized in that said neighboring element means provides at least one surrounding image element from a corner in respect to said particular position.

86. The circuit of claim 39 characterized in that said neighboring element means provides at least one surrounding image element from a corner in respect to said particular position.

87. The circuit of claim 53 characterized in that said neighboring element means provides at least one surrounding image element from a corner in respect to said particular position.

88. The circuit of claim 1 characterized in that said particular position is located at a position of a valid image element or at a position where no image element existed before.

89. The circuit of claim 21 characterized in that said particular position is located at a position of a valid image element or at a position where no image element existed before.

90. The circuit of claim 39 characterized in that said particular position is located at a position of a valid image element or at a position where no image element existed before.

91. The circuit of claim 53 characterized in that said particular position is located at a position of a valid image element or at a position where no image element existed before.

92. The processing circuit of claim 1 characterized in that said replication means provides a horizontal fill signal.

93. The processing circuit of claim 1 characterized in that said replication means provides a horizontal displacement of a surrounding image element to cause the surrounding element to at least partially fill the void.

94. The processing circuit of claim 1 characterized in that said replication means utilizes a horizontal deflection circuit.

24

95. The processing circuit of claim 1 characterized in that said replication means adds and/or subtracts current in the sweep circuit.

96. The processing circuit of claim 1 characterized in that said replication circuit modulates the duration of an image conveying beam.

97. The processing circuit of claim 1 characterized in that said replication circuit modifies the image printed by a printer.

98. The processing circuit of claim 1 characterized in that said replication circuit replicates new image information for at least one position having a non-existent element.

99. The processing circuit of claim 1 characterized in that said replication circuit modifies at least one existing and non-existing image element.

100. The processing circuit of claim 1 characterized in that said surrounding image elements include elements neighboring on one side thereof.

101. The processing circuit of claim 1 characterized in that said replication circuit increases the intensity of the image creating circuit.

102. The processing circuit of claim 1 characterized in that said replication circuit includes the capability of turning on before and/or after an image location to reduce stair stepping of a diagonal edge.

103. The processing circuit of claim 1 characterized in that part or all of the recited means can be implemented with hardware and/or software.

104. The processing circuit of claim 21 characterized in that part or all of the recited means can be implemented with hardware and/or software.

105. The processing circuit of claim 39 characterized in that part or all of the recited means can be implemented with hardware and/or software.

106. The processing circuit of claim 53 characterized in that part or all of the recited means can be implemented with hardware and/or software.

107. A method for selectively filling a void located at a particular position having at least partially surrounding image elements respectively,

said method comprising: providing said at least partially surrounding image elements in respect to said particular position,

inspecting a plurality of said at least partially surrounding image elements of the image to determine the presence of a void at said particular position,

and selectively filling in the void at said particular position with a value which decreases the visibility of the void, which void can include a location between at least partially surrounding image elements.

108. The method of claim 107 wherein said inspecting includes ranking each surrounding image element by similarity.

109. The method of claim 108 wherein said ranking ranks three or more surrounding image elements by similarity.

110. The method of claim 107 wherein said selectively filling in the void utilizes multiple surrounding image elements if said multiple image elements are similar to each other.

111. The method of claim 110 wherein said selectively filling in the void only utilizes multiple image elements if such image elements include at least one adjacent and/or common image element.

112. The method of claim 107 wherein said inspecting uses a difference between sets of image elements in its respective determination of similarity.

113. The method of claim 107 wherein said selectively filling in the void utilizes an average of the surrounding

25

image elements which comprise at least the most similar image elements, using the average to replace said void at said particular position.

114. The method of claim 107 wherein said providing of said at least partially surrounding image elements includes providing at least one set of image elements which includes image elements on differing sides of said particular position.

115. The method of claim 114 wherein the differing sides include the opposite sides of said particular position.

116. The method of claim 107 wherein said providing of said at least partially surrounding image elements includes providing at least one set of image elements with adjacent image elements.

117. The method of claim 116 wherein the adjacent elements include immediately neighboring image elements.

118. The method of claim 107 wherein said providing of said at least partially surrounding image elements includes providing at least one set of image elements including one element from a given field and another element from an adjacent field.

119. The method of claim 107 wherein said providing of said at least partially surrounding image elements includes providing at least one set of image elements including image elements that extend across sequential fields.

120. The method of claim 107 characterized by the addition of the step of determining if an image element is defective in response to at least two neighboring image elements included in said at least partially surrounding image elements and removing a defective image element at said particular position.

121. The method of claim 107 characterized by the addition of the step of removing an image element, which is not defective, at said particular position.

122. The method of claim 107 wherein said providing of at least one set of image elements included in such partially surrounding image elements is based on time.

123. The method of claim 107 wherein the partially surrounding image elements are adjacent to said particular position.

124. The method of claim 109 wherein said ranking includes a dissimilarity comparison blocking the ranking of any surrounding image element which is dissimilar by a known amount in respect to at least two other most similar image elements.

125. The method of claim 107 wherein the image elements are derived from a camera to be utilized by a transmitting, recording or storage mechanism and characterized in that said selectively filling in the void operates on the image elements prior to transmitting, recording or storage.

126. The method of claim 107 wherein the image elements are transmitted, recorded or stored and characterized in that said selectively filling in the void operates on the image elements after transmitting, recording or storage.

127. An improved method for selectively filling a void located at a particular position having at least partially surrounding image elements respectively,

said method comprising: providing at least partially surrounding image elements in respect to a particular position,

determining the difference between image elements of a plurality of said at least partially surrounding image elements to determine the similarity between such plurality of surrounding image elements,

inspecting said plurality of the at least partially surrounding image elements of the image to determine the presence of a void at said particular position,

26

ranking said plurality of at least partially surrounding image elements by similarity,

and selectively filling in the void at said particular position with a value which decreases the visibility of the void, which said particular position can include a location between image elements.

128. The method of claim 127 wherein said ranking ranks three or more at least partially surrounding image elements by similarity.

129. The method of claim 127 wherein said selectively filling in the void utilizes multiple at least partially surrounding image elements if said multiple elements are similar to each other.

130. The method of claim 129 wherein said selectively filling in the void only utilizes multiple elements if said multiple elements include a set of image elements with at least one adjacent and/or common image element.

131. The method of claim 127 wherein said selectively filling in the void utilizes the average of at least partially surrounding image elements which comprise the most similar image elements.

132. The method of claim 127 wherein said providing at least two at least partially surrounding image elements includes image elements on differing sides of said particular position.

133. The method of claim 132 wherein the differing sides include the opposite sides of said particular position.

134. The method of claim 127 wherein said providing at least two at least partially surrounding image elements includes adjacent image elements.

135. The method of claim 134 wherein the adjacent elements include immediately neighboring image elements.

136. The method of claim 127 wherein said providing at least two of said at least partially surrounding image elements includes providing at least one element from a field and another element from an adjacent field.

137. The method of claim 127 wherein said providing at least two of said partially surrounding image elements includes providing at least one element from a field and another element from a sequential field.

138. The method of claim 127 characterized by the addition of the step of determining if an image element is defective in response to said at least two sets of two image elements included in said partially surrounding image elements and removing a defective image element.

139. The method of claim 127 wherein said providing at least two of said at least partially surrounding image elements includes elements based on time.

140. The method of claim 127 wherein the image elements are pixels.

141. The method of claim 127 characterized by the addition of the step of removing an image element which is not defective.

142. The method of claim 128 wherein said ranking means includes blocking the ranking of any at least partially surrounding image element which is dissimilar to at least the most similar image element set by a known amount.

143. The method of claim 127 wherein the image elements are derived from a camera to be utilized by a transmitting, recording or storage mechanism and characterized in that said selectively filling in the void operates on the image elements prior to transmitting, recording or storage.

144. The method of claim 127 wherein the image elements are transmitted, recorded or stored and characterized in that said selectively filling in the void operates on the image elements after transmitting, recording or storage.

US 6,529,637 B1

27
28

145. An improved method for selectively filling a void located at a particular position having at least partially surrounding image elements, respectively,

said method comprising: providing at least partially surrounding image elements in respect to a particular position,

determining the difference between image elements of the at least partially surrounding image elements to determine the similarity of such surrounding image elements,

inspecting said plurality of the at least partially surrounding image elements of the image to determine the presence of a void at said particular position,

discarding sets of image elements not sufficiently similar, and filling in the void at said particular position with a value which decreases the visibility of the void, which said particular position can include a location between at least partially surrounding image elements.

146. The method of claim 145 wherein said filling in the void utilizes multiple at least partially surrounding image elements if said multiple elements are similar to each other.

147. The method of claim 146 wherein said filling in the void only utilizes multiple elements if said multiple elements each include at least one adjacent and/or common image element.

148. The method of claim 145 wherein said filling in the voids utilizes the average of the most similar of the at least partially surrounding image elements.

149. The method of claim 145 wherein said providing of at least two of said at least partially surrounding image elements includes providing elements on differing sides of the similarity of such surrounding image elements,

inspecting said plurality of the at least partially surrounding image elements of the image to determine the presence of a void at said particular position,

discarding sets of image elements not sufficiently similar, and filling in the void at said particular position with a value which decreases the visibility of the void, which said particular position can include a location between at least partially surrounding image elements.

150. The method of claim 145 wherein said filling in the void utilizes multiple at least partially surrounding image elements if said multiple elements are similar to each other.

151. The method of claim 146 wherein said filling in the void only utilizes multiple elements if said multiple elements each include at least one adjacent and/or common image element.

152. The method of claim 145 wherein said filling in the voids utilizes the average of the most similar of the at least partially surrounding image elements.

153. The method of claim 145 wherein said providing of at least two of said at least partially surrounding image elements includes providing elements on differing sides of said particular position.

154. The method of claim 149 wherein the differing sides include the opposite sides of said particular position.

155. The method of claim 145 wherein providing at least two of said at least partially surrounding image elements includes providing adjacent image elements.

156. The method of claim 151 wherein the adjacent elements include immediately neighboring image elements.

157. The method of claim 145 wherein providing at least two of said at least partially surrounding image elements includes providing an element in at least one field and another element in an adjacent field.

158. The method of claim 145 wherein providing at least two of said at least partially surrounding image elements

includes providing an element in at least one field and another element in a sequential field.

159. The method of claim 145 characterized by the addition of the step of determining if an image element is defective and removing a defective image element to produce a void at said particular position.

160. The method of claim 145 wherein said providing at least two of said partially surrounding image elements includes providing elements from at lease two fields based on time.

161. The method of claim 145 wherein the image elements are pixels.

162. The method of claim 145 characterized by the addition of the step of removing an image element which is not defective to produce a void at said particular position.

163. An improved method for selectively filling a void located at a particular position having at least partially surrounding image elements,

said method comprising: providing said at least partially surrounding image elements in respect to said particular position and including at least two sets of image elements from said at least partially surrounding image elements,

determining the difference between image elements within each said set to determine the similarity between said at least partially surrounding image elements therein,

inspecting a plurality of said at least partially surrounding image elements to determine the presence of a void at said particular position,

blocking the ranking of dissimilar sets of image elements, ranking each said set of image elements by similarity and, filling in the void at said particular position with a value derived from at least one image element from at least one of said at least two sets of said at least partially surrounding image elements, which said particular position can include a location between said at least partially surrounding image elements.

164. The method of claim 159 characterized by the addition of the step of determining whether an image element is defective so as to create the void at said particular position.

165. The method of claim 159 characterized by the addition of the step of removing image elements which may or may not be defective in order to create a void at said particular position.

166. The method of claim 107 characterized in that said selectively filling in the void alters the size, shape, or position of at least one image element.

167. The method of claim 127 characterized in that said selectively filling in the void alters the size, shape, or position of at least one image element.

168. The method of claim 145 characterized in that said selectively filling in the void alters the size, shape, or position of at least one image element.

169. The method of claim 159 characterized in that said selectively filling in the void alters the size, shape, or position of at least one image element.

170. The method of claim 107 characterized in that the particular position is located in an area between image elements and said selectively filling in the void fills in said area between image elements.

171. The method of claim 127 characterized in that said particular position is located in an area between image elements and said selectively filling in the void fills in said area between image elements.

US 6,529,637 B1

29

**172.** The method of claim 145 characterized in that said particular position is located in an area between image elements and selectively filling in the void fills in said area between image elements.

**173.** The method of claim 159 characterized in that said particular position is located in an area between image elements and said selectively filling in the void fills in said area between image elements.

**174.** The method of claim 107 characterized in that the particular position contains an unneeded element and said selectively filling in the void replaces said unneeded element.

**175.** The method of claim 127 characterized in that said particular position contains an unneeded element and said selectively filling in the void replaces said unneeded element.

**176.** The method of claim 145 characterized in that said particular position contains an unneeded element and said selectively filling in the void replaces said unneeded element.

**177.** The method of claim 159 characterized in that said particular position contains an unneeded element and said selectively filling in the void replaces said unneeded element.

**178.** The method of claim 107 characterized in that the particular position contains a non-defective image element and said selectively filling in the void replicates said non-defective image element.

**179.** The method of claim 127 characterized in that said particular position contains a non-defective image element and said selectively filling in the void replicates said non-defective image element.

**180.** The method of claim 145 characterized in that said particular position contains a non-defective image element and said selectively filling in the void replicates said non-defective image element.

**181.** The method of claim 159 characterized in that said particular position contains a non-defective image element and said selectively filling in the void replicates said non-defective image element.

**182.** The method of claim 107 characterized by the addition of the step of determining where said particular position containing voids exists and said selectively filling in the void being responsive to said determination.

**183.** The method of claim 127 characterized by the addition of the step of determining where said particular position containing voids exists and said selectively filling in the void being responsive to said determination.

**184.** The method of claim 145 characterized by the addition of the step of determining where said particular position containing voids exists and said selectively filling in the void being responsive to said determination.

**185.** The method of claim 159 characterized by the addition of the step of determining where said particular position containing voids exists and said selectively filling in the void being responsive to said determination.

**186.** The method of claim 107 characterized in that said selectively filling in the void includes altering the brightness of at least one image element of said at least partially surrounding image elements.

**187.** The method of claim 127 characterized in that said selectively filling in the void includes altering the brightness of at least one image element of said at least partially surrounding image elements.

**188.** The method of claim 145 characterized in that said selectively filling in the void includes altering the brightness of at least one image element of said at least partially surrounding image elements.

30

**189.** The method of claim 159 characterized in that said selectively filling in the void includes altering the brightness of at least one image element of said at least partially surrounding image elements.

**190.** The method of claim 107 characterized in that said inspecting a plurality of said at least partially surrounding image elements does not utilize any information that may be contained in said particular position.

**191.** The method of claim 127 characterized in that said inspecting a plurality of said at least partially surrounding image elements does not utilize any information that may be contained in said particular position.

**192.** The method of claim 145 characterized in that said inspecting a plurality of said at least partially surrounding image elements does not utilize any information that may be contained in said particular position.

**193.** The method of claim 159 characterized in that said inspecting a plurality of said at least partially surrounding image elements does not utilize any information that may be contained in said particular position.

**194.** The method of claim 107 characterized in that said at least partially surrounding image elements include at least one image element from a corner in respect to said particular position.

**195.** The method of claim 127 characterized in that said at least partially surrounding image elements include at least one image element from a corner in respect to said particular position.

**196.** The method of claim 145 characterized in that said at least partially surrounding image elements include at least one image element from a corner in respect to said particular position.

**197.** The method of claim 159 characterized in that said at least partially surrounding image elements include at least one image element from a corner in respect to said particular position.

**198.** The method as claimed in claim 197 wherein said signal is a digital signal representing said image in raster like form,

said recovering and temporarily storing stores digital data bytes corresponding to said picture elements to provide a matrix of M×N stored elements as said group with N being a number of lines of said raster and M being a number of elements in said lines and with said central element being central to said matrix,

and said determining utilizes digital logic operations to compare the pattern formed by said central element and the remaining said neighboring elements with a plurality of predetermined digital logic patterns to determine if there are any matches therebetween said matches indicating that modifying said central element is likely to enhance the perceived quality of said image.

**199.** The method as claimed in claim 197 wherein said signal is a digital signal representing said image in raster type form,

said recovering and temporarily storing stores digital data bytes corresponding to said picture elements to provide a matrix of M×N stored elements as said group with M being a number of elements in a line and M being a number of lines of said raster and with said central element being central to said matrix,

said determining utilizes digital logic operations to compare said neighboring elements with a plurality of predetermined digital logic patterns to determine if modifying said central element is likely to enhance the perceived quality of said image,

and said modifying the value of said central element is accomplished whenever said modification is indicated

US 6,529,637 B1

31

to increase or decrease the brightness of said central element in response to said digital logic operations.

200. The method as claimed in claim 197 wherein said signal is a digital signal representing said image in raster type form,

said recovering and temporarily storing stores digital data bytes corresponding to said picture elements to provide a matrix of M×N stored elements as said group with M being a number of elements in a line and M being a number of lines of said raster and with said central element being central to said matrix,

said determining utilizes digital logic operations to compare said neighboring elements width a plurality of predetermined digital logic patterns to determine if modifying said central element is likely to enhance the perceived quality of said image,

said modifying the value of said central elements includes modification of the size and/or shape of the display of said central element in response to said digital logic operations.

201. The method of claim 107 characterized in that selectively filling in the void utilizes a horizontal fill signal.

202. The method of claim 107 characterized in that selectively filling in the void utilizes a horizontal displacement of a surrounding image element to cause the surrounding element to at least partially fill the void.

203. The method of claim 107 characterized in that selectively filling in the void utilizes a horizontal deflection method.

204. The method of claim 107 characterized in that selectively filling in the void adds and/or subtracts current in the sweep method.

205. The method of claim 107 characterized in that selectively filling in the void modulates the duration of an image conveying beam.

32

206. The method of claim 107 characterized in that selectively filling in the void modifies the image printed by a printer.

207. The method of claim 107 characterized in that selectively filling in the void replicates new image information for at least one position having a non-existent element.

208. The method of claim 107 characterized in that selectively filling in the void modifies at least one existing and/or non-existing image element.

209. The method of claim 107 characterized in that said at least partially surrounding image elements include elements neighboring on one side of said particular position.

210. The method of claim 107 characterized in that selectively filling in the void increases the intensity of the image creating beams.

211. The method of claim 107 characterized in that selectively filling in the void includes the capability of turning on an image element before and/or after an image location to reduce stair stepping of a diagonal edge.

212. The method of claim 107 characterized in that part or all of the recited steps can be implemented with hardware and/or software.

213. The method of claim 127 characterized in that part or all of the recited steps can be implemented with hardware and/or software.

214. The method of claim 145 characterized in that part or all of the recited steps can be implemented with hardware and/or software.

215. The method of claim 159 characterized in that part or all of the recited steps can be implemented with hardware and/or software.

* * * * *

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS



# **Civil Cover Sheet**

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s): IP INNOVATION, L.L.C. and TECHNOLOGY LICENSING CORPORATION**

County of Residence: Cook

Plaintiff's Atty:
Arthur A. Gasey
Niro, Scavone, Haller & Niro
181 West Madison Street - Suite 4600,
Chicago, IL 60602-4515
312-236-0733

**Defendant(s): SAMSUNG ELECTRONICS CO., LTD. FUNAI ELECTRIC CO., LTD., SHARP CORPORATION, and SANYO ELECTRIC CO., LTD.**

**DOCKETED**

County of Residence APR 1 0 2003

Defendant's Atty: **JUDGE CONLON**

**03C 2428**

**MAGISTRATE JUDGE NOLAN**

II.     Basis of Jurisdiction:     **3.** Federal Question (U.S. not a party)

III.     Citizenship of Principal Parties (Diversity Cases Only)

        Plaintiff: -   N/A
        Defendant: -   N/A

IV.     Origin:     **1.     Original Proceeding**

V.     Nature of Suit:     **830 Patent**

VI.     Cause of Action:     **Patent Infringement 35 U.S.C. Section 271**

VII.     Requested in Complaint
        Class Action:     **No**
        Dollar Demand:
        Jury Demand:     **Yes**

VIII.     This case **IS NOT** a refiling of a previously dismissed case.

Signature: _____

Date: _____

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of

IP Innovation, L.L.C. and Technology Licensing Corporation

v.

Samsung Electronics Co., Ltd., Funai Electric Co., Ltd., Sharp
Corporation, and Sanyo Electric Co., Ltd.

JUDGE CONLON

Case Number:

03C 2428

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

MAGISTRATE JUDGE NOLAN    DOCKETED
APR 1 0 2003



| (A) | | (B) | |
|---|---|---|---|
| SIGNATURE | | SIGNATURE | |
| NAME Arthur A. Gasey | | NAME Raymond P. Niro | |
| FIRM Niro, Scavone, Haller & Niro | | FIRM (Same) | |
| STREET ADDRESS 181 W. Madison, Suite 4600 | | STREET ADDRESS | |
| CITY/STATE/ZIP Chicago, IL 60602-4515 | | CITY/STATE/ZIP | |
| TELEPHONE NUMBER 312-236-0733 | FAX NUMBER 312-236-3137 | TELEPHONE NUMBER | FAX NUMBER |
| E-MAIL ADDRESS | | E-MAIL ADDRESS | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 6210605 | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 2054930 | |
| MEMBER OF TRIAL BAR? YES ☒ NO ☐ | | MEMBER OF TRIAL BAR? YES ☒ NO ☐ | |
| TRIAL ATTORNEY? YES ☐ NO ☒ | | TRIAL ATTORNEY? YES ☒ NO ☐ | |
| | | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☒ | |
| (C) | | (D) | |
| SIGNATURE | | SIGNATURE | |
| NAME Paul C. Gibbons | | NAME Douglas M. Hall | |
| FIRM (Same) | | FIRM (Same) | |
| STREET ADDRESS | | STREET ADDRESS | |
| CITY/STATE/ZIP | | CITY/STATE/ZIP | |
| TELEPHONE NUMBER | FAX NUMBER | TELEPHONE NUMBER | FAX NUMBER |
| E-MAIL ADDRESS | | E-MAIL ADDRESS | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 6242971 | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 6269885 | |
| MEMBER OF TRIAL BAR? YES ☒ NO ☐ | | MEMBER OF TRIAL BAR? YES ☒ NO ☐ | |
| TRIAL ATTORNEY? YES ☐ NO ☒ | | TRIAL ATTORNEY? YES ☐ NO ☒ | |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☒ | | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☒ | |